**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RENE ANTONIO BENITEZ *et al.*,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al*,<br><br>      *Defendants*. | Case No. 26-cv-2082 |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Workers' Center of Central New York states that it does not have a parent corporation, and no publicly held corporation owns more than ten percent of its stock.

Dated: April 8, 2026
   New York, NY

          */s/ Mark Gimbel*
          Mark Gimbel
          Giovanni Scarcella
          Cecile Duncan**
          COVINGTON & BURLING LLP
          30 Hudson Yards
          New York, New York, 10001
          Phone: 212-841-1000
          mgimbel@cov.com
          gscarcella@cov.com
          cduncan@cov.com

          Jeffrey Cao**
          COVINGTON & BURLING LLP
          One CityCenter, 850 Tenth Street, NW
          Washington, DC 20001
          Phone: 202-662-6000
          jcao@cov.com

          Amy Belsher*
          Ifeyinwa Chikezie*
          Wafa Junaid*

1

Molly Biklen*
NEW YORK CIVIL LIBERTIES UNION
     FOUNDATION
125 Broad Street, 19th Floor
New York, NY 10004
Phone: 212-607-3300
abelsher@nyclu.org
ichikezie@nyclu.org
wjunaid@nyclu.org
mbiklen@nyclu.org

Meghna Philip*
Hasan Shafiqullah*
Evan Henley*
Brian Perbix*
THE LEGAL AID SOCIETY
49 Thomas Street, 10th Floor
New York, NY 100013
Phone: 212-577-3300
mphilip@legal-aid.org
hhshafiqullah@legal-aid.org
ewhenley@legal-aid.org
bperbix@legal-aid.org

Paige Austin*
Harold Solis*
MAKE THE ROAD NEW YORK
301 Grove Street
Brooklyn, NY 11237
Phone: 718-418-7690
paige.austin@maketheroadny.org
harold.solis@maketheroadny.org

*Attorneys for Plaintiffs*

*\* Notice of appearance forthcoming*
*\*\* Pro hac vice application forthcoming*

2