**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RENE ANTONIO BENITEZ *et al.*,<br>*Plaintiffs*,<br>v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al*,<br>*Defendants*. | Case No. 26-cv-2082<br><br>**NOTICE OF MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS AND FOR PROTECTIVE ORDER** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in support of Plaintiffs' Motion for Leave to Proceed Under Pseudonyms and for Protective Order, the Declaration of Giovanni Scarcella, dated April 8, 2026, and the exhibits annexed thereto, all other supporting papers, and upon such other and further evidence or argument as may be presented to the Court, Plaintiffs will move this Court at the United States Courthouse for the Eastern District of New York, 100 Federal Plaza, Central Islip, NY 11722, on a date and time to be determined by the Court, for an Order granting leave to proceed under pseudonyms and for protective order. The basis for this motion is set forth in the accompanying Memorandum of Law.

Dated: April 8, 2026
New York, NY

*/s/ Mark Gimbel*
Mark Gimbel
Giovanni Scarcella
Cecile Duncan**
COVINGTON & BURLING LLP
30 Hudson Yards
New York, New York, 10001
Phone: 212-841-1000
mgimbel@cov.com
gscarcella@cov.com
cduncan@cov.com

Jeffrey Cao**
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Phone: 202-662-6000
jcao@cov.com

Amy Belsher*
Ifeyinwa Chikezie*
Wafa Junaid*
Molly Biklen*
NEW YORK CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 19th Floor
New York, NY 10004
Phone: 212-607-3300
abelsher@nyclu.org
ichikezie@nyclu.org
wjunaid@nyclu.org
mbiklen@nyclu.org

Meghna Philip*
Hasan Shafiqullah*
Evan Henley*
Brian Perbix*
THE LEGAL AID SOCIETY
49 Thomas Street, 10th Floor
New York, NY 100013
Phone: 212-577-3300
mphilip@legal-aid.org
hhshafiqullah@legal-aid.org
ewhenley@legal-aid.org
bperbix@legal-aid.org

Paige Austin*
Harold Solis*
MAKE THE ROAD NEW YORK
301 Grove Street
Brooklyn, NY 11237
Phone: 718-418-7690
paige.austin@maketheroadny.org
harold.solis@maketheroadny.org

*Attorneys for Plaintiffs*
**Notice of appearance forthcoming*
***Pro hac vice forthcoming*