**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

RENE ANTONIO BENITEZ *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY *et al*,

*Defendants*.

Case No. 26-cv-2082

**DECLARATION OF GIOVANNI J. SCARCELLA IN SUPPORT OF PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS AND FOR PROTECTIVE ORDER**

I, Giovanni J. Scarcella, hereby declare under the penalty of perjury:

1. I am a member in good standing of the bar of the State of New York and of this Court.

2. I am an attorney at Covington & Burling LLP.

3. I am one of the attorneys for the Named Plaintiffs and the putative class members in this action.

4. I submit this Declaration to place certain exhibits before the Court in support of Plaintiffs' Motion for Leave to Proceed Under Pseudonyms and for Protective Order. If called upon to do so, I could and would competently testify as follows:

5. Attached as **Exhibit 1** is a true and correct copy of a Boston.com article by Darin Zullo entitled "Mass. Bakery Says It Keeps Selling out of 'F– ICE' Cookies, Despite Death Threats" (Jan. 15, 2026), available at https://www.boston.com/food/food-news/2026/01/15/mass-bakery-says-it-keeps-selling-out-of-f-ice-cookies-despite-death-threats/ (last accessed Apr. 7, 2026).

6. Attached as **Exhibit 2** is a true and correct copy of a CNN article by Cosey Tolan, Rob Kuznia, and Isabelle Chapman entitled "New Documents Shed Light on Renee Good's Ties

to ICE Monitoring Efforts in Minneapolis" (Jan. 14, 2026), available at https://www.cnn.com/2026/01/13/us/renee-good-minneapolis-ice-monitoring-school-invs (last accessed Apr. 7, 2026).

7. Attached as **Exhibit 3** is a true and correct copy of an article from Sahan Journal by Becky Z. Dernbach entitled "Following Renee Good's Killing, Her Son's Minneapolis Charter School Receives Right-Wing Attacks" (Jan. 15, 2026), available at https://sahanjournal.com/education/minneapolis-southside-family-charter-school-threats/ (last accessed Apr. 7, 2026).

8. Attached as **Exhibit 4** is a true and correct copy of a Washington Post article by María Luisa Paúl entitled "Her Husband Was Mistakenly Deported. Now She's Caught in a Political Frenzy" (Apr. 22, 2025), available at https://www.washingtonpost.com/immigration/2025/04/21/jennifer-vasquez-sura-kilmar-abregro-garcia-wife/ (last accessed Apr. 7, 2026).

9. Attached as **Exhibit 5** is a true and correct copy of an article from Truthout by Chris Walker entitled "Abrego Garcia's Wife Moves Into Safe House After DHS Shares Her Address on X" (Apr. 24, 2025), available at https://truthout.org/articles/abrego-garcias-wife-moves-into-safe-house-after-dhs-shares-her-address-on-x/ (last accessed Apr. 7, 2026).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 8, 2026 in New York, NY.

*/s/ Giovanni J. Scarcella*
Giovanni J. Scarcella