UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENE ANTONIO BENITEZ *et al.*,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY *et al*,<br><br>          *Defendants*. | Case No. 26-cv-2082<br><br>**DECLARATION OF<br>ALINA DAS** |

**DECLARATION OF ALINA DAS**

I, Alina Das, hereby declare under the penalty of perjury:

1.      I am a Professor of Law and James Weldon Johnson Professor at New York University ("NYU") Law School, where I serve as Director of the NYU Immigrant Rights Clinic, a clinical program that operates as part of Washington Square Legal Services, Inc.

2.      I specialize in litigating issues related to immigrant rights and federal immigration enforcement, and have particular expertise on issues of retaliation against immigrants for their exercise of their First Amendment rights, including their right to file complaints and litigation against the federal government.  I have litigated First Amendment claims involving retaliatory immigration enforcement on behalf of either immigrant petitioners or *amici curiae* in the Eastern District of New York, Southern District of New York, District of New Jersey, District of the District of Columbia, Southern District of Florida, and the Second, Third, and Ninth Circuits.  I have published essays and articles about retaliatory immigration enforcement, including *Protecting Immigrant Activists from U.S. Government Retaliation: Lessons from First Amendment Litigation,* 25-03 Knight First Amend. Inst. (Feb. 12, 2025); *Immigration Detention and Dissent: The Role of the First Amendment on the Road to Abolition*, 56 Ga. L. Rev. 1433 (2022); *Deportation and*

*Dissent: Protecting the Voices of the Immigrant Rights Movement*, 5 N.Y.L. Sch. L. Rev. 225 (2020-2021).

3. Based on my personal knowledge, immigrants who criticize federal immigration policy face a significant risk of retaliation by federal immigration officials. In addition to the many clients I have represented who have faced retaliation for their immigrant rights activism, I have also seen this retaliation in the context of individuals who have never been publicly critical of federal immigration policy until they became complainants or plaintiffs in petitions or litigation against the government. For example, I co-represented one of the named plaintiffs in COVID-19 class action litigation, *Rizza Jane G.A. v. Rodriguez*, No. 20-5922-ES (D.N.J.), who was abruptly deported two business days after the litigation was filed. The named plaintiffs were identified by their first name and the initial of their last name in public filings, but federal immigration officials were aware of their full names. When federal immigration officials sought to deport one of the named plaintiffs, we sought and obtained a temporary restraining order, but federal immigration officials stated they could not reach the officers who were processing our client for deportation, and then were unable to find him after his deportation to effectuate the TRO, which was subsequently dissolved. *See* Matt Katz, *ICE Detainee who Sued His Jailers Was Swiftly Deported. Now He's Missing.*, WNYC (May 28, 2020), https://tinyurl.com/3swy3rhj. I discuss several other examples of complainants and plaintiffs who have faced retaliation in the articles above.

4. I have also encountered circumstances where prospective plaintiffs have refused to come forward in other litigation because they feared such retaliation. They question whether their involvement in litigation may lead to their detention or deportation, or the denial applications for immigration status or relief that they may have pending before a federal agency.

5.      Named plaintiffs not only face potential retaliation by government actors but harassment by members of the public. Some litigants, along with their family members, received threatening messages and feared for their safety when their cases became subject to public scrutiny.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, NY on the 8th day of April, 2026.

_____

Alina Das
NYU Immigrant Rights Clinic
Washington Square Legal Services, Inc.
245 Sullivan Street, 5th Floor
New York, NY 10012
(212) 998-6430
alina.das@nyu.edu

3