**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

RENE ANTONIO BENITEZ *et al.*,

                      *Plaintiffs*,

      v.

U.S. DEPARTMENT OF HOMELAND
SECURITY *et al.*,

  *Defendants*.

Case No. 2:26-cv-2082

**NOTICE OF PLAINTIFFS'
MOTION FOR
PRELIMINARY
INJUNCTION**

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in support of Plaintiffs' Motion for a Preliminary Injunction, the Declaration of Giovanni J. Scarcella, dated April 13, 2026, the exhibits annexed thereto, all other supporting papers, and upon such other and further evidence or argument as may be presented to the Court, Plaintiffs will move this Court at the United States Courthouse for the Eastern District of New York, 100 Federal Plaza, Central Islip, NY 11722, on a date and time to be determined by the Court, for an Order pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining or staying Defendants' policy and practice of making warrantless immigration arrests without the required probable cause findings. The basis for this motion is set forth in the accompanying Memorandum of Law.

Dated:  April 13, 2026
        New York, NY

*/s/ Mark Gimbel*
Mark Gimbel
Giovanni J. Scarcella
Cecile Duncan (*pro hac vice* forthcoming)
COVINGTON & BURLING LLP
30 Hudson Yards
New York, New York, 10001
Phone: 212-841-1000
mgimbel@cov.com
gscarcella@cov.com

cduncan@cov.com

Jeffrey Cao (*pro hac vice* forthcoming)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Phone: 202-662-6000
jcao@cov.com

Amy Belsher
Ifeyinwa Chikezie
Wafa Junaid
Molly Biklen
NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 19th Floor
New York, NY 10004
Phone: 212-607-3300
abelsher@nyclu.org
ichikezie@nyclu.org
wjunaid@nyclu.org
mbiklen@nyclu.org

Meghna Philip
Hasan Shafiqullah
Evan Henley
Brian Perbix
THE LEGAL AID SOCIETY
49 Thomas Street, 10th Floor
New York, NY 100013
Phone: 212-577-3300
mphilip@legal-aid.org
hhshafiqullah@legal-aid.org
ewhenley@legal-aid.org
bperbix@legal-aid.org

Paige Austin
Harold Solis
MAKE THE ROAD NEW YORK
301 Grove Street
Brooklyn, NY 11237
Phone: 718-418-7690
paige.austin@maketheroadny.org
harold.solis@maketheroadny.org

*Attorneys for Plaintiffs*