DECLARATION OF RENE ANTONIO BENITEZ

I, Rene Antonio Benitez, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently and truthfully to these matters.

2. I am 36 years old. I have lived in the United States for about 14 years. During most of that time, I have lived in New York.

3. Currently, I reside in a town called Brentwood, which is located in Suffolk County, New York. I have lived in Brentwood since about 2023. I work at a local restaurant.

4. Outside of work, my life tends to revolve around my family. They are the most important part of my life. I have two daughters—one is 17 and the other is 9. My oldest daughter is a lawful permanent resident, and my youngest is a U.S. citizen. Although their mother and I separated about a year and a half ago, I live about five minutes away from them, and their mother and I share responsibilities to provide them with the best care we possibly can. Among other things, I regularly take my oldest daughter to school. Her high school is in a neighboring town called Deer Park, which is about a 20-minute drive from my home. To pick her up, I usually have to drive through various local streets in Brentwood early in the morning.

5. The morning of February 26, 2026, started off like most mornings for me. I drove to my ex-partner's home to pick up my oldest daughter for school. I was driving my brother's car, which is registered in his name and has valid New York license plates. To my knowledge, he has had a work permit for several years. I often use his car to take my

daughter to school, since I do not own a car, and then I usually head back to help my youngest daughter get on her school bus. After all of that, I usually head to work.

6. But around 7:05AM on February 26, 2026, my world was completely shaken. Around that time, I had just finished picking up my oldest daughter and we were driving on a road that was very close to her home. I often take this same road during my morning drop-off routine. I remember approaching an intersection when, all of a sudden, I noticed an unmarked car behind me. The car turned on their lights, which I understood as a command to stop the car. At the time, I did not know why I was being stopped. I was neither driving erratically nor violating any traffic laws. I was only trying to get my daughter to school. Nonetheless, I obeyed and pulled over.

7. At that point, at least two armed officers emerged from the vehicle and approached our car. The officers did not look like normal police officers. They had mask coverings that hid much of their faces, and they were not wearing the kind of uniform that I have seen on police officers near Brentwood. When one of the officers approached my window and asked for identification, I gave him my current New York state license but otherwise remained silent. The officer did not identify himself or say anything to indicate that he was looking for me or my brother. The officer asked me if I had papers, and I said no. He did not ask me anything else, such as whether I had any criminal record, if I was employed, if I lived nearby, or if I had family in the area. The officer also did not show me a warrant while they were transporting me. Instead, he told me, they were taking everyone who was here illegally and told me to get out.

8. At the same time, my daughter, who was in the vehicle, told the officer that she needed to get to school. The officer told her he did not care and proceeded to insist that I needed to

get out of the vehicle. As they were trying to get me out of the car, I wanted to make sure my daughter had my brother's number so she could get in touch with him. The officer continued to order me to exit the vehicle. I heard one of them say that if I did not get out, they would take me out. To avoid any issues, I complied and exited the vehicle. An officer then patted me down.

9. As they were patting me down, the officers put handcuffs on me and escorted me into one of their vehicles. At no point during or prior to this interaction did the officers show me a warrant or any document explaining why I was being detained or arrested.

10. Once I was handcuffed and in the ICE officers' vehicle, the officers asked me how many years I had lived in the U.S., what I paid for rent, and whether the person in the car was my girlfriend. I told them I had lived in the U.S. for a number of years and reiterated that the person in my car was my daughter and that I was taking her to school. The officers said nothing in return.

11. Eventually we arrived at the Central Islip hold room, I was asked for my name, fingerprinted, and was given a document that the officers told me I could sign if I wanted to self-deport—to which I said no and that I wanted to speak with a lawyer. During this time, agents also took photographs of my face and took a sample of my saliva. This was also the first time that anyone from ICE handed me papers about my case. The papers were in English. But later on, when I finally obtained legal representation, I learned that they included a Notice to Appear and a document that said I was responsible for paying the Department of Homeland Security $5,130.00.

12. During my time at Central Islip, I was detained in a cell with three other Hispanic men—one was from Venezuela, the other from Ecuador, and from El Salvador. The three

of them told me that they had been arrested in public and not too far from my home. One of the men, who lived about 5 minutes from my home, told me he was arrested while driving and that after he exited the vehicle the officers arrested him and threw him in the snow.

13. This whole experience has left me scared. I have never had this kind of experience with law enforcement. Perhaps the most serious incidents I have had with law enforcement involved minor traffic tickets, which I have always tried to pay. But this experience with ICE was unlike anything I ever thought could happen to me in this country. I was going about my day trying to make sure my daughter got to school. And for no apparent reason—other than the fact that I look the way I look—I was stopped and then detained. Beyond the harm to me as an individual, I was also very worried about my daughter and what had happened to her. It took a couple hours for me to speak with my brother to confirm that he had located her. It's a terrifying feeling to not know what might happen to one's child in a moment like that.

14. I was eventually released thanks to the help of my attorneys, who were able to ask a court to review my detention. Since then, I am still trying to work through my fears, but it is not easy. I try to keep my daily routine going. I still drive my oldest daughter to school, and I still drive back to get my youngest daughter on her school bus. I have no choice—I have to make sure my daughters receive an education. But I am still afraid. My daughter, who witnessed the entire incident, is still very scared. I also still work at the same restaurant and continue to drive to work five times a week (Monday through Friday).

15. I think what happened to me is wrong. I do not want others to go through what I endured. I believe we all should be able to go about our lives with some respect and without fear

that government officials will target people for arrest just because of how we look and without any consideration about a person's circumstances. I still cannot get over the fact that I was arrested despite just trying to drive my daughter to school, something that I know people like me do regularly. I am fortunate to have been released from detention, but being arrested and detained because of the way you look really leaves you shaken and uncertain about how to go about your life.

16. I understand that in filing this lawsuit, I am seeking to be a class representative for other people who are or will be in a similar situation to me. If this case is certified as a class action, I am willing and able to represent the class and its interests, with the help of my lawyers.

Executed on 23 of March, 2026

*Rene Benitez*
Rene Antonio Benitez

### ATTESTATION AND CERTIFICATE OF TRANSLATION

I, Rodman Serrano, certify that I am fluent in both English and Spanish. On 3/23/2026, I personally spoke with Rene Antonio Benitez and read the foregoing declaration to him, translated into Spanish faithfully and accurately. Rene Antonio Benitez affirmed that he understood my translation and that the information in the above declaration is true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Rodman Serrano