I, Darwin Garcia Medrano, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  My name is Darwin Garcia Medrano. I was born in El Salvador in 2006, and I am 19 years old. I first entered the United States in 2018, and I have lived in New York since that time. I have an approved Special Immigrant Juvenile Status application and when it was approved in 2022 I was also granted deferred action for four years.

2.  I currently rent a home in Farmingdale on Long Island, where I live with my mother, her partner, and my brothers. We have lived in this neighborhood for seven years. I am an active member of my Catholic church's youth group. I graduated from Farmingdale High School in June 2025 and I enrolled in the Heating, Ventilation, and Air Conditioning program at Suffolk County Community College.

3.  I work as a server at a fast-food restaurant, where I have been employed for approximately a year.

4.  On January 17, 2026, at approximately 7:45 AM, I was putting gas in my car at the Mobil gas station on Suffolk Avenue in Brentwood. My sixteen-year-old brother and a friend were inside the car. My car is registered in my name, had valid license plates, and I was not violating any traffic laws. I was parked at the gas pump.

5.  After finishing at the pump, I got back into my car and began looking up directions on my phone so we could get breakfast. Suddenly, I heard loud knocks on both sides of my car. I saw approximately four masked agents wearing vests labeled "ERO" and "POLICE" surrounding my vehicle.

6.  The agents ordered  me to lower my window, and I complied. They asked all three of us for identification. My friend and I provided our identification; I handed them my Employment Authorization Document card. My brother informed the agents that he was

1

sixteen years old and did not have identification. The agents took my friend's and my identification and returned to their vehicle. I remained inside my car the entire time, and I did not attempt or intend to drive away.

7. When the agents returned, they ordered my friend to step out of the car. He complied, and they arrested him. I repeatedly asked why they were arresting him. One agent told me that I could leave because I had my sixteen-year-old brother with me. Another agent then interrupted and said that my brother and I were also being detained. I followed their instructions, exited the car, and was handcuffed. My friend and I were placed inside a truck, and my brother was placed in a separate vehicle. I had a small Salvadoran flag by the front of my vehicle that I suspect could be a reason I was racially targeted. I remember seeing other white/non-Latino drivers filling up at the same time who ICE did not stop.

8. At no point during the stop were we asked about our immigration status or our country of origin. We were never shown a warrant or any document explaining why we were being detained or arrested.

9. While we were being transported, we asked the agents where we were being taken and why. The only response we received was that we were being taken somewhere where we would "see a judge." I also tried to explain that I had a pending immigration case, but the agent did not respond.

10. Once we arrived at the Central Islip hold room, I was asked for my name, fingerprinted, and placed in a room that was very cold. Between approximately 8:00 AM and 7:00 PM, I was taken in and out for questioning, including questions about who I lived with. At no point was I asked about my immigration status. During this time, agents also took

photographs of my face and my tattoos. Later, an investigator entered and told me that he investigated drug and gang crimes. He asked whether I was a gang member and because of my age if I knew of any gang members or drug dealers. I told him I was not involved in any gangs and did not know about any of those activities. To show them I was telling the truth and willing to cooperate, I voluntarily offered to allow the agents to search my phone. They gave me a search-consent form to sign, which I did. They searched my phone in front of me, including my messages and social media.

11. My sixteen-year-old brother was detained by immigration agents outside the Central Islip federal building. The agents instructed my brother to call our mother so that she could pick him up there. My mother was very afraid to go, but she still came immediately to get my brother. When my mother arrived, my brother was released to her. She then asked the agents whether she could also take me. The agents told her that I would first need to see a judge and that I would be permitted to call home soon. When my mother picked up my brother, one of the agents asked him whether she knew I was a gang member. He told the agent that I was not.

12. The conditions inside the Central Islip holding rooms were harsh. We were approximately six people detained there. The rooms were extremely cold, and the only food provided was \soup, a chocolate bar, and water. I asked if I could make a phone call to my family. I was told I would be allowed to in a little while but I was ultimately never given the opportunity to make that call.

13. That evening we were chained from our feet to our waists and wrists and we were transported in a van. We tried asking officials where we were being taken but they never responded.

3

14. We arrived that night at the Nassau County jail in East Meadow. I felt pressured to sign documents that were never properly explained to me. Later, we were required to change out of our clothes and put on inmate clothing. I was placed in a cell and given only a blanket, toothpaste, and a toothbrush. I was not allowed to make a phone call until the next day, and that call lasted only one minute. I spoke to my mother and told her where I was being detained and that I was very afraid.

