# DECLARATION OF A.M.C

I, A.M.C., pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is A.M.C.. I am making this declaration, and would like to participate in this lawsuit, using my initials A.M.C.
2. I am 36 years old. I am Latino.
3. I have lived in New York since 2011. I have lived in Bushwick since 2016.
4. I have never had any contact with law enforcement. Prior to this incident, I had never been arrested or encountered immigration enforcement.
5. I have two U.S. citizen children. My son is three years old. My daughter is three months old. At the time ICE took me, my daughter was only two months old.
6. I work six days a week at a grocery store managing inventory. I have worked at grocery stores in this role for almost ten years. Before that I worked at an electronics store packing shelves. I have always worked ever since arriving the U.S.
7. Each day, I walked from my home in Bushwick to my job. It is about a ten minute walk. I left around 8:00am in the morning and returned around 6:00pm in the evening. I work six days a week.
8. On February 24, 2026, I left my job and headed home. Around 6:15pm, I got to my building. I saw that there were two cars that were unmarked, but with tinted windows parked in front of my building. I walked up the stairs to my building and was wiping my feet on the floor to get the snow off, when I heard someone behind me say, "primo." I turned my head. The man behind me was Latino and he was wearing normal clothing. He held up his phone and showed me a photo of a Latino man with a mustache. I do not look anything like the man in the photo, since I do not have a mustache. The Spanish speaking agent asked me if I knew the man in the photo. I told him no. He asked me if the man in

the photo was me, I said no. He asked if the man lived in the building. I said no, I don't know the man. Then he asked me how long I lived in the building. I said I had lived there for around 3 to 4 years.

9. While he was talking to me, around 5 people were walking up behind this man. They had exited cars parked on the street. These people had bullet proof vests on. Some vests were green and said FBI, and some vests were black and said ICE. All of them had pistols in their belts. I did not feel like I could leave. I felt like I had to answer this man's questions.

10. Then the Spanish speaking agent asked me if I had any papers. I told him no. He asked again, you aren't the man in this photo? I told him no. He then asked for my ID, and I gave him a consular ID. He then asked me if I had any family in the U.S. I told them that I had children and family here.

11. The Spanish speaking agent then said because I didn't know the man in the photo, instead, he would have to take me to the immigration office.

12. I did not feel like I could say no or leave. The agents had surrounded me, they were armed, and the door to my building was still locked behind me.

13. While the Spanish speaking agent was talking to me, a white woman tried to get back into my building with her dog. I recognize her because she lives in the building. The agents let her enter to drop off her dog. They did not ask her anything about the man they were looking for. She came back out, yelling "La migra! La migra!" in Spanish. I think she was trying to warn other people.

14. Once the Spanish speaking agent finished talking to me, another agent grabbed my hands, put them behind my back, and handcuffed me. I did not do anything to resist arrest or try to leave. I did not want to be hurt.

15. The agents then led me to their car, which was parked in the street. I saw about six other cars. The agents drove me about two blocks away before taking me out of the car, removing my handcuffs, and then putting me into chains that connected my ankles and hands to my waist.

16. None of the agents identified themselves, presented a warrant, explained why they stopped me, or indicated that they knew me or my name prior to stopping me.

17. After that, the officers took me to Federal Plaza in Manhattan. I was there for two hours. Here they asked me about my U.S. citizen children. While I was at Federal Plaza an ICE agent handed me some papers. He told me that I could agree to voluntary departure. I told him that I did not want to sign. I have a family to raise and support here in New York. I did not want to be taken away from them.

18. Then I was taken to Elizabeth, New Jersey that night. I was detained in New Jersey for around 5 days. I was brought back to New York on March 2, 2026, and released from detention.

19. As a result of my arrest and detention, I was away from my family for about six days. During this time, I was unable to work and help my wife who was caring for a newborn. I felt really bad about being away from my family. My son was struggling to eat because of the stress.

20. Since my release, I have returned to my job. Out of fear and because my wife needed help caring for our newborn and son, she moved in with a friend. I have temporarily moved in with that friend as well because I am too scared to go back to my old building. The place my friend lives at is very close to my old building. I am still scared and nervous every time I leave the apartment where I am staying. I am often looking over my shoulder, worried

that ICE will come and get me again. But I must leave home because I need to work to support my family.

21. I understand that in filing this lawsuit, I am seeking to be a class representative for other people who are or will be in a similar situation to me. If this case is certified as a class action, I am willing and able to represent the class and its interests, with the help of my lawyers.

22. I would like to use the initials A.M.C. as my name throughout this lawsuit. I am working to seek immigration relief. I am afraid of retaliation towards me if my identity were to become public due to my participation in this lawsuit. I am afraid I will be retaliated against and harassed by members of the public on social media given recent reports about people harassing noncitizens online.

23. This declaration was read to me in full in Spanish, the language I understand best on March 29, 2026, by Magda Aguilar. I completely understand the content of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

New York New York

Executed on 29/3/2026
Date

A.M.C.

# CERTIFICATE OF TRANSLATION

I, Magda Aguilar, declare under penalty of perjury:

1. I am competent to interpret between English and Spanish and certify that I have read the attached Declaration of A.M.C. into Spanish.
2. The interpretation I provided is true and accurate to the best of my abilities.
3. A.M.C. stated that he understood the document's contents.

Dated: 3/29/2026

Magda Aguilar