# DECLARATION OF A.J.M.C.

1. My name is **A.J.M.C.** . I am 37 years old.
2. I am making this declaration using my initials, A.J.M.C.
3. I am Latino.
4. I have lived in Long Island for almost 20 years. For most of that time I have lived in Hempstead, NY, where I have lived for around 15 years. I work in construction as a day laborer. I have three United States citizen children.
5. On June 5, 2025, around 11:45 AM, I was standing in the parking lot of a commercial center in Hempstead, NY. There is a Home Depot on one side and a Chuck E. Cheese on another side. The apartment that I was staying at is nearby.
6. I was waiting to meet my boss, who was going to drop off my pay for two days of work.
7. There were other men in the parking lot waiting as well. I knew most of these men, and they were also Latino like me. I planned to only be outside for a few minutes, so I did not have my phone or wallet with me. I was dressed casually, not in work clothes and boots.
8. I turned around and noticed there were three cars behind me that were unmarked but had flashing police lights. I turned back to face forward, and there were more cars in front—I think there were at least two more cars.
9. The cars were surrounding me and the other men in the parking lot. Five officers walked up to me wearing what looked like military vests, and I could see that they had large guns that looked like rifles. Some of the vests said "U.S. Marshal," and about three of the officers were wearing face masks. They did not identify themselves as immigration enforcement, and I did not know that they were.
10. The officers began speaking to me in English. I speak some English, so I responded to them in English. The officers did not identify themselves.

11. One officer—I think his last name, which I learned later, was Damiano—approached me and showed me a photograph on paper of a man I did not recognize.

12. Officer Damiano was not wearing any uniform. He was wearing a checkered shirt and jeans. He asked me if I had seen the man in the photograph, and I replied that I had not. That man looked nothing like me. He did not have a beard, and I believe he had blonde hair; at the time I had a long beard, and my hair is very dark. Officer Damiano said the man in the photograph was known to be around the Home Depot in Hempstead or Freeport.

13. Officer Damiano then asked me, "you Salvadorean?" and "you have your 'DUI'?" DUI is the term for an El Salvadorean identification card. I said yes because I thought that he was asking me where I was born.

14. I told Officer Damiano that I did not have the 'DUI' on me, but that it was in my apartment in the building where I live nearby, and that I could go to my apartment to get it. I felt I had no choice but to answer the questions because of the armed agents surrounding me. The officers did not let me go to my apartment.

15. I said that I had things to do and asked to leave, but an officer with a vest that said "U.S. Marshal" blocked my path. I did not feel free to leave because he was blocking me, and other officers with guns were surrounding me.

16. I am not sure why Officer Damiano would have thought I am from El Salvador, except that I look Hispanic and there are many people in the area from El Salvador.

17. Officer Damiano then asked for my name. I told him my nickname, Bryan, because that is the name I use the most, and what my friends call me. Officer Damiano went back to his car. He returned and told me that Bryan was not my name.

18. Officer Damiano then asked me for my full legal name. I gave it to him, and he walked back to his car. Then, he walked back over to me and told me that he was from ICE and was arresting me because there was a warrant for my arrest under the name A.J.M.C.

19. This was the first time that he identified himself as ICE. Until then I had no idea immigration was involved. I was very scared because I had seen the news about deportations to El Salvador and thought they would send me back to El Salvador immediately. I asked him how ICE could have a warrant for me because I was not in any immigration process.

20. I kept asking Officer Damiano to show me the warrant, but he refused and said that I would get it later. I still haven't seen the warrant Officer Damiano claimed he had.

21. Officer Damiano then put me in handcuffs and started patting me down. The officers also searched a backpack I had with me. When doing so, Officer Damiano asked me multiple times where "the drugs" were. I asked him what he was talking about, since I have never had a drug-related arrest, and he told me that it was "part of the process."

22. While I was being questioned, one officer seemed to be recording me with a cell phone. The cell phone was only about one and a half feet from my face. The other officer recorded me for about 10 minutes. I asked him why he was recording, and he also responded that it was "part of the process." It made me feel violated and uncomfortable to have the officer recording me.

23. While all of this was happening to me, the agents were also arresting the other Latino men who were also in the parking lot area. I did not see them stop or arrest anyone who was not Latino.

