## <u>DECLARATION OF G.E.V.S.</u>

I, **G.E.V.S.** , pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is **G.E.V.S.** . I wish to proceed using my initials, G.E.V.S. I am 36 years old and am Latino. I have lived in New York State for the past 16 years.

2. I have lived in the same rental apartment in Geneva, New York for the past nine years. I live there with my girlfriend, who is a U.S. citizen.

3. I work in the construction industry. I have been in this line of work for the past seven years.

4. On November 18, 2025, I left work around 4 p.m. and went to a Days Inn hotel in Tonawanda, New York to rent a room where I could stay while completing a project in the area. I then went to Wal-Mart in North Tonawanda with three of my co-workers to buy a few household items.

5. My co-workers and I shopped briefly, then exited the store and entered our vehicle. My co-workers are also Latino. While shopping and leaving the store, we spoke to each other in Spanish. My coworker drove the vehicle, which belonged to our boss, who is a U.S. citizen, and has valid New York State license plates, back to the Days Inn. He followed all traffic laws. I sat in the back row.

6. We arrived at our hotel and parked the vehicle in the hotel parking lot. While we were still sitting inside of the car, four vehicles suddenly arrived and surrounded the car, blocking us in. Two of the arriving cars were white and green, and two looked like regular civilian vehicles.

7. Immigration officials exited their cars and approached us. I think they were a mixture of ICE and Border Patrol officials. In English, they yelled at us to open the window of the

1

vehicle. Less than a minute later, without giving us time to comply, the officers used a tool to break the car window. The officers then immediately pulled us out of the car and put all four of us in handcuffs. I did not try to flee or resist.

8. None of the agents at any point ever identified themselves, presented a warrant, explained why they stopped me, or indicated that they knew me or my name prior to stopping me. None of the agents asked me for my name, any questions about my community, how long I've been living and working in New York, my family here, or anything else about my life. None of the agents asked about my immigration status.

9. The immigration agents drove us from the parking lot to a station. At the station, I was allowed to make one five-minute phone call, and I used it to call my girlfriend. While at the station, immigration agents asked me to sign a voluntary departure form, and I declined.

10. I spent the night in the station, and the next day, I was transferred to ICE's immigration detention center in Batavia, New York.

11. I was held in the Batavia immigration detention center for two months and two days.

12. This incident was my first time ever having contact with law enforcement or immigration enforcement and my first time ever being arrested.

13. I developed severe knee pain while in detention. I have issues walking and standing for long periods of time. Although I have returned to work, the injury has impeded my ability work as much as I did prior. Before entering Batavia, I did not have any of these mobility issues.

14. I applied for asylum after my release.

15. Following my release, I have had to wear an ankle monitor, and I have to report to check-ins with ICE every three months.

16. Months after this incident, on February 20, 2026, I was again stopped and detained by ICE. I was driving with two of my brothers in Geneva, New York on our way to work. We stopped at a gas station to put gas in my brother's car, which is registered to him and has New York State license plates. We finished pumping gas and drove away. One of my brothers drove. My brother followed all traffic laws.

17. We had just resumed driving when we were suddenly stopped by four cars. I'm not sure whether the cars belonged to ICE or to CBP. I believe they watched us when we were at the gas station and then decided to follow us. After we pulled over and parked, armed agents approached our car. Without asking us any questions and before we could even realize what was happening, they dragged us out of the car and handcuffed us. The agents were very aggressive, and they did not present a warrant.

18. The incident happened very quickly. It was only a few minutes between when we parked our car to when we were put in handcuffs. The agents did not ask for our names, for identification documents, about our immigration status, or about our family ties. I don't think they had any idea who we were and decided to stop and arrest us only because we are Latino.

19. The agents drove us to a station in Geneva. At the station, I informed the agents that I had been recently detained and was out on bond. After about an hour, they ultimately released me.

20. ICE detained my brothers. One of my brothers was deported. My other brother is currently detained at the Batavia immigration detention center.

21. I am afraid of being suddenly arrested and detained again by ICE for being Latino. I fear being detained again as I travel to work or to other places in my community. I am also

3

anxious because my mandatory ICE check-in obligations mean I will regularly interact with ICE agents going forward. I am nervous that ICE may use these check-ins as an opportunity to again suddenly arrest me.

22. This declaration was read to me in full in Spanish, the language I understand best on April 7, 2026 by Jose Perez.  I completely understand the content of this declaration.

23. I know I am not the only person who recently has been arrested without a warrant and under similar circumstances in New York. I understand that in filing this lawsuit, I am seeking to be a class representative for other people who are or will be in the same situation I am in. If this case is certified as a class action, I am willing and able to represent the class and its interests, with the help of my lawyers.

24. Due to my pending application for asylum, I fear I would face retaliation and grave danger if my persecutors in Guatemala were to learn of my immigration claims through this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Geneva, New York

Executed on April 7, 2026.

# G.E.V.S.

Sworn to before me this
April 7, 2026.

_____

Notary Public

JOSE E. PEREZ
Notary Public, State of New York
No. 02PE6183549
Qualified in Onondaga County
My Commission Expires Mar. 17, 20 _27_

5