**DECLARATION OF J.G.G.**

I,       **J.G.G**       , pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is      **J.G.G**      . I am making this declaration and wish to proceed in this lawsuit using my initials, J.G.G.

2. I am 65 years old. I have lived in New York since 2006, and I have always stayed in the Queens area.

3. I am Latino.

4. I live a peaceful life. I have never had any contact with law enforcement. Prior to this incident, I had never encountered immigration enforcement.

5. In the approximately 20 years since my arrival, I have worked in construction for various companies. In the last six years, I have worked more independently, privately contracting for my jobs. I have dedicated my life to working hard so that I can support my partner, her children and grandchildren, whom I see as my own children, and my mother. All the money I earned I used it to support them and their education and for my basic needs.

6. On January 8, 2026, I took a public bus from Queens to a Home Depot in Elmont, New York. I had been contracted by a man to do construction on a house, and we agreed to meet at the Home Depot around 8:00 am because he needed to buy materials for the construction job. I arrived early around 7:00-7:30 am. I grabbed a shopping cart to be ready for when my employer arrived and had my morning coffee in the parking lot of Home Depot while waiting for him.

7. While there, a security officer working for Home Depot came out and yelled at me to leave. He shouted to me in English, but I understood he was telling me to leave saying something like "you go outside." With my limited English I told him to give me some time that my

boss was coming to purchase things there. I told him I am a Home Depot customer and buy things there too. He yelled at me to leave and accused me of soliciting work and threatened to call the police on me. I always want to avoid any kind of problem, so I walked away to another area of the parking lot between Home Depot and a restaurant.

8. About 10 minutes later (and about 30 minutes after first arriving at the Home Depot), I was there by myself when, about five unmarked, black vehicles suddenly pulled into the parking lot and surrounded me on all sides. The cars came from around Target, which is in the western part of the parking lot. I was completely blocked in. There was no way for me to move or run away. Multiple armed men jumped out of the car and started heading towards me. I think there were around ten men. Some were wearing beige uniforms, others were wearing plain clothes, but all of them had vests that looked like bulletproof vests. I think around two of the men had vests with the word ICE on them. Some had pistols and others had rifles. The people with rifles were holding them in their hands. Some of them had their faces and head covered with ski masks.

9. At first, I thought I was being kidnapped. I was blocked on all sides by agents and cars. I had nowhere to go. One of the agents pushed me from behind onto a car that was still moving towards me. I was wearing a backpack with heavy tools, so when he pushed me onto the car it hurt even more. The left side of my chest hit the car and that pain remained for at least ten days after. Without asking me any questions, explaining who they were, or showing me any badges, two men approached me and held me down against the car.

10. Two agents held me down by my neck against the car. Another agent held a gun up to my head and was yelling at me not to move in English. I was not resisting arrest in any way, so I do not know why they were so violent with me. I could feel the cold metal gun on my

head. That feeling still haunts my nightmares to this day. I thought I was going to die. I thought about the news I had seen of the woman who had been killed by ICE while in her car not too many days before.

11. The officers then took off my backpack and searched me. They took my phone, wallet, and all my belongings. My wallet had my NYC ID, which identifies me by name, date of birth, and address but does not indicate my immigration status or nationality.

12. The officers then handcuffed me and threw me into one of the vehicles like an animal. No one ever showed me a warrant for my arrest and no one ever mentioned to me that they had a warrant for my arrest.

13. When I was in the vehicle, I asked one of the officers who spoke Spanish why I was being arrested but he didn't answer me. I told him that my mother and partner were relying on me and that I needed to work. All he said was "I don't know."

14. A little while later, they put another Latino man, a man who told me he was from Guatemala, into the same car I was seated in. They then took us to a different parking lot, which was filled with other vehicles that I assume were ICE's. There were many other arrestees there, many of whom were Latino. At this point, no one had told me why I was being arrested.

15. Before arresting me, the officers did not ask me any questions about my community ties, how long I have been living and working in New York, whether I have family in the U.S., or anything else about my circumstances.

