**DECLARATION OF N.D.L.A.**

I, **N.D.L.A.**, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is **N.D.L.A.**. I am making this declaration and wish to proceed in this lawsuit using my initials, N.D.L.A.
2. I am Latino.
3. I am 36 years old. I have lived in Amityville, NY since November 2009. I work as a house painter.
4. I live in a multi-family home that is broken into several apartments.
5. I have two U.S. citizen daughters. I missed their 14th and 12th birthdays last year because I was in detention.
6. I have never had any contact with law enforcement. Prior to this incident, I have never had contact with immigration enforcement.
7. On May 28, 2025, at around 6:15 AM, I left my apartment and got in my car to drive to work. The car is registered under my wife's name. Just as I pulled out of my driveway, I noticed two small unmarked car with lights. The car that was directly behind me had its lights on. I was driving under the speed limit and did not commit any traffic violations. I immediately pulled over, and two other cars pulled in front of me. I was barricaded; I could not pull forward or go in reverse. It was clear to me that I was being stopped and prevented from going anywhere. I did not try to flee.
8. A man wearing a bullet proof vest that had written on it ICE got out of one of the cars. He had a pistol in his belt area. He spoke Spanish to me. He showed me a photograph of people he said that the officers were looking for. He asked me if I had seen any of these men. I told him that they live in a different apartment in my building in the basement, and that I had not seen them around in at least a month. The agent said to me that I was not

one of the men they were looking for. I did not look like any of the men. My complexion is lighter, and I am much heavier.

9. Then ICE agent demanded to see my passport. He did not say "identification," he specified passport. I complied and handed him my passport. He looked at my passport and told me that if I had no problems, I would be free to go. He left with my passport. He then ordered me out of my car and placed me in handcuffs. Before putting me in handcuffs, he did not ask me and I did not say anything about my immigration status.

10. While the Spanish speaking agent was talking to me, there were about 10 agents surrounding my car. Their cars were also around my car. There were two cars behind me and three cars in front of me. All of them had bullet proof vests and pistols in their belts.

11. Before I was arrested, at no time did the ICE agent identify himself or present a warrant. I also did not receive a Notice to Appear before an immigration judge before I was arrested. Nor did the ICE agent ask me about my community ties, how long I had been living and working on Long Island, my family here, or anything else about my circumstances.

1 The ICE agent then roughly threw me into the backseat of one of the cars and drove me to the parking lot of a fire station.

13. I remained handcuffed in the parking lot of a fire station for about an hour. One of the agents asked me questions in English. I speak some English so I could respond. He asked if I had family in the U.S. I told him about my daughters. He saw that I had work clothing on, so he asked if I was going to work. I said yes, and I worked as a house painter. Then, the agent said if I cried to a judge that I did not have a criminal record and that I had

citizen daughters, I would be freed. I found this highly insulting because I have never had any problems with the law. The agents also took a photo of me with one of their phones.

14. Then, some other ICE agents showed up in the parking lot. They had arrested about five other Latino men. I believe they were my downstairs neighbors. I recognized at least one of the men from the photo the Spanish speaking agent had shown me. It was even more clear to me then that the man looked nothing like me. He has a darker complexion and is several inches shorter and much lighter than I am.

15. The ICE agents then took me to Central Islip. They made me fill out some papers about contacting my embassy. They also took my fingerprints.

16. After Central Islip, ICE agents took me to Federal Plaza in New York City. I was there for around three hours. Then, I was taken to Orange County where I remained until February. And finally, I was taken to MDC where I remained until I was released on bond on February 17, 2026. I was in detention for almost nine months.

17. When I first left MDC, I had an ankle monitor. After about a week, I went to an office in Syosset to get it taken off. I still have to send in weekly selfies on the SmartLink app, and I will need to do in-person check-ins at an ISAP office. An ISAP officer will also visit my house. On those days, I have to stay home all day and cannot work.

18. My arrest and detention was very difficult for my daughters. My oldest daughter had to meet with a psychologist. She wouldn't go to school or leave the house because she was so anxious and afraid. My wife had to work and care for our daughters all by herself.

19. I have health issues because of my time in detention. In June 2025, while at Orange County Jail, I fell in the shower and injured my knee. It was really difficult to get medical care in Orange County. All I got were some painkillers. To this day, my knee still hurts

me a lot. I cannot walk for more than 30 minutes at a time. And when it is cold, my knee hurts even more. My job as a house painter requires me to stand for long periods and move around a lot, which only makes the pain worse. I believe that I was targeted because I am Latino. Other than my ethnicity, there was no reason for the ICE agents to pull me over in the way they did because I obviously do not look like any of the people that they were looking for, and there was no reason for the ICE agent to ask me for my passport after I had answered his questions.

20. I fear being targeted or detained by ICE again. I still live in the same house and work the same job. ICE came to my house looking for someone else about a week after I was released. Almost every day, I see on Facebook all of these warnings that ICE is in Amityville. I am very worried about encountering ICE again and spend most of my time at home. I work only when I can get a ride so that I can avoid another stop by ICE and because I cannot apply for a driver license because my passport was confiscated.

21. This declaration was read to me in Spanish on March 24, 2026 by Kelvin Ortiz. I completely understand this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Amityville, New York

Executed on 3/24/2026
Date

N.D.L.A.

CERTIFICATE OF TRANSLATION

I, Kelvin Ortiz, declare under penalty of perjury:

1. I am competent to interpret between English and Spanish and certify that I have read the attached Declaration of N.D.L.A. into Spanish.
2. The interpretation I provided is true and accurate to the best of my abilities.
3. N.D.L.A. stated that he understood the document's contents.

Dated: March 24, 2026

K.O.

Kelvin Ortiz