# DECLARARATION OF O.T.M.M.

1. My name is **O.T.M.M.** . I am making this declaration using my initials, O.T.M.M.

2. I am 25 years old.

3. I live in Corona, Queens, New York, and have lived in the Corona and Elmhurst, Queens, New York, area since 2021.

4. I worked for a restaurant in Queens doing food delivery. I worked there for more than two years before my arrest.

5. ICE arrested me around 2:30 PM on November 1, 2025.

6. At that time, I was on my bike, doing a food delivery in Corona at 97th Street and 41st Avenue. When I turned at the intersection, my phone fell out of my pocket and went beneath a parked car. I stopped, got off my bike, and went down under the car to retrieve it.

7. When I stood back up, several unmarked cars were pulling up to a stop. Six people wearing bulletproof vests, several of whom also wore facemasks, got out of the cars, surrounded me, and put their hands on my shoulders to hold me in place. There were five men and one woman. The agents spoke to me in Spanish. One of the agents said that they were looking for someone. He showed me his phone, but I am not sure why, as there was no photo of the person he said he was looking for on his phone.

8. An agent then said that they were going to take my photo, just to check. I was wearing a motorcycle helmet that covered my head and face. The agents removed my helmet and the hood I was wearing underneath. They did not ask my permission to remove my helmet and clothing or to take my photograph. During this process, they continued to hold onto me. I respected the agents and stood still.

9. A male agent showed me a Taser and said that if I ran, they would hit me with it. As he said this, he placed the Taser against his own chest to demonstrate.

10. After the agents took my picture, they asked me if I had any papers. I told them that I did not.

11. Then, the female agent removed my wallet from my pocket and took out my identification card. She did not ask for my permission to take out my wallet. She asked me if I was from Guatemala. I said, yes, I am from there.

12. After that, some of the agents pushed me against a car and put handcuffs on my hands and legs. It really hurt when they pushed me against the car, so I pulled my hands up in response. When I did that, other agents rushed over. I did not try to resist or fight them.

13. About five minutes passed between the time that the agents surrounded me and the time that they put handcuffs on me. During that time, they did not ask me any questions other than if I had papers and if I was from Guatemala. They did not ask anything about how long I had lived in New York, my life here, or my family.

14. After the agents put handcuffs on me, they put me in a car and drove me to 26 Federal Plaza in Manhattan. While at 26 Federal Plaza, agents took my fingerprints, and a woman interviewed me. She asked me how long I had lived in New York and if I wanted to fight my deportation case. I said that I did want to fight it. She also asked me whether I wanted to sign a document, which I think was about me agreeing to leave the United States. I declined to sign.

15. I was at 26 Federal Plaza for about three days, and then I was transferred to Orange County Jail, where I stayed for several months.

16. On January 22, 2026, ICE moved me to the Metropolitan Detention Center, where I remain today.
17. I have a lot of friends in Corona and Brooklyn, whom I met through work. I worked for two different restaurants with the same owners. The owners support me and tell me that they want me to come back and that they have a job for me.
18. I regularly attended services and events at a church in Corona, Queens. Corona is my home.
19. I am a good person and respect everyone.
20. Being in jail makes me very sad. My friends send me cards, which lifts my spirits, but it is still difficult. I miss my friends and my community.
21. ICE had no reason to stop me and no reason to suspect that I was doing anything wrong. The only thing I did was drop my phone, and then the agents surrounded me and held me in place.

I declare under penalty of perjury that the foregoing is true and correct.

Brooklyn, NY
March 11, 2026

[signature]

**O.T.M.M.**

CERTIFICATE OF TRANSLATION

I, Paula Garcia-Salazar, declare under penalty of perjury:

1. I am competent to interpret between English and Spanish and certify that I have read and interpreted the attached DECLARARATION OF O.T.M.M. into Spanish for O.T.M.M.
2. The interpretation I provided is true and accurate to the best of my abilities.
3. O.T.M.M. stated that he understood the document's contents.

Dated: March 11, 2026

______________________________ Paula Garcia-Salazar

Signature of Translator Name of Translator