# DECLARATION OF V.R.V.

I, **V.R.V.**, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is **V.R.V.**. I am making this declaration using my initials V.R.V.
2. I am Latino. I am 31 years old.
3. I have lived in Queens since 2022.
4. I was detained in Immigration and Customs Enforcement ("ICE") custody from around January 22, 2026, to around March 5, 2026.
5. Before I was detained, I lived in Elmhurst in Queens, New York with my cousin. I worked two jobs, one at a deli and one at a restaurant, in the New York City area to support myself and my two U.S. citizen sons, who were born in 2018 and 2020. My wife is also a U.S. citizen. Each morning around 6:30 AM, I would leave my home in Queens to walk to the train station to go to work.
6. On January 22, 2026, around 6:30 AM, I left my home to go to my job. I was going to work at a restaurant. As I was walking, I saw two men get out of their cars parked several meters in front of me and started walking toward me. They were dressed in black clothing, and one man wore a mask that covered his mouth and nose. Based on their attire, I assumed they were members of law enforcement. The two men stopped right in front of me, blocking the sidewalk in the direction I was going. I could not walk any further and could not go around them as there were cars parked on one side and buildings on the other.
7. Before I said anything, one of the officers immediately started speaking in Spanish. He asked me how I was doing and if I was going to work. I responded that I was good and headed to work. The Spanish speaking officer then showed me two photos on his device: each showed a different man. I did not look like either man. The officer asked if I knew the people in the photos. I told him that I did not know the people and asked why he was asking

about the people in the photos. The officer said that the two people were thieves, and he and his colleague were looking for them. He told me that he and his colleague were "oficiales," the Spanish word for officials. He did not specify that he was ICE. Based on this, I believed that the two men were police officers investigating a crime.

8. The officer then asked me if I had a few minutes to answer more questions. I told him no because I did not have a lot of time since I was on my way to my job. But the officer responded that his questions would only take a few minutes. I asked what this was all about, and he responded by asking me to show him my identification. I asked him why he needed my identification. He said they were checking what kind of people lived around the area. I was confused because I thought they were looking for the people in the photos they had initially showed me.

9. I started to feel a little afraid and nervous. I was worried that the officers thought that I might be involved with the criminals in the photos. I complied with the request because I was not a criminal and had never been involved in any wrongdoing.

10. At no point did I feel like I could leave the situation. I handed over my ID card, and the speaking officer then handed the ID to the masked officer. The masked officer moved to stand behind me, within arms' reach. While the masked officer checked my ID on his device, the other officer stood watching me, blocking my route to the train station. I asked the officer in front of me if I could leave because I was going to be late for work. The officer said I had to wait while they checked if my name appeared in their "system." The man did not explain what the system was.

11. While the masked officer checked my ID, the speaking officer asked if he could pat me down, and I said okay. The man patted everything, from my neck to my toes. That was the first time I had ever been patted down.

12. I felt surrounded, and there was nowhere I could go. I felt like I was alone. I worried that if the men hurt me, no one would be able to help me. I felt like I had to answer their questions, hand over my ID, and let the agent pat me down.

13. After about ten minutes, the officer in front of me said that his colleague said that my name did not appear in the system. The officer in front of me asked to take a photo of my face because my name was not in the system. I felt like I had no choice but to allow the photo because I believed they were police and because they blocked my path and they still had my ID. The officer took a photo while the masked officer used a light to illuminate my face. The masked officer then checked his device again.

14. After they took my photo, I asked the officer again if I could leave. The officer said I had to wait because I had not shown up in the system. After about five minutes, the officer said I was not in the system, so they had to arrest me and take me to Manhattan.

15. I asked the speaking officer why, but he just said that I was not in the system and that they did not know why I did not show up. I told them I had to go to work, and the officer said that maybe I could go back to work in the afternoon after they took me to Manhattan. The officer said that a judge might let me go.

16. Before they handcuffed me, I noticed the officer who spoke to me had a weapon on his waistbelt, and I immediately felt terrified for my life. He unzipped his jacket, and I saw the letters “c” and “e.” I could not see the full word, just those two letters. I assumed that it said “police” because of the types of questions the two men were initially asking me.

17. The officers then asked me what was in my backpack, and I said my work clothes. They took my backpack. Then the officers put my hands behind my back and put me in handcuffs. That was the first time I had ever been put in handcuffs. I did not try to resist in any way because I was scared. I had never been arrested before that day.

18. The officers never asked me about my family, my U.S. citizen children, how long I had lived in the U.S. or anything else about my ties to the community before putting me in handcuffs.

19. I did not understand why these men arrested me because I had answered all their questions, complied with all their requests, and did not do anything wrong. The only reason why the men said I was arrested was because I was not in the "system." They did not explain what the system was.

