**Declaration of X.P.F.**

I, **X.P.F.** , pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is **X.P.F.** . I am making this declaration using my initials X.P.F.
2. I am Latino.
3. I am currently 46 years old. I am presently detained at Moshannon Valley Processing Center.
4. I have lived in New York City for about 27 years. I live in Corona, New York with my partner of 22 years, my stepdaughter, and our granddaughter, who is a U.S. citizen.
5. I work 5 to 6 days per week as a construction worker. I also work as the superintendent of my apartment building. I have lived in and been the superintendent of this building for over 18 years.
6. On November 30, 2025, I left my apartment between 6:45am and 7:00am to go to work. I walked down the block to the deli on the corner. The deli is close to my house but you cannot see the entrance of my building from the deli. I don't believe the agents could have seen me leave my building from where they stood outside the deli. I often stop at this deli on the way to work to grab a coffee or breakfast.
7. As I was walking, I heard people shouting, but I wasn't sure what they were saying because it was cold that day, and I was bundled up, with my ears covered. As I was entering the deli, I heard people yelling "stop," but I did not know who they were or if they were shouting at me.
8. I then thought maybe someone grabbed my hood or jacket, but I did not see who they were, so I continued into the deli. I turned and looked back through the glass door and saw that the people yelling appeared to be government agents. They were wearing green

bullet proof vests. I was scared that they might hurt me. I had seen and heard how federal agents were treating people, and I was afraid these agents would injure me.

9. I was not moving quickly. I had only walked slightly further into the deli when two agents ran into the deli right after me. Without saying anything, they grabbed me. One agent on each side grabbed my arms and pulled them behind my back. Another agent ran in and began to help them restrain me. I speak some English, so I asked them in English to please be careful because my left arm is injured. I said that a few times. They were rough with me anyways. They tore off my backpack. They pushed my head down and pulled my arms behind my back to handcuff me. Whichever agent was handcuffing me lifted my left arm high behind my back, even though I had told them it was injured, causing me severe pain. That arm still hurts to this day because of the way they pulled it. This all happened very fast, in less than a minute. I could barely react and was very scared.

10. Before placing me in handcuffs, the agents did not ask me any questions about my immigration status, how long I had lived in Corona, or my life with my family here.

11. After the agents handcuffed me, they asked me, “Do you have your ID? Do you have your papers?” They asked me this in English. I felt that I had no choice, so I moved my leg to indicate that my wallet was in my pocket. One of the agents took my wallet out of my pocket and looked through it. My wallet contained my New York driver’s license, with my name and picture. It also contained things like my construction supervisor’s license, my OSHA ID, bank cards, and my Costco card. There was nothing in the wallet that indicated my immigration status. They never asked for my permission to search my backpack or wallet. They also took my backpack and looked through it. It mostly

contained items for my construction work, and there were no identification documents inside.

12. I felt I had no choice but to show the agents where my ID was because I was handcuffed and held by them already. They were in charge. And they had already shown that they would hurt me by restraining and handcuffing me without asking me any questions or telling me what was going on. Around the same time that one agent was looking through my wallet, another used what looked like a cell phone to capture my face. The agent held the phone about two feet from my face or five to ten seconds while I was handcuffed and unable to move. The agent never asked for my permission to photograph or scan my face.

13. When the agents asked me for my ID and scanned my face, I became certain that they were ICE agents.

14. The ICE agents then took me outside. They kept holding on to me, even once I was handcuffed. Throughout all of this, they never explained who they were or why they were arresting me. They also never showed me any warrant or paperwork authorizing my arrest.

15. There were more ICE agents outside. I heard one of the agents say something over the radio like, "We got another one!"—I think in reference to me being a Latino. He seemed excited.

16. One of the agents outside spoke some Spanish. He asked me where I was going. I told them that I was going to my job, like I do every day. He also asked me if I had papers to be in the U.S. legally. I was still in handcuffs and surrounded by six or seven agents. I did not tell him. I simply said, "I don't know. Who knows?" because I knew that I had the right to not answer their questions. They then put me in their car. In the car, one agent

asked me, "How long have you been in the U.S.?" I told him, "20 or 25 years." He said, "Why didn't you ever apply for documents?" And I knew I did not have to answer him, so I just said "I don't know. Who knows?" Then he said, "It's probably because you didn't want to spend the money."

17. After about 10 minutes in the car, we stopped in a parking lot, where there were additional cars and ICE agents. They took me out of the car, and I saw a few other people who had also been arrested by ICE. An officer asked me if I had a social security number. I did not give him an answer. I again just said, "I don't know, who knows." The agents restrained me further, putting cuffs around my ankles and a chain around my waist that the hand and feet restraints connected to. They put me back in the car and took me to 26 Federal Plaza.

18. From the time I was put in the car to the time we got to Federal Plaza, the ICE agents still never identified themselves and never showed me any warrant or paperwork for my arrest. I did not tell them where I was from or my citizenship status in the U.S.

19. At 26 Federal Plaza, I was questioned again by ICE officers. They did not tell me that I had the right to an attorney, and they did not tell me that anything I said could be used against me. At the end of the questioning, they asked if I wanted to just agree to voluntary deportation now. I told them no and that I wanted to speak with an attorney.

20. I was held at Federal Plaza until about the late afternoon or early evening, and then I was transported to the Delaney Hall Detention Facility in New Jersey. I was there for about 3 to 4 days, and then I was transferred to the Moshannon Valley Processing Center, where I continue to be held.

21. No one ever explained why I was arrested, or why the officers believed I was not in the country legally when they arrested me. I have no criminal record, and I have never been arrested before.

22. To this day, my left arm continues to hurt from the way that they grabbed and pulled it when they were handcuffing me. It is especially bad at night because it gets quite cold, and I cannot sleep.

23. My family has suffered a lot because of my arrest and detention. My wife cannot work because she is very sick. So, I am the main breadwinner for the family. Her health has gotten worse since I was detained. My stepdaughter recently had to take her to the hospital to get surgery to treat an infection in her foot. I am very distressed that I cannot be there to care for my wife.

I declare under penalty of perjury that the foregoing is true and correct.

Moshannon, PA

Executed on 03/19/2026.

**X.P.F.**

# CERTIFICATE OF TRANSLATION

I, Luisa McDonald, declare under penalty of perjury:

1. I am competent to interpret between English and Spanish and certify that I have read the attached Declaration into Spanish.
2. The interpretation I provided is true and accurate to the best of my abilities.
3. **X.P.F.** stated that he understood the document's contents.

Dated: 3/19/26

[signature]

Signature of Translator

Luisa McDonald