**DECLARATION OF ELEUTERIO MALDONADO SANTOS**

I, Eleuterio Maldonado Santos, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Eleuterio Maldonado Santos. I am from Honduras but have lived in the United States for more than 34 years. I first came to the United States when I was around 20 years old, in the year 1992. I came to the U.S. to escape the conditions in my country and to live a better life.
2. I was a recipient of Temporary Protected Status (TPS) for 20 years, beginning in 1999. I have only left the country one time since I came here, when I traveled on Advanced Parole connected to my TPS status in 2019.
3. I have never been arrested. I have lived in Hempstead, a town in Nassau County, New York, since arriving in the U.S. I live with my wife, who is a Lawful Permanent Resident. We have been together since 1997 and I helped to raise her daughter Jesenia, who is a U.S. citizen. She lives with us too, along with her three children who were born here. Jesenia considers me a father and the grandfather of her children.
4. I worked in restaurants as a cook for 26 years, and now I work in maintenance at a condominium in Manhasset, New York.
5. I was driving to work on February 18, 2026, when I was arrested. I was about 20 or 25 minutes from home, one block from work, when I noticed an unmarked car behind me that turned on police lights. I have driven the streets of Nassau County for 30 years and have never been pulled over or even given a ticket. In this moment, I was confused but relaxed because I knew I had not been driving erratically or breaking any laws. I pulled over to the side of the road.

6. There were probably three vehicles in total in front and behind my car. One agent came up to the driver's window while another agent approached the passenger side window. I realized that these were not police officers because they were wearing vests that said "I.C.E."
7. I rolled down the window and asked the agent, in English, why I had been pulled over and if I had done something wrong. They asked for identification and I gave them my driver's license. The agents told me that I hadn't done anything wrong, but that I was being arrested. They did not ask me any further questions. I have no idea how they knew that I was an immigrant other than the fact that I look Latino.
8. The agents handcuffed me and brought me to Nassau County Jail. They took my car key and parked my car in a parking lot near where I was detained.
9. At Nassau County Jail, they asked me questions and filled out my paperwork. I speak English well and was able to speak with the guards without using a translator. I was able to call my step-daughter from the jail and she immediately started crying on the phone.
10. My step daughter came to Nassau County Jail to pick up my car keys. When she was getting the car, someone approached her who had witnessed my arrest. This person gave her the name and phone number of an organization that he knew helped people get out of immigration detention. She called them and later let me know that I had a lawyer from that organization working on my case.
11. In detention, I was very worried and scared. In my 34 years in this country, I have never been in jail or been involved with any sort of illicit behavior, so this experience was unfamiliar and made me nervous. I have lived a whole life in the U.S. and I worried about that being taken from me.

12. On February 19 around 6 or 7pm I was told that I would be transferred to a detention facility in New Jersey along with a group of other people. We drove to New Jersey, but when we arrived at the facility one of the guards told me to step to the side. I didn't know what was going on. She then told me that I'm lucky—I have a good lawyer so I would be going free. I felt so relieved.
13. The agents brought me to Manhattan in the same vehicle and released me after I got my belongings from 26 Federal Plaza. I had no money because my wallet was left in my car. I explained to the guards that I lived in Long Island and didn't know how to get home. They told me that I should ask for someone at the station to pay my train fare. I did not feel comfortable doing this, so I called my daughter and luckily, she was able to pick me up despite the fact that it was 10 or 11pm.
14. When I was released from detention, I was happy for myself but I immediately started praying for the people who I was detained yet who were not released.
15. Being arrested and detained was the worst experience of my life. Since being released, I have had nightmares about being arrested again and beaten. I am constantly worried about what will happen now with my immigration case.
16. My detention was particularly hard on my family. My wife was diagnosed with liver cirrhosis on September 4, 2025 and had an emergency liver transplant on October 15. This condition is caused by an autoimmune disorder, and she is still in recovery. I do all of the tasks outside of the house for my wife because she is immunocompromised. I am her primary support and I worry for what would happen to her if I was deported.
17. Jesenia, my step-daughter has also had a difficult time with my detention. One of her brothers was deported to Mexico in October 2025 and it was difficult for her deal with

my detention soon after. Her other brother was killed in November 2025 in Mexico, and we had his funeral two days before I was detained. These events have affected all of us and it has been an extremely hard time for my family.

18. I am not interested in staying in the United States illegally. I have lived here with legal status for decades, and I am meeting with a lawyer this week to see what options I have to remain in this country with permission. I plan to seek legal status through my wife, who is eligible to become a U.S. citizen.

19. Despite what happened to me, I am grateful to this country for sheltering me for so many years. I am an honorable, tax-paying person who has never committed a crime. I do not think I should have been arrested in this way.

I, Eleuterio Maldonado Santos, declare under penalty of perjury that the foregoing is true and correct.

DATED: March 25, 2026

Eleuterio Maldonado Santos

## ATTESTATION AND CERTIFICATE OF TRANSLATION

I, Grace Duffy certify that I am fluent in both English and Spanish. On March 25, 2026, I personally spoke with Eleuterio Maldonado Santos and read the foregoing declaration to him, translated into Spanish faithfully and accurately, over the phone. Mr. Maldonado Santos affirmed that he understood my translation and that the information in the above declaration is true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

DATED: March 25, 2026

Grace Duffy

TRANSLATOR NAME: Grace Duffy
ADDRESS: 104-19 Roosevelt Avenue, Corona, NY 11368
TEL: (718) 565-8500 ext. 1155
EMAIL: grace.duffy@maketheroadny.org