# DECLARATION OF GIOVANNI ILMA ZAPATA

I, Giovanni Ilma Zapata, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Giovanni Ilma Zapata. I was born in Peru in 1988 and I am currently 37 years old. I came to the United States in 2022 to escape the danger I was facing in Peru, and I have lived in New York and Miami since.
2. Since I arrived in the United States I have not left the country. I have attended all of my scheduled court hearings and I.C.E. check-ins. I applied for asylum in 2024 and received my work permit.
3. I live in Central Islip, New York in a home I rent with my partner, Patricia. I came to New York to be close to my family here. I have two cousins who are U.S. citizens and one of them has a daughter who is also a U.S. citizen. They have helped me with everything since I arrived in this country and I have a great relationship with them; we often see each other on weekends to spend time together. I have never been arrested, and spend most of my time at home or at work.
4. I work as a delivery driver, mostly using applications like DoorDash and Uber. I am a hard worker and usually work around 48-50 hours per week. I like this work and the ability to provide for myself and my family, but I had become worried that I would be detained while working out in the streets after hearing about an increase in detentions.
5. On Monday morning, March 9, 2026, I was picking up a DoorDash order at a restaurant in Farmingdale, New York. I parked my car in the parking lot, went in to grab the order, and returned to my car. As I was walking to my car I did not see any immigration agents, but when I sat down in the driver's seat and got ready to leave the parking lot I realized I was surrounded. There were two black, unmarked Ford vehicles behind me, another to

the side, and a concrete wall in front of my car. I felt very afraid. Three agents wearing masks and sunglasses approached the driver's side of my car and instructed me to roll down the window. They were wearing green vests that I think said "police."

6. None of the agents introduced themselves to me or explained why they were there at any point.

7. One of the agents asked me in English for my identification and I gave him my driver's license. Another one of the agents began using the information on my driver's license to search something in his phone, while one of the agents asked me questions in English: where I was from, how long I had been here, and if I had legal status. I was very scared, but I answered all of the questions truthfully and tried to comply. I speak some English and tried my best to answer in English.

8. After the agent searched for my information on his phone, he told me to get out of the car and put my hands on top of it. I did as they said and they put me in handcuffs. They brought me to one of their vehicles and I left the car where it was. The DoorDash order I had just picked up was left in the car and I could not complete the delivery.

9. I have no idea why these agents stopped me, other than the fact that I look like I am Latino. I did not break any traffic laws while driving and was sitting in a parked car when they approached me. I have never broken the law and I had been attending my immigration court hearings as I was supposed to. I was working with a work permit and had a valid driver's license when I was arrested. I am an honest person; I never thought that telling the truth and complying with the agents would lead to my arrest.

10. From there, they drove me to a fire station parking lot and then to Nassau County Jail, where I was finally able to call my family. I arrived there around 11:30am and was in a

small building waiting to be processed until around 5:00pm. They gave me some food and an orange jumpsuit to change into and I was put in a small, dirty cell. It was humid and the bed in my cell was visibly dirty.

11. At the detention center there were around 25 or 30 other people detained in separate cells. In speaking with them, I realized that most were also detained on their way to or from work. This made me very upset. The guards put shackles on us and locked us in cells as if we had committed a grave crime, when really, we are hard workers who were following the rules. To me, this is an outrage and a shame.

12. I was at Nassau County Jail for two nights. On March 11, the guards told me and a group of others that we were being transferred to a different facility. They put us in a truck and started driving, but when we reached the gate they stopped the truck and told me to get out because I was being released. I had no idea why. My family came to pick me up and I was so relieved. I finally felt a sense of calm after days of stress. I later learned that my family had found a lawyer and they filed a habeas corpus petition on my behalf.

13. This experience has been very difficult for me. Since my release, I have been having nightmares about being locked in that cell or that the police are coming for me. I can no longer feel peace in my daily life. I have asthma which becomes worse when I am anxious. I am glad that they were able to give me an inhaler when I was detained, because the experience triggered my asthma. I fear being detained again and having an asthma attack before I can access an inhaler.

14. I have returned to work, but was given a bad DoorDash score for "stealing" the order that was left in my car when I was detained.

15. Now, I plan to return to Peru with my partner. I don't feel calm any more, and I can't walk the streets or do my job without fearing that I will be detained. My partner and I are both asylum seekers and have upcoming court dates, but we cannot risk one of us being detained again.

I, Giovanni Ilma Zapata, declare under penalty of perjury that the foregoing is true and correct.

DATED: March 23, 2026

Giovanni Ilma Zapata

**ATTESTATION AND CERTIFICATE OF TRANSLATION**

I, Grace Duffy certify that I am fluent in both English and Spanish. On March 17, 2026, I personally spoke with Giovanni Ilma Zapata and read the foregoing declaration to him, translated into Spanish faithfully and accurately, over the phone. Mr. Ilma Zapata affirmed that he understood my translation and that the information in the above declaration is true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

DATED: March 23, 2026

Grace Duffy

TRANSLATOR NAME: Grace Duffy
ADDRESS: 104-19 Roosevelt Avenue, Corona, NY 11368
TEL: (718) 565-8500 ext. 1155
EMAIL: grace.duffy@maketheroadny.org