# DECLARATION OF HERNAN TOBAR ESTRADA

I, Hernan Tobar Estrada, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Hernan Tobar Estrada. I am from Guatemala but I have lived in the U.S. for more than 34 years. I first came to the United States when I was around 22 years old, in 1992 or 1993. I have not left the U.S. since that time.
2. I have never been arrested. One of my brothers is a U.S. citizen. I have lived in the same apartment in Sunset Park, Brooklyn for 15 years. When I was detained by ICE, I lived with my partner and her five-year-old son whom I helped to raise and support since he was one.
3. I have worked in carpentry and all types of construction work. I am a member of a local union in New York, Roofers Local 8.
4. On Saturday afternoon, January 10, 2026, I went to Costco with the super from my building. It was raining. We were in his car, but he had gotten a lot of things so he asked me to park the car after we unloaded it. I found parking on 41st Street between 5th and 6th Avenues on a side of the street with street cleaning on Friday. I got out of the car and crossed 41st Street to walk home. Suddenly five agents appeared and surrounded me, some in front and some behind. They had vests that said ICE and masks which were pulled down. One of them spoke to me in Spanish and asked me if I knew a person he showed me in a photo on his phone. I said I was not sure.
5. The same agent then asked me if I had an identification and asked my immigration status. I told him I did not want to answer, I wanted to remain silent. At that, the agents pulled me to their car and put me inside. They drove me to another area, about five or six blocks

away, and parked again. It was a commercial area with a lot of closed businesses. That was where they handcuffed and searched me.

6. Once we stopped, they continued to ask me questions such as where I lived. I said again that I did not want to answer questions. But the agents took my wallet from my pocket, which had my New York driver's license inside. They put my phone on airplane mode and told me that I could not make any calls.
7. From there, they drove me to 26 Federal Plaza in Manhattan. I did not provide my name until after I was handcuffed and the officers had my driver's license.
8. I do not think that the agents had any information about who I was or my background until we arrived at 26 Federal Plaza. When I was stopped, put into the car, driven to another area, handcuffed, and searched, they did not know anything about me: who I was, where I was from. They learned my name only from taking my wallet from me after I was already detained. I did not have any identification in my wallet apart from my license.
9. The agents took me to 26 Federal Plaza where I was searched again and fingerprinted. There were two or three of us in the holding area. After a half hour or an hour, the agents took me out again to be processed. I told the agent processing me I did not want to sign anything; he told me that I needed to sign only for my property. That agent told me for the first time that I had a removal order from 1994.
10. None of the agents at any point ever identified themselves, presented a warrant, explained why they stopped me, or indicated that they knew me or knew my name prior to stopping me. I was not driving my own car, so they could not have identified me from the license plate. I exercised my right to remain silent as soon as they stopped me, but they detained me anyway.

11. Once I was detained, I met three other people detained in Sunset Park the same day. One was detained near me on 44th Street in the same operation and taken to the same parking lot as I was. Another was detained in front of his house.

12. I was kept at 26 Federal Plaza until the next afternoon. Then several of us were taken in a van to Delaney Hall in New Jersey. We were there for five or six days. The following Friday, January 16, I was taken to the airport and flown to Arizona. From Arizona, we were flown to California. The time between our flights was very uncomfortable: we waited at least six hours and it was very cold and crowded. People were sleeping on the floor. Once in California, we drove several hours on a bus that was also freezing. The driver kept the air conditioning on even as people asked him to turn it off because we were so cold. People asked in English and in Spanish but he ignored us.

13. I have been at the California City Detention Center where I am now since January 17, 2026. In total, I have been detained for a month. It is very hard. I do not get any information about what is happening or when I will be deported. Many people here have been waiting for months to see a judge or to be deported, without knowing why. I have begun working in the commissary for $2 a day, just to have something to do and distraction from my thoughts.

14. I miss my stepson very much. I never had the opportunity to have my own children, but I have taken care of him since he was one years old and I think of him as my own son, and he thinks of me as my dad. It is very painful to be apart from him.

15. I do not want others to go through what I have. What immigration is doing is ripping many homes and families apart.

16. Paige Austin read this declaration to me in Spanish and I affirmed its contents are correct.

DATED: February 10, 2026 /s/ Hernan Tobar Estrada

**ATTESTATION AND CERTIFICATE OF TRANSLATION**

I, Paige Austin certify that I am fluent in both English and Spanish. On February 10, 2026, I personally spoke with Hernan Tobar Estrada and read the foregoing declaration to him, translated into Spanish faithfully and accurately, over the phone. Mr. Tobar Estrada affirmed that he understood my translation and that the information in the above declaration is true and accurate.

Due to Mr. Tobar Estrada's detention, it was not possible to obtain a written signature on the declaration. In addition to confirming the information on the above declaration is true, Mr. Tobar Estrada also gave me verbal consent to sign on his behalf.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

____________________

Paige Austin
Make the Road New York
301 Grove St.
Brooklyn, NY 11237
paige.austin@maketheroadny.org
(718) 565-8500 ext. 4139