I, Juan Quintero Campos, declare under penalty of perjury the following:

1. My name is Juan Quintero Campos. I am 41 years old. I live in Staten Island, New York.
2. I have resided in New York for almost twenty years, since in or around June 2007. I live with my partner. I have four children, including two who are U.S. citizens. They are 11 and 15 years old. They live with their mom, but I live just a five-minute drive away so I see them several times a week and help financially support them. My 15-year-old daughter suffers from anxiety and panic attacks, and is currently in the process of getting medical evaluations and treatment.
3. I am an evangelical Christian. My family and I go to church when we can. We attend Monte Carmelo Church in Staten Island.
4. On Thursday, December 4, 2025 at approximately 3:30 PM, I was walking outside in Staten Island on my way to see my kids. At one point, I saw people playing a game of dominos and I paused to watch them. There were about ten other people nearby, either participating in the game or watching and talking.
5. I was only stopped for about 15 minutes when all of a sudden two black cars came speeding over to our block out of nowhere. Then, another white car came speeding over toward us. Even though the cars were unmarked, I had a strong suspicion it was ICE given all of the ICE arrests that have been happening.
6. Then, eight or ten officers came sprinting over to our group from all different directions. It was terrifying. I stood motionless. One ran over to me and said, "I need to see your ID." I told him that I did not have identification on me. Immediately, without any other questions, the officer grabbed me tightly and put handcuffs on me. The handcuffs were

too tight on me and they hurt me. One of the officers took my cell phone, headphones, keys, and money. I was thrown into the back of their unmarked black car.

7. There was one other person in our group who was arrested also. He was Latino.

8. The ICE officers never asked for my name or anything else, and they never explained to me why I was being arrested. I did not volunteer any information about myself or my immigration status. I don't even think they knew who I was.

9. In the car I was in, the agents in the front were making fun of the other person who was arrested and placed in the backseat of the other ICE vehicle. They were yelling and cursing, insulting us. I heard them say "these fucking guys" and they called us "stupid." We drove about twenty minutes to the parking lot of a plaza with a Target. We met up with about four other black, unmarked cars that were already parked there. There were a bunch of ICE officers outside and talking. They changed the tires of the car while we were there. I was there for about 20 or 30 minutes.

10. Then, I was driven to 26 Federal Plaza. I arrived at about 5 PM or 6 PM. They took me to an area I think was the basement of the building, where I was processed and fingerprinted. I was given soup for dinner. At 9 PM, I was given permission to use my cell phone to call my daughter. She was crying and told me not to sign anything and that she, her mom, and my whole family would try to help me.

11. While at 26 Federal Plaza, the ICE officers and security would taunt us, curse at us, and make fun of us. They would tell us to leave here and go back to our country. They said that they were doing good, hard work and that we could never do good work.

12. The next morning, on Friday, December 5 at around 5 AM, I was woken up by the ICE officials and transferred to another facility. It was another twenty-minute drive. I was

again taken to what I think was the basement of the facility. I had no idea where I was. I was given a cream cheese sandwich on a roll but it was hardly edible. I was given no other food the entire day. There were no phones available for me to make any calls.

13. I stayed there until the next morning, on Saturday, December 6. At 5 or 6 AM, I was brought to a detention center in Newark, New Jersey. The ICE officials processed me and took photographs of me. I was given forms that I could sign if I agreed to voluntarily depart the United States, but I did not sign any of them.

14. I spent the rest of Saturday, Sunday, and Monday at the detention center. I stayed in a room with nine other people. I know at least one was also detained at random: he was on his way to work when ICE arrested him. There were five beds per room, so two people shared a bed. We were given food once a day, at around 3 PM, which consisted of a sandwich and some rice. It was hardly sufficient and I was hungry the entire time I was detained.

15. I watched as other people arrived at the detention center who looked like they had just been beaten up. Their faces were bruises and they look scuffed up.

16. I was able to make a phone call to my partner twice: once on Saturday and once on Sunday. I had to pay for these calls. During our second call, on Sunday, my partner informed me that she spoke to lawyers at Make the Road New York (MRNY) and that I was going to be released.

17. On Monday, December 8, at around 5 PM, a female ICE officer came to my room to tell me I was being released. She did not tell me why. She simply came and said "Juan Quintero, you are going home" and I got up and walked with her out of my room. The security officers we passed were questioning how I was able to get out and were saying

how crazy it was that I was only detained for a few days. I could tell they were mad I was leaving.

18. The staff at the detention center gave me back my clothes and gave me a sheet of paper for me to bring to court. They told me I could pick up the rest of my belongings at 26 Federal Plaza. They brought me to the building door, let me out, and after just fifteen minutes since I first heard I'd be released, I saw my partner's friend's car drive over and she picked me up and brought me home.
19. The arrest and detention have affected me enormously. I can't fall asleep and have nightmares. I am constantly afraid to leave my home because I fear being arrested again. Since the ICE officers that arrested me came from unmarked, normal-looking cars, I am scared of any, regular cars on the street because I know they could possibly hold ICE officers trying to arrest me.
20. But, most of all, the arrest has affected me financially. As a result of my detention, I missed three days of work. I worked Monday to Saturday at a market. The owner of the market had previously told me that if I miss another day of work, I would no longer have my job. So, since I missed three, and didn't give him advanced notice, the owner was no longer interested in me. I explained to him that I was arrested by ICE but he didn't care. The owner had me work a couple days maybe a few weeks after my arrest, but aside from that, the owner hasn't called me in to work and it has been challenging to find new work.
21. The whole situation is terrifying and frustrating. I don't think ICE even knew who I was or that I was even undocumented when they arrested me. I felt like they just saw the color of my skin and saw I looked Latino and decided to arrest me. They target people who look like me. I hate it and I fear for my future.

March 20, 2026

Juan Quintero Campos

## Certificate of Translation

I, Ariel Sims, certify that I am fluent in Spanish and English and that I have translated this declaration to Juan Quintero Campos from English to Spanish accurately and to the best of my ability.

March 20, 2026

Ariel Sims