# DECLARATION OF MARTHA LILIANA DORADO VALENCIA

I, MARTHA LILIANA DORADO VALENCIA, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Martha Liliana Dorado Valencia, and I am 37 years old. I am a naturalized United States citizen.
2. I am married to Juan Carlos Quizhpe Macas. He is 34 years old and is Latino. Prior to being detained by ICE, Juan Carlos lived with me and my sixteen-year-old daughter in Syracuse, New York, where he worked in the construction industry.
3. On February 24, 2026, at around 7 am, my husband dropped my daughter off at my ex-husband's house in Syracuse then parked his car on a nearby road to look up directions. He was in his car, which has New York State license plates and is registered under his name.
4. Juan Carlos called me on the phone as he was parked. While I was on the phone with him and as he was still parked, he told me that two cars with polarized windows had suddenly surrounded him—one parked in front of him and one parked behind him.
5. As I was on the phone, I heard an agent approach Juan Carlos's car and ask him for his name. Juan Carlos does not speak any English. Because I speak English and understood what the agent was asking, I told Juan Carlos in Spanish not to open the door, and I asked what was happening. The agents heard me because my husband had me on speakerphone. I heard an agent then tell my husband in English to put his phone away. The agent told Juan Carlos that that he "doesn't have to tell you anything," that Juan Carlos "doesn't need to know who I am," and that the agents "don't need to identify ourselves to you." The agent sounded irate, forceful, and aggressive. The agents never stated why they pulled over my husband.

6. Soon thereafter, the phone call cut off. I was concerned for my husband, so I called the local police, went to the local police department, and went to the county jail seeking to locate him. No one had any information about his whereabouts.

7. A few hours later, at around 11am, my husband called me and said he was being held at an ICE station in Syracuse. He said that after immigration agents abruptly ended our earlier phone call, the agents immediately dragged him out of the car, threw him on the ground, and put him in handcuffs. Apart from asking him for his name, which I overheard when I was on the phone, he told me that agents did not ask him any further questions. The whole interaction lasted mere minutes, and the agents never presented a warrant. He told me that at the station he was being pressured to sign voluntary departure papers, and I encouraged him not to do so.

8. While I was on the phone with my husband, I asked to speak to an officer. I told the officer that I wanted to see my husband, and the officer told me that my husband would soon be transferred to the Batavia immigration detention center and that I might be able to see him in person before he was processed.

9. The next morning, I drove with my daughter to Batavia. I was able to see my husband. He had bruises on his wrists and thumbs and scratches on his arms from when he was thrown to the ground and handcuffed. It was very difficult for my daughter and I to see him in detention and to witness his injuries.

10. I have since visited my husband multiple times in Batavia. He tells me that the conditions there are very difficult. For example, my husband has dermatitis, which is a skin condition.

Each time I visit him, I can see that the dermatitis has spread further and further. My husband tells me that his requests for medicine and for medical attention to address his dermatitis are routinely denied.

11. My husband's detention has significantly impacted my family both economically and emotionally. My daughter lives with a disability, and my husband was heavily involved in her care. Because of her disability, my daughter doesn't take the bus to school or to work—often, my husband would drive her. It's been very difficult for me to manage without his support. My husband also spent a lot of time with my daughter, and both she and I are heartbroken now that he is detained.

I declare under penalty of perjury that the foregoing is true and correct.

Syracuse, New York

Executed on April 7, 2026.

Martha Liliana Dorado Valencia