**DECLARATION OF MOHAMED HASSAN JEYLANI**

I, Mohamed Hassan Jeylani, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Mohamed Hassan Jeylani. I am currently 38-years-old. I was born in Kismayo, Somalia in 1987, and came to the United States as a refugee in 1998. I have lived in the United States continuously since 1998 and have resided in New York since 2003. I am currently detained in the custody of U.S. Immigration and Customs Enforcement ("ICE") at the Miami Correctional Facility in Bunker Hill, Indiana. I have been detained by ICE for the past three months, since my arrest on Christmas Eve.

2. Prior to my arrest, I was living in an apartment I rented in Rochester, New York, where my partner and I raised our four children, who are now between the ages of nine and eighteen. I have lived in Rochester since I was 15-years-old and attended high school in the local area. After school, I worked as a commercial cleaner, doing local cleaning jobs at hospitals and office buildings in Rochester. Most recently, I worked at a local hotel as a housekeeper for three years and was promoted to a management position.

3. In 2020, I was previously detained by ICE and placed in removal proceedings following a criminal conviction. I was granted withholding of removal to Somalia by an immigration judge on September 17, 2020. I was then released from immigration custody on an Order of Supervision.

4. On Christmas Eve morning, December 24, 2025 at about 7:20 am, I walked out of my apartment to go to work, holding my coffee and my breakfast. My car was parked on the street near my apartment building. I got into my car and started to eat my breakfast while I waited for the car to heat up. My car is registered under my name, and had current license plates and registration.

5. As I leaned down to plug my phone into my car charger, I caught a glimpse of flashing red and blue lights in my rearview mirror. At first, I thought that the police were just at my neighbor's house next door. But then, my driver's side car door swung open, and an ICE agent with his gun drawn told me: "ICE. Don't move." I started to feel panicked. It was terrifying. It all felt so surreal, like I was in a movie scene.

6. The ICE agent asked me for my identification and asked if I had any documents on me. He asked me if I was a United States citizen. I replied "yes" and told the agent that my mother had my documents and handed him my driver's license. The agent took my drivers' license.

7. I then saw that there were about four or five other unmarked vehicles with flashing lights pulled over next to my car. Behind the ICE agent at my car door, there were five other agents on my driver's side with their weapons drawn. There were also about five agents on my passengers' side with their weapons drawn. Some of the ICE agents wore plain clothes. Others wore military gear. All of the agents were masked.

8. The ICE agent who took my identification then told me that they were going to use their phone to determine whether or not I was a U.S. citizen. He held up his cell phone to my face, like he was taking a picture of me. Then, the agents started whispering to each other and I couldn't hear what they were saying. The ICE agent then told me that I wasn't a citizen.

9. The ICE agent told me that they were going to handcuff and arrest me. He said they were taking me in to figure out who I was and that they would let me go later on the same day. They didn't show me any documents or any warrant for my arrest. They asked me if I had any documentation, such as a greencard, and I explained that all of my immigration documents were at my partner's house.

10. The ICE agents allowed me to call my work to tell them I wouldn't be coming in that morning. I also called my partner and told her what was going on. She said she would come meet me and bring my immigration documents. I asked her to show the officers my immigration documents through a video call on my cellphone but the officers hung up the call before she was able to show them my documents.

11. I was then handcuffed and put into an unmarked car, a Dodge Durango that one of the agents was driving. I did not resist the arrest in any way. He told me that we would be driving for a while. We then drove about thirty minutes away to Batavia, New York.

12. During the drive, my partner repeatedly called my cell phone. One of the ICE agents answered the call and put her on speakerphone. He told her to call later because I was being detained. I asked the agents what was going on and why they were arresting me. I asked if they just saw me in my car and that's why they were arresting me. They told me that I was targeted and they had been planning to arrest me that morning. One of the ICE agents asked me about my background and my criminal history. I told them that I'm from Rochester and my son goes to Monroe Community College.

13. At around 8:00 am, we arrived at the Buffalo Federal Detention Facility in Batavia, New York. When we got inside the facility, ICE officers fingerprinted and photographed me. I asked them if they had confirmed my identity and whether I would be released that day. They told me "No. You are being detained." Holding a piece of paper, an ICE officer told me that I had a an order of removal from 2020. I asked the officer if he would call by Deportation Officer who I had been checking in with for years under my Order of Supervision. I told them that my removal to Somalia was withheld by an immigration judge. They refused to contact my Deportation Officer. I was detained at the Buffalo Federal Detention Facility for about one week where I was held in a

lock-in cell in one of the housing units.

14. About one week after my arrest, an ICE officer came to my housing unit and told me that I was being transferred out of the Buffalo Federal Detention Facility because "someone needed my room." I was confused because there seemed to be other empty cells in the housing unit. I didn't want to be transferred to another facility, far away from my family in Rochester. I told the officer I didn't want to be transferred because I didn't want to be separated from my family. Then, about ten officers came to my cell. They told me if I didn't leave, they would drag me out of the cell and "put me on a bus without any of my property." I was worried they would hurt me, so I complied and left my cell. I was handcuffed alongside about thirty other men and put into a holding cell for about eight hours. They gave us one bologna sandwich each. I couldn't eat because I was so anxious about the transfer.

15. At about 6:00 pm that evening, they took us out of the holding cell, handcuffed, and transported us to Columbus, Ohio, where we boarded a flight to Indiana. I was then taken to the Miami Correctional Facility in Bunker Hill, Indiana—over 500 miles away from my home in Rochester, New York.

16. At the Miami Correctional Facility, no ICE officers have met with me to explain why I am still being detained or to discuss my case. I feel constantly on edge and have trouble sleeping. I talk to my partner on the phone every day and that gives me the motivation to keep living. She tells me that my youngest nine-year-old son cries so much, his eyes are constantly red. I miss my family every day. I just want to go home.

//

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. I confirm that my attorney, Sarah E. Decker, read this declaration to me word-by-word during a legal phone call we conducted on March 27, 2026, and I gave her my oral affirmation to sign this declaration on my behalf.

Executed this 27th day of March 2026

/s/ Mohamed Hassan Jeylani
Mohamed Hassan Jeylani

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that I read the foregoing declaration to Mohamed Hassan Jeylani in his best language, English, via a legal phone call conducted on March 27, 2026, and received Mohamed Hassan Jeylani's oral affirmation to sign this declaration on his behalf.

Executed this 27th day of March 2026

Sarah E. Decker