I, Nixon Garcia Cortez, declare under penalty of perjury the following:

1. My name is Nixon Garcia Cortez. I have lived in New York for 30 years.
2. I rent my home in Hempstead, New York, where I live with my partner who is a Legal Permanent Resident, along with her U.S. citizen children and four grandchildren.
3. We have all lived together for nine years in Hempstead, and I'm grateful to be considered an extended member of the family. I contribute to household expenses, including rent and groceries, and I also help care for the grandchildren who attend school in the community.
4. I have worked in construction for over 20 years, specializing in siding and roofing. During some periods I was employed for several months at a time, while other periods were more challenging as work was harder to find.
5. On February 2, 2026 at around 10:30 AM, I was walking home from buying breakfast at the Jerusalem Fresh Market store, which is a deli located at the corner of my street. I was obeying all regulations governing pedestrians.
6. As I was walking on the sidewalk to get back home, an unmarked car pulled up near me and agents confronted and surrounded me. The agents did not identify themselves. Seconds later, another unmarked vehicle pulled up beside me. I felt I could not leave because I was surrounded. Some of the agents were wearing vests that said "Police" in all caps and were masked. The agents also had weapons in their holsters.
7. There were about 4 agents who stopped me. They first asked me if I had legal documents, I replied that I did not. The agents then showed me sketches of people they were looking for and asked me if I recognized any of them. I said I did not and I asked the agents if they were looking for those people why were they stopping me. The agent only responded that it was because I was not in the country legally.

8. They went on to ask for my name, my country of origin, and asked me for identification. I responded to their questions truthfully and I asked agents if I had their permission to go into my pockets so I could give them my New York State drivers license. I handed them my license.
9. An agent then instructed me to place my breakfast and cigarettes on the floor and handcuffed me. The handcuffs were sealed so tight I asked the agents around 5 times if they could loosen them because of the pain and informed them that I had a fractured hand. The agents ignored me.
10. At no point during my arrest did agents tell me if they were looking for me or show me an order for my arrest.
11. I was then placed in the backseat of a vehicle and driven to the Hempstead Fire Department on Jerusalem Avenue. I was detained in the parking lot for about 10 minutes when I was then transferred to another vehicle, which was when the handcuffs were finally loosened. I was never told where I was being taken. Eventually I was brought to the Nassau County jail in East Meadow, NY.
12. At the jail my handcuffs were removed, but I could see they left visible scars around my wrists that lasted for two days. My feet were then chained to the bench where I waited to be processed. I had never committed any crime and had never been in jail in the United States or in any other country. The entire experience made me feel chest compression due to the fear and desperation I felt in that moment and continue to feel to this day.
13. I was processed from around 11am to 3pm. I was fingerprinted and I had my photo taken. I was interviewed for about 2 hours where I was asked where I was from and if I was in the country illegally. I was then provided documents to sign. Although some copies were in

Spanish, I did not completely understand what I was signing. An official told me which documents were necessary to sign and which ones I should not sign if I did not want to see a judge. During this time I was allowed my first phone call which I made to my partner who was worried for me.

14. Inside the jail I met a man from El Salvador who was detained that same morning walking in the street to 7/11 in Uniondale, a neighboring town, to buy his coffee. Another man from the Dominican Republic was also detained that same morning while walking to work in Freeport. Similar to my case, these men were stopped and detained while they were walking on the street. They were not shown orders of arrest when they were detained.
15. The conditions inside the Nassau County jail were extremely difficult. Sanitation in the facility was poor. The sink that is supposed to provide drinking water was directly connected to the toilet. The lights remained on at all times, making it very difficult to sleep.
16. On my first day in the jail, I was provided with a single fork, a small tube of toothpaste, and a toothbrush. I was not informed that I was expected to use the same fork and toothbrush for the entirety of my detention. As a result, after discarding them when I finished using them, I was left without the ability to properly eat my meals or brush my teeth. When I requested a replacement toothbrush and fork from jail staff, my requests were ignored. When I was detained I often prayed to God to help me because only he could save me.
17. On February 4, I was informed that I would be released. An official at the jail told me only that a judge ordered that I cannot be detained any longer. I called my family to let them know so they can pick me up.
18. Mentally I still feel greatly affected by my experience during the arrest and in detention.

At night, I often dream about my experience. I also think about it when I wake up as well as when I am getting ready to leave the house. I wake up asking God each morning that I don’t run into the agents again. It has not been easy to remove the fear from my thoughts. I often think about how fortunate I was on the morning I was arrested that I did not bring one of my partner’s grandchildren with me to the store as I often do. I am afraid to think what could’ve happened to him.

19. My family was also affected by my detention. When I was in the jail, I had very little contact with my family because there were only two phones available for all the detainees to make calls, sometimes I would only have a few minutes to call back home. When I reunited with my family we all started to cry, including the grandchildren, because they were sad about what happened to me. My partner of nine years' blood pressure increased because she was angry that I was unjustly arrested.

20. I now struggle with incurring legal expenses of retaining an attorney. My employment is not stable and most of my income goes towards my rent and other household expenses.

21. I continue to fear encountering ICE again. I think they will likely run into me again because of everything I hear in the news of agents stopping people on the streets, including near my home, and pulling people over in their cars. It appears they are detaining people at random. I think Latinos are most in danger of being detained by ICE because they are the ones who are most being stopped. When I was dertained in the Nassau County jail I saw only Hispanics detained there. And when I was released I saw more Hispanic men who were being brought in detained.

DATED: March 25 , 2026

Brentwood, NY

Nixon R Garcia

Nixon Garcia Cortez

**ATTESTATION AND CERTIFICATE OF TRANSLATION**

I, Rodman Serrano, certify that I am fluent in both English and Spanish. On 3/25/2026, I personally spoke with Nixon Garcia Cortez and read the foregoing declaration to him, translated into Spanish faithfully and accurately. Nixon Garcia Cortez affirmed that he understood my translation and that the information in the above declaration is true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Name: Rodman Serrano