## DECLARATION OF JOSE E. PEREZ

I, Jose E. Perez, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney in private practice admitted to practice law in New York.

2. I own a law firm based in Syracuse, New York. My law firm focuses on immigration law, workers' compensation, labor and employment, and personal injury.

3. Since January 2025, the volume of intakes I receive related to immigration law has dramatically increased compared to the intakes I received prior to that date.

4. Many of my clients who request legal assistance have been stopped and arrested by CBP and/or ICE agents without a warrant.

5. One of my clients who was arrested by CBP agents without a warrant is Edy Benjamin Salguero-Castro.

6. On November 18, 2025, I received a phone call from Mr. Salguero-Castro. He told me that he was in a vehicle with three other men. Mr. Salguero-Castro is Latino and he informed me that the three other men in the car were also Latino.

7. He told me that he was seated in a parked car and that CBP agents had just surrounded them. I could hear CBP agents through the phone yelling at the men in English to open the car windows. Mr. Salguero-Castro does not speak English.

8. Approximately 20 to 30 seconds after I heard the CBP agents order the men to open the window, I heard the loud sound of breaking glass. The call with Mr. Salguero-Castro cut off shortly after that.

9. Mr. Salguero-Castro informed me that he was immediately put in handcuffs. The CBP agents at the scene did not present a warrant nor indicate that they knew Mr. Salguero-Castro or his name prior to arresting him. They did not ask Mr. Salguero-Castro any

1

questions about his immigration status nor any questions about his community and family ties.

10. Mr. Salguero-Castro informed me that immediately removed from the car, handcuffed, and transferred to a CBP station and later to the Batavia immigration detention center.

11. To this day, Mr. Salguero-Castro remains detained at Batavia.

12. Mr. Salguero-Castro is not my only client who has been detained by CBP and/or ICE after having been stopped and arrested without a warrant and without being first questioned as to their community and family ties.

13. After what happened, we learned through the form I-213 in the case of a person who was also in the vehicle and arrested with Mr. Salguero-Castro that the detained men had been targeted by CBP and/or ICE prior to being detained in that parking lot. Specifically, CBP and/or ICE has targeted them because they heard them speaking Spanish at Walmart and thereafter CBP and/or ICE decided to pursue them without any reason other than their race and the fact that the men were speaking Spanish.

14. These types of detentions have been happening throughout Western New York and follow the same pattern. I am aware of Latino individuals being pursued, stopped, and detained after speaking Spanish at different commercial buildings like Walmart, Home Depot and Lowes. All these stops, detentions and/or arrests have been made without a warrant and where the arresting officers did not ask any questions prior to the arrest, including about community or family ties, and ignored evidence of such ties when making the arrest.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

Syracuse, New York

Executed on April 6, 2026

_____

JOSE E. PEREZ