**DECLARATION OF JUAN CARLOS RUIZ**

I, Juan Carlos Ruiz, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Reverend Juan Carlos Ruiz. I have lived in New York since 2004. I am currently the Pastor of the Lutheran Church of the Good Shepherd in Bay Ridge, Brooklyn, New York. A sanctuary church that is part of the movement of peace and justice in New York City and that has become a solidary hub for the surrounding community in Bay Ridge and Sunset Park. I have served as the Pastor since August 2018.
2. As the reverend of Good Shepherd, my duties include the pastoral care of a multicultural faith community that via a praxis of non-violent engagement contributes to the movement of peace and justice locally and beyond. We organize a sustainable, beloved community as a platform where all can stand in dignity and justice. We as a church are a resource to our youth and families investing in educational and cultural programs.
3. Good Shepherd serves the Bay Ridge and Sunset Park communities. Both neighborhoods have large immigrant communities. Our congregants are mostly of a mixed status, including U.S. citizens. Some of my congregants are even facing deportation. They have come to these shores seeking the American dream and some have been living in the shadows for over two decades, while others are currently fighting for legal status in the immigration courts. Most of my congregants are Latino; I estimate about 80%.
4. In order to serve these communities, Good Shepherd offers a wide range of programs and direct services. We have several cultural dance troupes that learn and practice their craft throughout the week. As many of our congregants are of Mexican heritage, we used to offer mariachi classes. We also offer services in multiple languages, including Spanish. These programs serve people who are immigrants and who are citizens. For example, the mariachi classes attendees are all U.S. citizen kids, but their parent's might be undocumented.
5. I am also heavily involved in immigrant advocacy in New York City. In 2006, I began organizing our faith communities to protect, defend and care for our immigrant brothers and sisters and in May 2007 we launched what has come to be known as the New Sanctuary Movement. I seeded some of the coalitions along the East Coast and also co-founded the New York New Sanctuary Coalition. Our work has demanded from us to hold this tension of being involved in both policy advocacy while maintaining our direct services programs. Being a part of the New Sanctuary Movement allows me to have insight into ICE's practices and how they affect the community both on a policy level and on the ground.
6. In November 2025, I began noticing a surge in ICE activity in Sunset Park and Bay Ridge. ICE's practices are street-based immigration enforcement operations. I have been a part of rapid response groups in New York since the first Trump Administration. Because of the surge in ICE activity here, the mutual aid and rapid response groups have

shifted their energy and focus to responding to ICE's unlawful and over-militarized presence here.

7. Since November 2025, ICE has arrested seven of my congregants. All of the people arrested are Latino.
8. Some of our members have been abducted without warrants and as they were going to church or to their work. One of my congregants has been living in New York for over 11 years, his wife just had a baby when he was taken by ICE outside his apartment building. The son of one my congregants was taken by ICE on his way to church. He had been living in the U.S. practically his whole life. In both of those cases ICE did not tell the men why they were being abducted.
9. ICE's presence in the neighborhood has a negative impact. I used to have at least 200 people attend Sunday services. After the attention shift from Minnesota, I began to see a steep decline in attendees. Since January 2026, I have less than a half, around 80 people. But my online stream has gone from 500 people to over 1,200 people.
10. This has also affected our educational programming. Our Mariachi program at one point had over 100 children participating prior to January 2026. Most of the children are citizens but their parents are not, so they are too afraid to leave their homes. I only had seven participants by the end of January 2026, so I had to cancel the class. One of the kids in the program, who is a citizen, had his house raided by ICE. ICE made a mistake and got the wrong house. The agents pointed guns at his and his brothers' heads. Before ICE, the church used to echo with the sounds of music. But now it is silent because terror like this echoes and everyone starts to get scared. Even if they are citizens. ICE just takes everyone who looks Latino and asks questions later.
11. ICE's presence has also prevented everyone in the community from accessing essential needs. Good Shepherd has run an emergency food pantry since COVID-19. However, we had to put this on pause in March 2026. I noticed that Latino families stopped showing up and began asking if we had food delivery services. I am trying to figure out how to shift to a delivery program instead of having people line up outside my church and potentially be at risk of ICE kidnapping them.
12. ICE's presence has led us to increase security. We have to lock the church's doors during services and events. Whenever Good Shepherd hosts events, we have four volunteers act as security at the door to make sure ICE cannot enter and to give people peace of mind. The core components of our congregation's civic life have been disrupted.
13. ICE is sowing seeds of terror in Bay Ridge and Sunset Park. Church members confide in me that they leave their house in fear of being separated from their family. We use the term "llevantados," which means taken in Spanish, to talk about people taken by ICE. This comes from narco traffickers' vocabulary for men who are disappeared from the street by drug cartels, suddenly and without warning. People who fled the cartels now feel a similar sense of terror in Brooklyn, but this time from our federal government. I describe ICE as "ICEstapo," because they are disappearing people to send a message to a

targeted minority: Latinos. It is working. There is palpable fear in my community; it is like everyone is looking over their shoulder.

I declare under penalty of perjury that the foregoing is true and correct.

Brooklyn, New York

Executed on 03/20/2026
Date

Juan Carlos Ruiz

Juan Carlos Ruiz