I, Luis Gomez, declare under penalty of perjury the following:

1.  My name is Luis Gomez. I am a U.S. citizen and I live in Hempstead, New York. I am Latino and Spanish speaking and I live in a predominantly immigrant neighborhood. From November 2025 until March 2026, I worked as a driver for a taxi company based in Hempstead. The owner is Salvadorean and I would say 98% of our clients were Latino. I drove all over Hempstead, Uniondale and Roosevelt in Nassau County as part of my job. I drove from 6 a.m. to 6 p.m. most days but sometimes I would pick up the next shift or part of the next shift and work in the evening and at night also. I did not take just one person at a time, the way Uber does; I would have up to three passengers and I would drop people off and pick them up as I went.

2.  I think it was my first day on the job in November 2025 that I saw immigration agents detaining someone. It was so striking to me that I stopped to take a video. I did not know at the time how frequent this would become. At first it was a few times a week but by December 2025 I saw immigration agents, in DHS vests, every day in the areas that I drove in. It was constant and it was happening all over this area, especially in Hempstead and Roosevelt. I took around four videos on my phone of people being stopped and detained, usually a few minutes into the interaction, but then I stopped filming because I didn't have anything to do with the videos. I saw many, many more raids that I just watched and did not film.

3.  From what I observed, agents traveled in as few as three cars or as many as eight. Many of the cars were unmarked; some regular vehicles, others were SUVs and a few were even larger mid-size vans that could hold 8 or 9 people. Officers themselves wore vests or plainclothes. Many of them are big guys, six feet and taller, and I also saw female agents. It was easy to tell who they were because they were armed and they operated in large numbers. Two or three agents would jump out of each a vehicle and their cars would pin people in and sometimes block traffic. I saw this kind of activity most often between 6 a.m. and 11 a.m. in the morning when people were going to work.

4.  I came to know the streets where it was most common to see these immigration agents stopping people. Nassau Road in Roosevelt is a major commercial street that was frequently raided. East Clinton Street was another. I saw them at the train terminal and the BJs in Freeport. A lot of passengers would get upset with me if I needed to drop

1

someone off in the vicinity of a Home Depot or another large store—they would worry the car would be stopped and all of us would be detained. It was very stressful.

5. Every single person I saw being questioned or detained during my five months as a taxi driver was Hispanic. That is the situation now in the Hempstead area: people are stopped all the time just for being Hispanic. If they see you, they will stop you because you are Hispanic. I saw that myself and I heard people in the cab recount their own experiences being stopped.

6. Sometimes I watched as officers handcuffed and pushed someone into a car, without appearing to ask a single question. I watched a man leave a deli on Nassau Road with his breakfast and he was surrounded, handcuffed and put into a car very quickly. Other times I witnessed longer interactions, with officers milling around and a Hispanic person standing there handcuffed. It happened even in the cold and on days it was snowing.

7. What disturbed me the most was that I witnessed a lot of violence. I saw immigration agents twist people's arms behind their backs; push them to the ground or push them against a car. Often people were held in what looked like uncomfortable positions. It was very ugly and aggressive. Even just observing, I felt a kind of hate.

8. It affected my work as a taxi driver because many more people called taxis. There was a lot of fear in the community to be outside, even for a few minutes. In December and January, Roosevelt began to feel like a ghost town because so few people would go outside. If someone missed the bus, they would call a taxi because they were scared to be standing outside on the street.

9. Inside the cab, passengers expressed a lot of fear. I remember a woman crying on the phone telling her sister that immigration agents had broken down the door to her house, looking for someone. What affected me the most was single mothers. Mothers, but especially single mothers, are very afraid to be outside and they would share that in the cab. They would say, what will I do? What will happen to my kids? It was a lot for me to handle. I am not someone who takes the suffering of others lightly.

10. I think if I had not worked for that company I would not understand the extent of what is happening. I would have seen a few videos on the internet but I would not have understood it was every single day, all over these communities in Nassau County. I think that the raids peaked in late January shortly before the partial government shutdown. In

2

the month of February, I did not observe quite the same frequency but that may be because so few people go outside now, particularly during the day.

11. Then in early February, my mother's longtime partner—with whom I live—was detained walking home from the deli on our corner. It was not surprising to me given what I was seeing all around me as a taxi driver but it was very upsetting to my mother and it affected me a lot also because my mother is very reliant on her partner. My dad died 20 years ago and she needs him. He was walking not even half a block home from the deli in the morning and cars surrounded him and detained him, just as I had seen all over Hempstead and the surrounding towns. My mother began to cry and she was very upset.

12. My last day working for that taxi company was on March 9, 2026. I found other work for a tree company that works in Suffolk County. It was very stressful and sad to be a taxi driver. Even me, as a citizen, I could have been stopped at any time just for being Hispanic. I lived with that constant anxiety and fear, as did my passengers.

DATED: March 19, 2026

_Luis Gomez_
Luis Gomez

3