## DECLARATION OF TRICIA CHOU

I, Tricia Chou, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Patricia Chou. I have lived in the neighborhoods around Corona, Queens, New York since 2012. I volunteer with Queens Neighborhoods United, which serves the neighborhoods of Corona, Jackson Heights, and Elmhurst. I first became involved with Queens Neighborhoods United after attending an event they held discussing the way former Mayor Bloomberg's Stop and Frisk policies impacted street vendors, sex workers, men of color, and undocumented people in our neighborhoods.

2. Corona, Elmhurst, and Jackson Heights are diverse neighborhoods with vibrant immigrant communities. When I first arrived in the neighborhood, I was heartened to hear Burmese, the language of my community, understanding how rare Burmese immigration to the states has been in the last couple decades. I found a lot of comfort in neighbors who, because they understood that our neighborhoods are some of the most diverse in the country, welcomed me with curiosity and grace, despite no guarantee that we spoke the same language.

3. As a part of my work as a member of the group, I build relationships with community members we meet during regular outreach; develop political education materials that help people understand the policies and conditions in the neighborhood, nationally, and internationally that affect their lives; work with other members to support our campaigns; and support neighbors in different ways. This can look like arranging or accompanying people to court and precincts, legal matters, contacting family members, arranging support for detained people, and sourcing rent or food support for families. As a result of this work, I have been tracking ICE's presence in Corona, Jackson Heights, and Elmhurst. I know this information because I have personally witnessed numerous ICE arrests and stakeouts of homes, churches, and blocks, responded to potential ICE sightings from neighbors, and followed up with neighbors and business owners after ICE interactions. In the course of the organization's work, since its founding in 2014, we've built a strong and expansive network of relationships across campaigns in the neighborhoods and city, and through those contacts, we receive a lot of the calls and tips that have helped us understand ICE's near-constant presence and intense activity in our area. Many of us grew up in the neighborhood, and family, friend, or work relationships also have become sources for tips because members and their networks are based here. Often, myself and other members will use photos and video of arrests that we have taken or were shared with us to try to identify the person taken and contact their loved ones. In these conversations with a detained person's loved ones or neighbors who are trying to help, we also learn about detained people who we had not heard of or how a block or

family has experienced repeated attacks from ICE, thus understanding ICE's movements across the neighborhood.

4.  ICE's operations in Queens have been among the most aggressive anywhere in New York City. Beginning in January 2025, federal agents began subjecting neighborhoods across Queens to sustained surveillance. Since December 2025, ICE has maintained a consistent, almost daily presence, particularly in Corona.

5.  In Queens, ICE has largely relied on stakeouts. They return to the same blocks—in nondescript vehicles with heavily tinted windows—and racially profile the individuals they kidnap, seemingly at random. For example, after one early morning detention on January 13, 2026, where agents regrouped at a TD Bank parking lot on Northern Boulevard and Junction Boulevard, agents returned later that afternoon around 2:45 pm and detained an older man one block away from the parking lot, by P.S. 228. We find that they choose areas close to train stations or transit hubs that geographically create almost a funnel where they can block escape paths. For example, one alleyway near 102nd Street and 37th Avenue has seen repeated presence from agents for the last year, leading to multiple arrests that we have been able to verify through video and witnessing firsthand.

6.  During the week, these stakeouts typically take place in the early morning to capture individuals on their way to work. Specifically, ICE sets up "staging sites" in corporate parking lots between 5 a.m. and 7 a.m., organizing and then dispersing into the surrounding area to kidnap people. Recent staging sites include a CVS Pharmacy parking lot at 86th Street and Northern Boulevard, a TD Bank parking lot at Junction Boulevard and Northern Boulevard, and parking lots by Flushing Meadows Park on 111th Street, south of Roosevelt Avenue. For example, on January 13, 2026 at 5:55 am, neighbors spotted several agents in cars idling at the CVS parking lot on 89th Street and Northern Boulevard. After being spotted the agents left and headed to 94th street and 35th Avenue where they detained one man. Rapid responders followed the agents' cars as they left and regrouped at the TD Bank parking lot at Junction Boulevard and Northern Boulevard around 6:30 am, eventually watching the agents disperse again and leave toward a highway entrance. Increasingly, we have seen various federal agencies deputized to conduct ICE arrests use parking lots around Queens Center Mall to stage and gather. In the evening, ICE agents accordingly pivot sites. For instance, on December 11, 2025, ICE officers stationed themselves in the parking lot of Terrace on the Park by Flushing Meadows Park and stopped cars.

7.  ICE also employs trickery in conducting these sweeps. For instance, ICE agents stop individuals on the street, display a photograph of a particular person, and ask whether the individual has information about that person. This ruse is a pretext for the stop and, usually, a subsequent arrest. In arrests where we have made contact with the person who

was detained or who interacted with agents, this ruse was used a majority of the time.

