**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RENE ANTONIO BENITEZ *et al.*,<br>*Plaintiffs*,<br>v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,<br>*Defendants*. | Case No. 2:26-cv-2082<br><br>**DECLARATION OF GIOVANNI J. SCARCELLA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR PROVISIONAL CLASS CERTIFICATION** |

I, Giovanni J. Scarcella, hereby declare under the penalty of perjury:

1. I am a member in good standing of the bar of the State of New York and of this Court.

2. I am one of the attorneys for the Named Plaintiffs and the putative class members in this action.

3. I am an attorney at Covington & Burling LLP.

4. I submit this Declaration to place certain exhibits before the Court in support of Plaintiffs' Motion for Preliminary Injunction and Motion for Provisional Class Certification. If called upon to do so, I could and would competently testify as follows:

5. Attached as **Exhibit 1** is a true and correct copy of a January 28, 2025 article from the Washington Post by Nick Miroff & Maria Sachetti titled "Trump Officials Issue Quotas to ICE Officers to Ramp up Arrests," available at https://www.washingtonpost.com/immigration/2025/01/26/ice-arrests-raids-trump-quota/.

6. Attached as **Exhibit 2** is a true and correct copy of a May 29, 2025 article from The Guardian by José Olivares titled "Trump Administration Sets Quota to Arrest 3,000 People a Day in Anti-immigration Agenda," available at https://www.theguardian.com/us-news/2025/may/29/trump-ice-arrest-quota.

7. Attached as **Exhibit 3** is a true and correct copy of a May 28, 2025 article from Axios by Brittany Gibson and Stef W. Kight titled "Scoop: Stephen Miller, Noem Tell ICE to Supercharge Immigrant Arrests," available at https://www.axios.com/2025/05/28/immigration-ice-deportations-stephen-miller.

8. Attached as **Exhibit 4** is a true and correct copy of a June 9, 2025 article from the Wall Street Journal by Elizabeth Findell, et al. titled "The White House Marching Orders That Sparked the L.A. Migrant Crackdown," available at www.wsj.com/us-news/protests-los-angeles-immigrants-trump-f5089877?msockid=3d121658b9c6667006f00037b8496735.

9. Attached as **Exhibit 5** is a true and correct copy of an X post by DHS (@DHSgov), posted on December 31, 2025 at 4:06 p.m., available at https://x.com/DHSgov/status/2006472108222853298.

10. Attached as **Exhibit 6** is a true and correct copy of a September 9, 2025 article from NBC News by Julia Ainsley et al. titled "Under Trump Administration, ICE Scraps Paperwork Officers Once Had to Do Before Immigration Arrests," available at https://www.nbcnews.com/politics/national-security/trump-administration-ice-scraps-paperworkofficers-immigration-arrests-rcna229407.

11. Attached as **Exhibit 7** is a true and correct copy of a YouTube video posted by WAAY 31 News on January 15, 2026 titled "Kristi Noem: ICE May Ask People to 'Validate' Their Identity," available at https://www.youtube.com/watch?v=eJL_rST9uXk.

12. Attached as **Exhibit 8** is a true and correct copy of a June 4, 2025 article from the Guardian by José Olivares titled "US Immigration Officers Ordered to Arrest More People Even Without Warrants," available at https://www.theguardian.com/us-news/2025/jun/04/immigration-officials-increased-detentions-collateral-arrests.

13. Attached as **Exhibit 9** is a true and correct copy of a transcript of a January 27, 2025 podcast episode on the series "The Source with Kaitlan Collins" titled "Trump DOJ Fires Officials Who Prosecuted Him; Homan on Mass Deportation Effort: 'There's No Safe Haven'; Trump Calls DeepSeek A.I. 'Positive Development' but Also a 'Wake-Up Call' for U.S. Tech Industry," available at https://transcripts.cnn.com/show/skc/date/2025-01-27/segment/01.

14. Attached as **Exhibit 10** is a true and correct copy of a January 28, 2026 memorandum issued by Todd M. Lyons titled "Civil Immigration Arrest Authority: Administrative Arrest Warrants and Warrantless Arrests," available at https://static01.nyt.com/newsgraphics/documenttools/e3524bab7246ffa8/0e6654f6-full.pdf.

15. Attached as **Exhibit 11** is a true and correct copy of a page, captured on April 12, 2026, from the U.S. Department of Justice's website titled "U.S. Sanctuary Jurisdiction List Following Executive Order 14287: Protecting American Communities from Criminal Aliens," https://www.justice.gov/ag/us-sanctuary-jurisdiction-list-following-executive-order-14287-protecting-american-communities.

16. Attached as **Exhibit 12** is a true and correct copy of a March 25, 2025 article from Boston.com by Dialynn Dwyer titled "Sanctuary Cities Will Keep Seeing 'Collateral' Arrests," available at www.boston.com/news/politics/2025/03/25/after-ice-operation-in-mass-trump-border-czar-says-sanctuary-cities-will-keep-seeing-collateral-arrests/.

17. Attached as **Exhibit 13** is a true and correct copy of a February 3, 2026 article from CBS NEWS by Jesse Zanger titled "New Effort to Observe ICE Activities Launched by N.Y. AG Letitia James," available at https://www.cbsnews.com/newyork/news/ny-ag-tish-james-legal-observation-project/.

