

April 14, 2026

U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722
**Via ECF**

Re:    *Benitez et al. v. U.S. Department of Homeland Security et al.*, 2:26-cv-02082
       Notification of Letter-Motion as to Relatedness

Dear Judge:

       Plaintiffs hereby provide notice of a motion to relate this case to *Benitez v. Genalo et al.*, 2:26-cv-01122-SJB. The motion was filed on the docket in *Benitez v. Genalo* this evening in accordance with Division of Business Rule 3(b). A copy of the motion is included herein as an exhibit.


Respectfully submitted,


/s/ Paige Austin
Paige Austin
Harold Solis
Make The Road New York
301 Grove St.
Brooklyn, New York 11237
paige.austin@maketheroadny.org
harold.solis@maketheroadny.org
Tel. (718) 565-8500
Fax: (866) 420-9169

| BROOKLYN | QUEENS | STATEN ISLAND | LONG ISLAND | WESTCHESTER |
|---|---|---|---|---|
| 301 GROVE STREET | 104-19 ROOSEVELT AVENUE | 161 PORT RICHMOND AVENUE | 1090 SUFFOLK AVENUE | 46 WALLER AVENUE |
| BROOKLYN, NY 11237 | CORONA, NY 11368 | STATEN ISLAND, NY 10302 | BRENTWOOD, NY 11717 | WHITE PLAINS, NY 10605 |
| 718 418 7690 | 718 565 8500 | 718 727 1222 | 631 231 2220 | 914 948 8466 |

MAKETHEROADNY.ORG