UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTONIO BENITEZ, J.R.H.L., DARWIN GARCIA MEDRANO, H.L.A.O., A.M.C., HESLER ASAF GARCIA LANZA, R.C.R., and F.R.P., on behalf of themselves and others similarly situated, and WORKERS' CENTER OF CENTRAL NEW YORK, <br><br> Plaintiffs, <br><br> v. <br><br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Acting Secretary of the U.S. Department of Homeland Security; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, in his official capacity as Senior Official Performing the Duties of Director of U.S. Immigration and Customs Enforcement; KENNETH GENALO, in his official capacity as Director of Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, New York City Field Office; TAMMY MARICH, in her official capacity as Acting Director of Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, Buffalo Field Office; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; U.S. BORDER PATROL; MICHAEL W. BANKS, in his official capacity as Chief of U.S. Border Patrol; U.S. DEPARTMENT OF JUSTICE; TODD BLANCHE, in his official capacity as the Acting Attorney General of the United States; FEDERAL BUREAU OF INVESTIGATION; KASH PATEL, in his official capacity as Director of the Federal Bureau of Investigation; U.S. MARSHALS SERVICE; and GADYACES S. SERRALTA, in his official capacity as Director of the United States Marshals Service, <br><br> Defendants. | Case No. 26-cv-2082-SJB-JMW |

**CERTIFICATE OF SERVICE**

1

I, Evan Henley, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am over 18 years old and not a party to this action. I am one of the counsel for Plaintiffs.

2. On April 16, 2026, I served the Court's April 16, 2026, Order scheduling an April 20, 2026, status conference on each defendant to this action via U.S. Postal Service overnight mail, postage prepaid.


U.S. Department of Homeland Security
245 Murray Lane SW
Washington, D.C. 20528

Markwayne Mullin
Secretary of the U.S. Department of
Homeland Security
245 Murray Lane SW
Washington, D.C. 20528

U.S. Immigration and Customs Enforcement
500 12th Street SW
Washington, D.C. 20536

Todd M. Lyons
Senior Official Performing the Duties of
Director of U.S. Immigration and Customs
Enforcement
500 12th Street SW
Washington, D.C. 2053

Kenneth Genalo
Director of Enforcement and Removal
Operations
U.S. Immigration and Customs Enforcement
New York City Field Office
26 Federal Plaza
9th Floor, Suite 9-110
New York, NY 10278

Tammy Marich
Acting Director of Enforcement and
Removal Operations
U.S. Immigration and Customs Enforcement
Buffalo Field Office
250 Delaware Avenue, Floor 7
Buffalo, NY 14202

U.S. Customs and Border Protection
1300 Pennsylvania Avenue NW, Suite 4.4-B
Washington, D.C. 20229

Rodney S. Scott
Commissioner of U.S. Customs and Border
Protection
1300 Pennsylvania Avenue NW, Suite 4.4-B
Washington, D.C. 20229

U.S. Border Patrol
1300 Pennsylvania Avenue NW, Suite 4.4-B
Washington, D.C. 20229

Michael W. Banks
Chief of U.S. Border Patrol
1300 Pennsylvania Avenue NW, Suite 4.4-B
Washington, D.C. 20229

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

Todd Blanche
Acting Attorney General of the United
States
950 Pennsylvania Avenue NW
Washington, D.C. 20530

Federal Bureau of Investigation
935 Pennsylvania Avenue NW
Washington, D.C. 20535

Kash Patel
Director of the Federal Bureau of
Investigation
935 Pennsylvania Avenue NW
Washington, D.C. 20535

U.S. Marshals Service
1215 S. Clark St.
Arlington, VA 22202

Gadyaces S. Serralta
Director of the United States Marshals
Service
1215 S. Clark St.
Arlington, VA 22202

3. True and correct copies of the order and the U.S. Postal Service overnight mail labels are

   attached to this certificate of service.

I declare under the penalty of perjury that the foregoing is true and correct.