15. For food, we were given only two pieces of bread and milk. The bread was very hard, and I could not chew it. The drinking water came from the same fixture connected to the toilet used by inmates.

16. I was detained at the Nassau County jail for three days, from January 17 to January 20, 2026. Then we were placed in a van and were never told where we were being taken. First, we were driven to John F. Kennedy Airport, where some of the detainees were dropped off. We were then taken to 26 Federal Plaza in Manhattan, where we were transferred to another van, and finally we were brought to the Delaney Hall Detention Facility in New Jersey.

17. On January 22, an official at the detention facility escorted me to a room and informed me that I was being released. I was extremely relieved and grateful to receive this news. I was not provided with a full explanation regarding the reason for my release, I was only told that I would be released that day, and one officer cautioned me not to do "anything stupid" upon my release. I was instructed to sign several documents, after which I was taken to another room to change out of my inmate clothing. I was released later that evening to my family, who had driven from Long Island to pick me up after they received the news.

18. I learned later that attorneys had filed a habeas petition for me but that ICE released me before it was adjudicated. It was dismissed after I was released and got my property back.

19. Since I arrived in the United States as a child in 2018 I have not had any interaction with immigration law enforcement. I do not have a criminal record in the United States or in any other country. In fact, I was only involved in a court matter as a victim of a crime, in which the court recognized me as a victim.

20. I have felt nervous and have experienced anxiety since the day I was arrested. Even now, some days I don't leave my house because of fear I could be detained and arrested again. Recently there were reports of ICE arrests near where I live. It seems that the agents don't care who they stop and why. When I was arrested, I tried my best to explain to agents my immigration status, but they still handcuffed and detained me. I think agents are doing this to Latino/Hispanic people in particular because I was never given a reason as to why I was being detained that day.

21. Being in detention has also deeply affected my family. My mother was sad and was always thinking of me while I was in detention. My younger brothers, who I am very close with, would constantly ask my mom when I would come back home. While I was there, my youngest brother would text my phone hoping I would see his messages and he cleaned my bedroom everyday so that when I returned home I would come back to a clean room.

22. Having now been released from detention, despite still having fear I am trying to pick up where I had left off. I attended my first day of classes in the Heating, Ventilation, and Air Conditioning program at my local college and recently received my Type I EPA 608

5

certification. I am continuing to work to afford to pay my car insurance and other bills, and I am spending time with my family and loved ones.

23. I know that there are a lot of people who have experienced something similar to what I experienced, especially in Brentwood and other towns with a lot of Latino people and immigrants. I have heard stories similar to mine and seen videos online.

24. While I was detained at the Central Islip hold room, I met a man from Guatemala who had been detained that morning by agents. He was stopped in Brentwood while walking to buy food, shown photos of suspects, and asked for identification. The same happened to an older man from Ecuador, who was detained while walking to a deli. Neither man was told why he had been stopped, but it appeared that ICE was conducting an operation that morning targeting Latino men in the Brentwood area. I am seeking to represent a class of people in New York who have been arrested without a warrant and without proper reasons.

25. I am prepared to represent the proposed class in this case and will take my responsibilities seriously. If the Court recognizes this case as a class action, I understand the responsibilities I will have. I understand that I need to stay in touch with the attorneys and keep informed about what is going on with the case, including any agreements between the plaintiffs and the government to resolve this case. I understand that I need to think about the interests of other proposed class members, who are people in a similar situation to me, and act on those interests.

26. I understand that I will be part of a team making important legal decisions and directing the lawyers on this case after getting their advice. I will share what I think about these

6

legal decisions with the attorneys; I will also work with other class representatives to make decisions if and when we need to.

27. I will communicate with and direct the lawyers representing the class about important motions, settlement talks, trial preparation, and trial. I also understand that I may need to answer questions from the government's lawyers in writing or in person.

28. I understand that if a class is certified, my lawyers will owe a duty to all members of the proposed class to provide fair and adequate representation.

Executed on 23 of March, 2026

Darwin Garcia Medrano

7

**ATTESTATION AND CERTIFICATE OF TRANSLATION**

I, Rodman Serrano, certify that I am fluent in both English and Spanish. On March 23, 2026, I personally spoke with Darwin Garcia Medrano and read the foregoing declaration to him, translated into Spanish faithfully and accurately. Darwin Garcia Medrano affirmed that he understood my translation and that the information in the above declaration is true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

_____
Rodman Serrano

8