24. After I was publicly searched and humiliated, the officers put me in a car and took me to Nassau County Jail, where people are normally incarcerated due to criminal issues. When I was in the car, I asked the officers if they knew I had three U.S.-citizen children here. The officers told me that if my children missed me, then they could leave the country, too.

25. Before arresting me, the officers did not ask me any questions about my community ties, how long I have been living and working on Long Island, my family here, or anything else about my circumstances.

26. I was held at the Nassau County Jail for about four days. At Nassau County they took my fingerprints and took a photo of my face. I could not speak with any of the other people who were detained with me because they kept us all in separate cells. I frequently asked the officers when I would be able to see a judge, and they told me that I would not get to see a judge and would be deported in a few days.

27. Around June 9, 2025, officers took me from the Nassau County Jail to ICE's offices at 26 Federal Plaza in New York City. I was there for six more days. While I was held there, I had to sleep on the floor without a mattress, and it left me with a bump on my back that still hurts badly. I started feeling severe pain in one of my teeth, and I kept asking the officers to give me pain medicine, but they did not give me anything.

28. At Federal Plaza, I was kept in a room with about 60 other people. We had no beds, horrible food, no showers, only four toilets, and no toothbrushes. Basically, we had nothing. The officers gave us these tiny milk bottles that had something written on them like, "Did you know that cows also sleep in beds like you?" I kept thinking that we were being treated worse than cows.

29. I spoke with some other men in my room, and we told an officer that we would not eat unless they improved the extremely inhumane conditions we were living in. They did not do anything, and we refused to eat for two days.

30. Around June 12, 2025, a group of about six ICE officers in bulletproof vests forcibly removed me from the room, even though I was not resisting. They shackled my hands and feet. I started signing the Bob Marley lyrics, "Get up, stand up, stand up for your rights."

31. The officers said that it was my fault that the other detainees in my room were not eating and were demanding better conditions. I said that I was just trying to stand up for our basic rights. I had been the main person speaking to ICE on our behalf because I spoke more English than the rest of the group. Around two hours later, an ICE supervisor arrived and told the officers to let me go.

32. The officers took me to a separate room and asked me what I needed. I responded that I needed my freedom and to be treated like a human being. They told me that if I cooperated, they promised that I would not be sent far away to a place like Louisiana, where they were sending most of the detainees, and where it would be far more difficult for me to find a free lawyer and fight against my deportation. They also added that I wouldn't want to be taken from my kids here in New York. The officers asked me if there was anything else I needed, and I told them that I had been asking for pain medicine for my tooth for several days. They finally gave me two pills for the pain. The officers took me back to the holding room. I did not tell the other detainees to stop speaking up for their rights.

33. On around June 14, 2025, ICE took me to the Orange County Jail in Goshen, NY, where I am still detained now. Around June 16, I was finally permitted to take a shower for the first time since I was arrested on June 5.

34. Since getting to the Orange County Jail, I have been asking the officers for medical attention for my tooth and the painful bump on my back from sleeping on the floor at Federal Plaza, but they have not done anything. I sometimes still have dental pain.

35. Since my detention, I have barely been able to sleep because of the nightmares. Every night, I dream that I am being arrested by ICE officers outside my home. Then, I dream that I wake up and am in El Salvador, being taken to the CECOT prison.

36. It has been a painful and dehumanizing experience for me to be detained for more than nine months since ICE officers arrested me off the street outside my home without showing me a warrant and without having any reason to believe that I was likely to escape.

37. The only reason that I am in ICE detention right now is that I look Latino. I want to be released so that I can go back to my community and family on Long Island.

38. I desperately miss my three children. Prior to my detention, I would see my children frequently. I had plans to learn music with my kids, to exercise with my son, and watch them play sports. I have missed two of my children's birthdays while in detention.

39. This declaration was read to me in Spanish on March 20, 2026. I completely understand this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Goshen, New York

Executed on 03/20/26.

CERTIFICATE OF TRANSLATION

I, Nelson Perez-Hamilton, declare under penalty of perjury:

1. I am competent to interpret between English and Spanish and certify that I have read the attached Declaration of A.J.M.C. into Spanish.
2. The interpretation I provided is true and accurate to the best of my abilities.
3. A.J.M.C. stated that he understood the document's contents.

Dated: March 20, 2026

Nelson Perez-Hamilton