16. The officers took us to an ICE office. They did not ask me about my immigration status. The officers gave me several papers to sign, including one asking whether I consented to being voluntarily deported. I did not sign that document. The documents were in English.

17. Afterwards, I was driven to a detention center further out on Long Island. It took us a while to drive there. When I got there, I couldn't sleep because of the stress I felt from the arrest. I thought about my family who were depending on my work to support them and would now be unprotected.

18. Early in the morning, I was driven back to the office where I had been before. After a little while there, I was driven to another detention center on Long Island, where I waited in the officers' car in the parking lot for several hours. A few arrestees got into the car, and we were driven to Orange County Jail. I was detained at Orange County Jail for about a couple of weeks until I was transferred to the Metropolitan Detention Center (MDC) in Brooklyn.

19. The violence from my arrest has affected me psychologically and physically. For about fifteen days after my arrest, I had a bruise on my left side of my chest from where the car hit me during the arrest. I never received any medical attention for the injury even though I was in pain and had difficulty lifting my left arm.

20. I still do not sleep well. I keep having a nightmare where I feel the coldness of the barrel of the gun to my head and wake up agitated, with my heart beating very fast. I do not think I will ever stop having that nightmare because that feeling was horrible. This experience brought up my past traumas. I have tried to repress this memory of the gun to my head.

21. My time in detention was also very difficult and traumatic. I am not a young man, so my health worsened quickly. When I was detained at Orange County Jail, I developed an ear infection that caused me an earache and headaches. I requested medication but never received any and never saw a doctor. After I was transferred to MDC in late January, I finally saw a doctor. I believe this is because one of my attorneys reached out to the facility and requested medical attention for me. After weeks of feeling pain in my left ear, I finally

got antibiotics to treat it. I am not in pain anymore, but I still cannot hear well from my left ear.

22. Being at MDC was not easy. I do not know if it is due to my lack of sleep, but my vision got blurry. I did not eat well. I do not eat a lot of meat, so when they served us that, I gave it to other people who were detained here. They did not let us keep fruit if we want it for a snack later. Sometimes they did not let us go outside and kept us locked in our cells for up to two days. It was horrible having to use the bathroom without any privacy and in front of our cellmates.

23. Before being detained, I was living on my own in Queens, New York, going to church and seeing friends when I could and working in construction. When I was in detention, I was not able to pay rent, as I was not working. Before detention I was paying my rent with the money I was earning money from working in construction. I was also sending money back to my family and to whoever from our neighbors needed money to pay for medical expenses or other urgent needs. I tried helping whoever I could even if it meant I was not left with much because I always believed that if you are in a position to help others, you should do it.

24. My family relies on the money I send to them. My mother, who at 95 years old is unable to walk or speak after a stroke, relies on me for monetary support. In recent years, my partner has broken both of her knees and lost her ability to speak. My partner's daughter takes care of them and relies on my money to do so. Additionally, my partner's daughter's sons, effectively my grandsons whom I have cared for since their birth, rely on me sending them money to pay and attend school. Both are in engineering school. One of them has one year left, and the other has two years left to complete their education. When I was in

detention, I was not able to pay for their schooling, and they had to stop going. I am worried about the future of everyone in my family who depends on me if I were to be detained again.

25. I have returned home to my apartment in Queens. I have returned to working in construction. I feel nervous leaving the house and waiting outside too long, because I fear that ICE could come and take me away again. My arrest was very violent and my time in detention worsened my health a lot. I still struggle to sleep and hear.

26. This declaration was read to me in full in Spanish, the language I understand best, on March 23, 2026, by Luisa McDonald, an interpreter for The Legal Aid Society, I completely understand the content of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York

Executed on 3/23/26
          Date

J.G.G

CERTIFICATE OF TRANSLATION

I, _Luisa McDonald_, declare under penalty of perjury:

1. I am competent to interpret between English and Spanish and certify that I have read the attached _declaration of_ **J.G.G** _into_ _Spanish_.

2. The interpretation I provided is true and accurate to the best of my abilities.

3. **J.G.G** _stated that he understood the document's contents.

Dated: _3/23/26_

Luisa McDonald

Signature of Translator