20. I was never shown a warrant for my arrest or any document explaining why I was being arrested. The officers never told me that I had the right to remain silent, or that my statements could be used against me. They never told me I had any rights at all.

21. The officers led me to a car that was parked close by. The officers put me in the back of an unmarked car. The officer who spoke to me stayed in the car with me. The masked officer left.

22. I noticed three or four other officers on the other side of the street. In addition to the two officers who had arrested me, there were about four to six officers in total. Their cars were not marked and did not appear to be law enforcement cars. Their cars looked like all the other cars parked along the street.

23. The officers drove me to a facility in Manhattan, which I believe was 26 Federal Plaza, New York. Only in the car did the officer ask me questions about myself. He asked me if I

had family, and I replied that I had U.S. citizen children and a wife. The officer said that if that was the case, maybe I would be released.

24. I realized that the men were not police officers when I arrived at 26 Federal Plaza. They were immigration agents. At Federal Plaza, officers took my phone and wallet. I asked to make a phone call, but the officers said no.

25. I was put in a cell with about four other men who were also arrested that day. All the men were Hispanic and spoke Spanish. From our discussion, we all realized that we were all arrested in similar ways in areas throughout Queens. One man was also stopped and asked to identify a person in a photo. We all believed we were stopped because we looked Hispanic.

26. After a while, about four officers ushered me out of the cell to a desk right outside the doorway in the hallway. I sat down in front of the same officer who had asked me questions on the street and detained me. Several other officers stood nearby, watching.

27. The officer in front of me started asking me questions. He asked me some questions like how old I was, where I was born, if I had status, and if I was detained at the U.S.-Mexico border. The officers then took my fingerprints and took a photo of my face.

28. The officer presented me with papers and told me I had to sign the documents. All the documents were in English, and no one read the documents to me in Spanish. I asked the officer what the documents were, and he replied the papers were an agreement to voluntary departure. The officer said that it would be in my best interest to accept and sign the agreement. I told him that I did not want voluntary departure because I have young U.S. citizen children in the U.S. who need me. The officer replied that the best option for my children and me was to sign the documents.

29. The officer kept pressuring me to sign and repeated that my best option was to agree to voluntary departure. Even though I never mentioned it, the officer said that he knew I did not have a lawyer, so it would be best if I signed the documents. The officer said if I signed the documents and voluntarily left, I would be able to return to the U.S. within six months to a year to reunite with my children. He told me I would receive $2,600 for signing the agreement.

30. I asked to make a phone call, but the officer said I could make a call only after I signed the documents. I felt like I had no other option but to agree and I believed the officer was telling the truth. So, I signed the documents. The officer then allowed me to make a call. I called my cousin, my wife, and my employer.

31. They made me believe that my only option was to agree to voluntary departure. They did not tell me there were options to try to remain in the U.S. They never told me about the possibility of appearing before an immigration judge in immigration court. They did not tell me I had the right to be represented by an attorney. They never told me I had any rights at all.

32. After I signed the documents and returned to the cell, I had no idea what would happen to me. On the same day, January 22, I was told that I would be moved out of Federal Plaza. By early Friday morning, I was already at Orange County Jail.

33. On February 6, 2026, 11 days after my arrest, I appeared for the first time before an immigration judge. On February 14, 2026, I was transferred to Metropolitan Detention Center ("MDC") without any explanation. My name was spelled incorrectly in the facility's system, so my loved ones could not make any deposits for phone calls. My children could not call me during that time. I was detained at MDC until my release on March 5, 2026.

34. I learned that the federal judge granted my habeas petition because ICE officers had unlawfully arrested me. ICE released me that afternoon.

35. I still live in the same place. I lost my old job because I was detained for many weeks. I still find temporary work here and there to help support my family. I need to walk down the same street to take the train to work. I still have a lot of fear because I could run into ICE. Sometimes when I see men dressed in uniform or in a group on a street corner, I get nervous that I am seeing ICE. I worry that they will take me again. I am worried every time I leave my house, but I still leave to go to work.

36. To this day, I still do not understand why I was stopped. I still do not know the identities of the men who arrested me. I am a law-abiding person. I have never been arrested or charged with a crime. My sons are young and need me to be there for them. My time in ICE detention was traumatizing for my family and me. I am still trying to adjust to my life now that I have been released.

37. This declaration was read to me in full in Spanish, the language I understand best on March 31, 2026, by Paula Garcia-Salazar. I completely understand the content of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

New York New York

Executed on 31-03-26
Date

V.R.V.

**CERTIFICATE OF TRANSLATION**

I, Paula Garcia-Salazar, declare under penalty of perjury:

1. I am competent to interpret between English and Spanish and certify that I have read the attached Declaration of V.R.V. into Spanish.
2. The interpretation I provided is true and accurate to the best of my abilities.
3. V.R.V. stated that he understood the document's contents.

Dated: March 31, 2026

Paula Garcia-Salazar