8.  Facial recognition apps are also deployed in Queens. Many of the community members stopped by ICE have not been certain if a particular app was used to scan their faces, but it is very common for neighbors who have interacted with and/or been detained to recount that agents took photos of their faces during those interactions. We have a few instances where agents almost certainly used a facial recognition app to scan someone's face. On January 12, 2026 around 6:45 pm, agents used a facial recognition app to scan the face of a U.S. Citizen member of a household, while attempting to gain access to her home.

9.  In November 2025, more than 20 Latino men were kidnapped by ICE in our area. On November 1, 2025, and in a span of just two hours, ICE agents stationed on the corner of 97th Street and 41st Avenue in Corona racially profiled and kidnapped seven Latino men. Between November 4, 2025 and November 24, 2025, ICE returned to this corner at least three more times, ultimately kidnapping at least four people, all of whom were Latino men. These individuals were going about their daily lives, often on their way to work.

10. During this period ICE also appeared at the corner of 111th Street and 41st Avenue, kidnapping three Latino men on their way to work on November 4, 2025. On November 5, 2025, ICE officers grabbed a Latino man from the platform of the Junction Boulevard subway station and kidnapped him.

11. Beginning on November 14, 2025, ICE began focusing on the section of Corona north of Roosevelt Avenue. On November 23, 2025, ICE kidnapped a young man on the corner of 103rd Street and 37th Avenue who was leaving a laundromat to buy food. On November 24, 2025, ICE kidnapped two men who were on their way to work at 101st Street and 37th Avenue. On November 25, 2025, ICE kidnapped two men at 87th Street and Roosevelt Avenue who were on their way to work.

12. Since December 2025, ICE has repeatedly—at least five times—staked out a few blocks in Corona between 101st Street and 102nd Street and between 37th Avenue and 39th Avenue.

13. ICE's activity in Queens intensified on December 4, 2025, when helicopters, vans, heavy weaponry, and dozens of agents descended on 88th Street in Corona, seizing individuals' electronic devices and ultimately kidnapping two individuals.

14. In total, we have been able to verify that ICE has arrested 49 people across Corona and Elmhurst from November 2025 to March 17, 2026. All of these individuals are Latino men.

15. As a volunteer I have also heard of, received reports on, and spoken to U.S. citizens or Green Card holders who have been stopped/arrested/detained by ICE. In one instance, the wife of one man described how a family member and her husband were arrested on 111th Street and 43rd Avenue on December 21, 2025. According to her husband, this arrest happened at random, as both men were walking down the street toward the train station. It wasn't until both men were under arrest and being driven away by agents that the agents finally were able to confirm or believe that the husband was a U.S. Citizen. They dropped him off randomly along Queens Boulevard, while keeping the other family member, who was later deported. In another on January 12, 2026, agents knocked on the door to a building on 45th Avenue near 94th Street, attempting to gain access to a home. Agents spoke to several members of the household, including one U.S. Citizen woman who said agents used a facial recognition app to scan her face as they spoke to her. She felt that the agents were refusing to leave the home and that members of her household were trapped inside the home until the agents left. They returned to the block at least once more that week.

16. Since even before President Trump was inaugurated in January 2025, our neighbors and community members had anticipated an immigration crackdown, because of promises he had made on the campaign trail. Through our contacts with neighborhood institutions - small businesses, schools, places of worship, community centers – we have been hearing about a significant reduction in foot traffic, business, and even school registrations and attendance. It is a story we hear often when we speak to small business owners who have long been in the neighborhood that business is down by 50% or more. Members who are teachers talk about attendance and registration being significantly reduced. Other members who work in hospitals and health centers have told us that many of their longtime clients and patients have stopped showing up to appointments or have relocated entirely. When we investigated why this might be, we learned it is the result of both a combination of fear keeping people at home and people simply leaving the neighborhood. For example, after ICE repeatedly visited a particular building in Corona in February of 2025, many of the residents of the building slowly left, leaving one remaining resident, a woman with chronic health issues who then had to fight eviction because her landlord attempted to weaponize this emptying of the building against her and other tenants. We have supported many people who have made the extremely difficult decision of self-deporting.

17. Workers and community members we speak to have shared with us that they feel isolated--a feeling of fear and anxiety alongside crippling work schedules in a deeply unaffordable city keep them from meeting their neighbors, engaging in everyday activities (like going to the doctor's office or attending court dates), or venturing out of their homes or workplaces to socialize. This is a feeling shared by citizens and non-citizens, alike. Citizen community members in blended-status families tell us that they are

afraid and anxious for their loved ones who may not have documentation or are in the process of obtaining citizenship or some other legal status. They have been urging family members who do not have status to stay home or have changed their schedules and routines to accompany them anytime they leave home. Many community members, citizen and non-citizen alike, are now shouldering more economic burden because they are trying to make up for lost income from loved ones who either have stopped working out of fear of ICE or have been detained or deported. ICE's presence in the neighborhood and its tactics to hunt and kidnap our neighbors have deeply rent the fabric of our community in both the absence of our loved ones due to deportation/detention or leaving the neighborhood as well as the pervasive fear and stress of having to continue to live in these conditions.

I declare under penalty of perjury that the foregoing is true and correct.

April 9, 2026
New York City, NY

Signed by:

4ED265FC6166487...

Patricia Chou