18. Attached as **Exhibit 14** is a true and correct copy of a page, captured on April 12, 2026, from the U.S. Immigration and Customs Enforcement's website titled "ICE Field Offices," available at https://www.ice.gov/contact/field-offices.

19. Attached as **Exhibit 15** is a true and correct copy of a November 26, 2025 article from N.Y. Focus by Isabelle Taft titled "In This Buffalo Suburb, a Brush With Mall Security Can Lead to Arrest by Border Patrol," available at https://nysfocus.com/2025/11/26/cheektowaga-ice-buffalo-border-patrol-macys-police.

20. Attached as **Exhibit 16** is a true and correct copy of a January 29, 2026 article from Documented by Eileen Grench and Lam Thuy Vo titled "ICE Street Arrests in New York City Increase 212% Under Trump," available at https://documentedny.com/2026/01/29/ice-street-arrests-skyrocket-nyc/

21. Attached as **Exhibit 17** is a true and correct copy of a screenshot captured on April 13, 2026 from the Deportation Data Project, available at https://ice-arrests.apps.deportationdata.org/. The information was found by filtering for "apprehension_state" equal New York, "apprehension_aor" equal "New York City Area of Responsibility," and "apprehension_date" between 1/20/2025 and 10/15/2025.

22. Attached as **Exhibit 18** is a true and correct copy of a November 26, 2025 article from The City by Gwynne Hogan titled "Sidewalk Arrests Seize New Yorkers in ICE's Latest

Surge," available at https://www.thecity.nyc/2025/11/26/ice-arrests-streets-sidewalks-detention-immigrants/.

23. Attached as **Exhibit 19** is a true and correct copy of a March 27, 2026 article from Syracuse by Michelle Breidenbach titled "ICE Shipped a NY Man to Lousiana. A Total Stranger Got Him Home," available at https://www.syracuse.com/news/2026/03/ice-shipped-a-ny-man-to-louisiana-a-total-stranger-got-him-home.html.

24. Attached as **Exhibit 20** is a true and correct copy of a December 10, 2025 article from Gothamist by Arya Sundaram titled "Latinos in NY Bearing Brunt of Immigration Arrests Statewide, Report Says," available at https://gothamist.com/news/latinos-in-ny-bearing-brunt-of-immigration-arrests-statewide-report-says.

25. Attached as **Exhibit 21** is a true and correct copy of a December 2025 report by the New York Immigration Coalition titled "Unmasking ICE's Anti-Latino Practices—and What New York City Can Expect," available at https://www.nyic.org/wp-content/uploads/2025/12/NYC-Area-ICE-Arrests-v4-JV-12.8.25.pdf.

26. Attached as **Exhibit 22** is a true and correct copy of a February 24, 2026 article from WXXI News by Gino Fanelli titled "Detainments by ICE Have Reached a Record High. Criminals Are Not Fueling the Surge," available at https://www.wxxinews.org/local-news/2026-02-24/detainments-by-ice-have-reached-a-record-high-criminals-are-not-fueling-the-surge.

27. Attached as **Exhibit 23** is a true and correct copy of an April 28, 2025 press release by the White House titled "Promises Made, Promises Kept: Border Security Achieved in Fewer Than 100 Days," available at https://www.whitehouse.gov/releases/2025/04/promises-made-promises-kept-border-security-achieved-in-fewer-than-100-days/.

28. Attached as **Exhibit 24** is a true and correct copy of a May 29, 2025 article from Fox News by Cameron Arcand titled "Trump Administration Sets New Goal of 3,000 Illegal Immigrant Arrests Daily," available at https://www.foxnews.com/politics/trump-administration-aims-3000-arrests-illegal-immigrants-each-day?msockid=03ceb0732db360072423a75f2c2c6134.

29. Attached as **Exhibit 25** is a true and correct copy of an August 28, 2025 article by Texas Border Business titled "Homan Vows Expanded Deportations in Sanctuary Cities," available at https://texasborderbusiness.com/homan-vows-expanded-deportations-in-sanctuary-cities/.

30. Attached as **Exhibit 26** is a true and correct copy of a March 20, 2026 article from the New York Times by Albert Sun et al. titled "New Data Shows Where ICE Has Been Most Active This Year," available at https://www.nytimes.com/2026/03/20/us/ice-arrests-immigration-enforcement.html.

31. Attached as **Exhibit 27** is a true and correct copy of an April 2, 2026 article from The City by Haidee Chu and Gwynne Hogan titled "Drive-by Detention: 800 New Yorkers Swept Up in 'Collateral' ICE Arrests," available at https://www.thecity.nyc/2026/04/02/ice-immigration-arrests-collateral-operation-trump/.

32. Attached as **Exhibit 28** is a true and correct copy of an X post by DHS (@DHSgov), posted on January 16, 2026 at 11:36 a.m., available at https://x.com/DHSgov/status/2012202324991635495.

33. Attached as **Exhibit 29** is a true and correct copy of a January 15, 2026 article from Wired by Makena Kelly and Leah Feiger titled "Minnesota Is Just the Beginning. California and

New York Are 'Next,'" available at https://www.wired.com/story/california-and-new-york-are-next/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2026 in New York, NY.

Respectfully submitted,

*/s/ Giovanni J. Scarcella*
Giovanni J. Scarcella