April 16, 2026                          /s/ Evan Henley
New York, NY                            Evan Henley

| 04/16/2026 | ORDER: It appears that Plaintiffs have moved for a preliminary injunction, but papers have not yet been served on Defendants. Service should be effectuated forthwith and no later than **April 17, 2026**, with proof of service filed on docket. The Court will hold a status conference on **Monday, April 20, 2026 at 11:00 A.M. in Courtroom 930 in the Central Islip Courthouse** before District Judge Sanket J. Bulsara. The conference will not be a hearing on the motion for a preliminary injunction. Instead, it will be a conference to discuss the timing of any preliminary injunction and class certification hearing and opposition to be filed by Defendants, the larger framework for discovery proceedings, and whether, under Federal Rule of Civil Procedure 65(a)(2), trial on the merits should be consolidated with a hearing for a preliminary injunction. Either party may, but is not required to, submit a letter no longer than 700 words outlining a proposed schedule for the case. If a party does elect to file such a letter, it should do so before **Monday, April 20, 2026, at 11:00 A.M.** Plaintiffs are directed to serve a copy of this order on Defendants. So Ordered by Judge Sanket J. Bulsara on 4/16/2026. (RB) (Entered: 04/16/2026) |
|---|---|

 **UNITED STATES POSTAL SERVICE**®  |  www.pitneybowes.com

**E**

**US POSTAGE PAID** IMI
04/16/2026
From 10013

Zone 3

**Pitney Bowes CommPrice**
**Flat Rate Envelope**

028W0002310123

2000077081

## PRIORITY MAIL EXPRESS 1-DAY™

Evan Henley
Legal Aid Society
49 Thomas St, Ste 321
Suite 321
New York NY 10013-3821

Scheduled Delivery Date: 04/17/2026

**0007**

### WAIVER OF SIGNATURE



U.S. DEPARTMENT OF HOMELAND SECURITY
245 MURRAY LANE SW
WASHINGTON DC 20528

---

### USPS TRACKING #

**9470 1401 0962 8001 4447 49**

1103



 **UNITED STATES POSTAL SERVICE** ® | www.pitneybowes.com

 

**US POSTAGE PAID IMI**
04/16/2026
From 10013

Zone 3

**Pitney Bowes CommPrice**
Flat Rate Envelope

028W0002310105

2000077081

## PRIORITY MAIL EXPRESS 1-DAY™

Evan Henley
Legal Aid Society
49 Thomas St, Ste 321
Suite 321
New York NY 10013-3821

Scheduled Delivery Date: 04/17/2026

**0007**

## WAIVER OF SIGNATURE

 MARKWAYNE MULLIN
U.S. DEPARTMENT OF HOMELAND SECURITY
245 MURRAY LANE SW
WASHINGTON DC 20528

### USPS TRACKING #

**9470 1401 0962 8001 4447 56**



 **UNITED STATES POSTAL SERVICE** ®

www.pitneybowes.com



**US POSTAGE PAID IMI**
04/16/2026
From 10013

Zone 3



**Pitney Bowes CommPrice**
Flat Rate Envelope

028W0002312050

2000077081

## PRIORITY MAIL EXPRESS 1-DAY™

Evan Henley
Legal Aid Society
49 Thomas St, Ste 321
Suite 321
New York NY 10013-3821

Scheduled Delivery Date: 04/17/2026

**0007**

## WAIVER OF SIGNATURE

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
500 12TH STREET SW
WASHINGTON DC 20536

### USPS TRACKING #



**9470 1401 0962 8001 4447 63**

1103



 **UNITED STATES POSTAL SERVICE** ®

www.pitneybowes.com



**US POSTAGE PAID** IMI
04/16/2026
From 10013

Zone 3

**Pitney Bowes CommPrice**
Flat Rate Envelope

028W0002310118

2000077081

## PRIORITY MAIL EXPRESS 1-DAY™

Evan Henley
Legal Aid Society
49 Thomas St, Ste 321
Suite 321
New York NY 10013-3821

Scheduled Delivery Date: 04/17/2026

**0007**

### WAIVER OF SIGNATURE

 TODD M. LYONS
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
500 12TH STREET SW
WASHINGTON DC 20536

**USPS TRACKING #**

**9470 1401 0962 8001 4447 70**

1103



 **UNITED STATES POSTAL SERVICE**® | www.pitneybowes.com



**US POSTAGE PAID** IMI
04/16/2026
From 10013

Zone 1

**Pitney Bowes CommPrice**
Flat Rate Envelope

028W0002312051

2000077081

## PRIORITY MAIL EXPRESS 1-DAY™

Evan Henley
Legal Aid Society
49 Thomas St, Ste 321
Suite 321
New York NY 10013-3821

Scheduled Delivery Date: 04/17/2026

**0007**

### WAIVER OF SIGNATURE



KENNETH GENALO
ERO U.S ICE NYC FIELD OFFICE
26 FEDERAL PLAZA
9TH FLOOR, SUITE 9-110
NEW YORK NY 10278

**USPS TRACKING #**



9470 1401 0962 8001 4447 87

1103



 **UNITED STATES POSTAL SERVICE ®**

www.pitneybowes.com

**US POSTAGE PAID** IMI
04/16/2026
From 10013

Zone 3

**Pitney Bowes CommPrice**
Flat Rate Envelope

028W0002310118

2000077081

## PRIORITY MAIL EXPRESS 1-DAY™

Evan Henley
Legal Aid Society
49 Thomas St, Ste 321
Suite 321
New York NY 10013-3821

Scheduled Delivery Date: 04/17/2026

**0007**

### WAIVER OF SIGNATURE

 TAMMY MARICH
ERO U.S. ICE BUFFALO FIELD OFFICE
250 DELAWARE AVENUE
FLOOR 7
BUFFALO NY 14202

### USPS TRACKING #



9470 1401 0962 8001 4447 94

1103



| UNITED STATES POSTAL SERVICE® | www.pitneybowes.com |
|---|---|





**US POSTAGE PAID IMI**
04/16/2026
From 10013

Zone 3



**Pitney Bowes CommPrice**
Flat Rate Envelope

028W0002310123

2000077081

## PRIORITY MAIL EXPRESS 1-DAY™

Evan Henley
Legal Aid Society
49 Thomas St, Ste 321
Suite 321
New York NY 10013-3821

Scheduled Delivery Date: 04/17/2026

**0007**

## WAIVER OF SIGNATURE



U.S. CUSTOMS AND BORDER PROTECTION
1300 PENNSYLVANIA AVENUE NW
SUITE 4.4-B
WASHINGTON DC 20229

### USPS TRACKING #



9470 1401 0962 8001 4448 00



**UNITED STATES POSTAL SERVICE** ®

www.pitneybowes.com

**US POSTAGE PAID** IMI
04/16/2026
From 10013

Zone 3

**Pitney Bowes
CommPrice**
Flat Rate Envelope

028W0002310106

2000077081

# PRIORITY MAIL EXPRESS 1-DAY™

Evan Henley
Legal Aid Society
49 Thomas St, Ste 321
Suite 321
New York NY 10013-3821

Scheduled Delivery Date: 04/17/2026

**0007**

## WAIVER OF SIGNATURE



RODNEY S. SCOTT
U.S. CUSTOMS AND BORDER PROTECTION
1300 PENNSYLVANIA AVENUE NW
SUITE 4.4-B
WASHINGTON DC 20229

### USPS TRACKING #

**9470 1401 0962 8001 4448 17**

 **UNITED STATES POSTAL SERVICE**® | www.pitneybowes.com

 **E**

**US POSTAGE PAID IMI**
04/16/2026
From 10013

Zone 3

**Pitney Bowes CommPrice**
Flat Rate Envelope

028W0002310118

2000077081

## PRIORITY MAIL EXPRESS 1-DAY™

Evan Henley
Legal Aid Society
49 Thomas St, Ste 321
Suite 321
New York NY 10013-3821

Scheduled Delivery Date: 04/17/2026

**0007**

### WAIVER OF SIGNATURE



U.S. BORDER PATROL
1300 PENNSYLVANIA AVENUE NW
SUITE 4.4-B
WASHINGTON DC 20229

### USPS TRACKING #

9470 1401 0962 8001 4448 24

1103



 **UNITED STATES POSTAL SERVICE®**

www.pitneybowes.com



**US POSTAGE PAID IMI**
04/16/2026
From 10013

Zone 3

**Pitney Bowes CommPrice**
Flat Rate Envelope

028W0002310150

2000077081

## PRIORITY MAIL EXPRESS 1-DAY™

Evan Henley
Legal Aid Society
49 Thomas St, Ste 321
Suite 321
New York NY 10013-3821

Scheduled Delivery Date: 04/17/2026

**0007**

## WAIVER OF SIGNATURE

 MICHAEL W. BANKS
CHIEF OF U.S. BORDER PATROL
1300 PENNSYLVANIA AVENUE NW
SUITE 4.4-B
WASHINGTON DC 20229

### USPS TRACKING #



9470 1401 0962 8001 4448 31





**US POSTAGE PAID IMI**
04/16/2026
From 10013

Zone 3

**Pitney Bowes CommPrice**
Flat Rate Envelope

028W0002310149

2000077081

## PRIORITY MAIL EXPRESS 1-DAY™

Evan Henley
Legal Aid Society
49 Thomas St, Ste 321
Suite 321
New York NY 10013-3821

Scheduled Delivery Date: 04/17/2026

**0007**

### WAIVER OF SIGNATURE



U.S. DEPARTMENT OF JUSTICE
950 PENNYSLVANIA AVENUE NW
WASHINGTON DC 20530

---

**USPS TRACKING #**



9470 1401 0962 8001 4448 48

 **UNITED STATES POSTAL SERVICE ®**

www.pitneybowes.com

**US POSTAGE PAID IMI**
04/16/2026
From 10013

Zone 3

**Pitney Bowes CommPrice**
Flat Rate Envelope

028W0002310123

2000077081

## PRIORITY MAIL EXPRESS 1-DAY™

Evan Henley
Legal Aid Society
49 Thomas St, Ste 321
Suite 321
New York NY 10013-3821

Scheduled Delivery Date: 04/17/2026

**0007**

### WAIVER OF SIGNATURE



TODD BLANCHE
ACTING ATTORNEY GENERAL OF THE U.S.
950 PENNYSLVANIA AVENUE NW
WASHINGTON DC 20530

### USPS TRACKING #

9470 1401 0962 8001 4448 55







**US POSTAGE PAID IMI**
04/16/2026
From 10013

Zone 3

**Pitney Bowes**
**CommPrice**
Flat Rate Envelope

028W0002310123

2000077081

## PRIORITY MAIL EXPRESS 1-DAY™

Evan Henley
Legal Aid Society
49 Thomas St, Ste 321
Suite 321
New York NY 10013-3821

Scheduled Delivery Date: 04/17/2026

**0007**

### WAIVER OF SIGNATURE



FEDERAL BUREAU OF INVESTIGATION
935 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20535

### USPS TRACKING #



**9470 1401 0962 8001 4448 62**

1103

| | UNITED STATES POSTAL SERVICE ® | | www.pitneybowes.com |
|---|---|---|---|



| US POSTAGE PAID IMI | | |
|---|---|---|
| 04/16/2026 | | |
| From 10013 | **Pitney Bowes** **CommPrice** | 028W0002310106 |
| Zone 3 | Flat Rate Envelope | 2000077081 |

## PRIORITY MAIL EXPRESS 1-DAY™

Evan Henley
Legal Aid Society
49 Thomas St, Ste 321
Suite 321
New York NY 10013-3821

Scheduled Delivery Date: 04/17/2026

**0007**

### WAIVER OF SIGNATURE



KASH PATEL
FEDERAL BUREAU OF INVESTIGATION
935 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20535

### USPS TRACKING #



9470 1401 0962 8001 4448 79

1103



|  UNITED STATES POSTAL SERVICE ® | www.pitneybowes.com |
|---|---|

| E | **US POSTAGE PAID** IMI<br>04/16/2026<br>From 10013<br><br>Zone 3 | | **Pitney Bowes CommPrice**<br>Flat Rate Envelope | 028W0002310118<br><br>2000077081 |

## PRIORITY MAIL EXPRESS 1-DAY™

Evan Henley
Legal Aid Society
49 Thomas St, Ste 321
Suite 321
New York NY 10013-3821

Scheduled Delivery Date: 04/17/2026

**0007**

### WAIVER OF SIGNATURE

 U.S. MARSHALS SERVICE
1215 S. CLARK ST.
ARLINGTON VA 22202

### USPS TRACKING #

**9470 1401 0962 8001 4448 86**

1103



**UNITED STATES**
**POSTAL SERVICE** ®

www.pitneybowes.com



**US POSTAGE PAID** IMI
04/16/2026
From 10013

Zone 3

**Pitney Bowes CommPrice**
Flat Rate Envelope

028W0002312050

2000077081

## PRIORITY MAIL EXPRESS 1-DAY™

Evan Henley
Legal Aid Society
49 Thomas St, Ste 321
Suite 321
New York NY 10013-3821

Scheduled Delivery Date: 04/17/2026

**0007**

### WAIVER OF SIGNATURE



GADYACES S. SERRALTA
DIRECTOR OF THE U.S. MARSHALS SERVICE
1215 S. CLARK ST.
ARLINGTON VA 22202

**USPS TRACKING #**

**9470 1401 0962 8001 4448 93**

1103