**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RENE ANTONIO BENITEZ *et al.*,<br>*Plaintiffs*,<br>v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,<br>*Defendants*. | Case No. 2:26-cv-2082-SJB-JMW |

**DECLARATION OF JEFFREY CAO**

I, Jeffrey Cao, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney at Covington & Burling LLP ("Covington"), co-counsel to Plaintiffs and the putative classes in this action. I am a member in good standing of the bars of California and the District of Columbia. I intend to move the Court for admission *pro hac vice* in this action as soon as I receive a certificate of good standing from the Clerk of the Supreme Court of California as required under Rule 1.3(k) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York.

2. I respectfully submit this Declaration in response to the Court's April 16, 2026 order to explain Plaintiffs' service of the summons and complaint on Defendants and to explain Plaintiffs' service of Plaintiffs' Motion for Preliminary Injunction and accompanying filings on Defendants. Plaintiffs will submit, separately, the 700-word letter contemplated by the Court's order regarding a proposed schedule.

**Plaintiffs' Service of the Summons and Complaint**

3. On April 8, 2026, Plaintiffs filed the Complaint (DE 1) and a Motion for Leave to Proceed Under Pseudonyms and for Protective Order (DE 7) in this action.

4. On April 10, 2026, the Clerk of the Court entered on the docket the summons as to the Defendants in this action (DE 16).

5. Approximately one hour after the summons was docketed, I sent a copy of the summons and complaint by electronic mail to three attorneys in the United States Attorney's Office for the Eastern District of New York ("the EDNY USAO"), including the Chief of the Civil Division and the Deputy Chief of the Civil Division. I asked whether they were authorized to accept service of the summons and complaint on behalf of Defendants, and also proposed that the parties meet-and-confer regarding Plaintiffs' motion for relation and Plaintiffs' then-forthcoming motion for a preliminary injunction. A fourth attorney in the EDNY USAO, Assistant U.S. Attorney Diane Leonardo, acknowledged receipt of my email later on April 10, but did not respond to my request regarding service.

6. On Saturday, April 11, 2026, I responded to Ms. Leonardo's email and inquired again regarding accepting service of the summons and complaint. I did not receive a response to this email. On Monday, April 13, 2026, I again asked whether Ms. Leonardo would accept service. In response to this third inquiry, Ms. Leonardo refused to accept service.

7. Also on April 13, 2026, I directed Covington staff to prepare hard copies of the summons and complaint for service via United States Postal Service Certified Mail pursuant to Rule 4(i)(2) and, by extension, Rule 4(i)(1)(A)–(B) of the Federal Rules of Civil Procedure.

   a. Covington staff in New York sent a copy of the summons and complaint to the Civil Process Clerk at the EDNY USAO, 271 Cadman Plaza East, Brooklyn, NY 11201, by Certified Mail. According to the United States Postal Service's USPS Tracking feature, this copy of the summons and complaint were delivered at 10:17 a.m. on April 16, 2026.

b. Covington staff in Washington, D.C., sent a copy of the summons and complaint to Defendant Todd Blanche, the Acting Attorney General of the United States, 950 Pennsylvania Avenue NW, Washington, DC 20530, by Certified Mail. According to the U.S. Postal Service's USPS Tracking feature, this copy of the summons and complaint remains in transit as of 2:00 pm on April 17, 2026.

c. Covington staff in New York also sent copies of the summons and complaint to Defendants Kenneth Genalo and Tammy Marich by Certified Mail.

d. Covington staff in Washington, D.C., also sent copies of the summons and complaint to 12 of the 13 other Defendants in this action by Certified Mail. As noted in Paragraph 9, *infra*, the copy of the summons and complaint intended to be mailed to Defendant Secretary Markwayne Mullin was incorrectly addressed to the Department of Homeland Security rather than Secretary Mullin specifically.

8. True and correct copies of the Certified Mail Receipts associated with the mailings described in Paragraph 7, reflecting the last-known official addresses for the Defendants and each bearing a postmark date of April 13, 2026, are attached to this declaration as **Exhibit 1**.

9. On April 17, 2026, I discovered that the copy of the summons and complaint intended to be mailed to Defendant Secretary Markwayne Mullin was not addressed to him specifically and was instead addressed to the Department of Homeland Security. Upon discovering this issue, I personally tendered to the United States Postal Service a copy of the summons and complaint addressed to Secretary Mullin specifically. A true and correct copy of the Certified Mail Receipt, bearing a postmark date of April 17, 2026, is attached to this declaration as **Exhibit 2**.

**Plaintiffs' Service of Motion Papers**

10. On April 13, 2026, Plaintiffs filed a Motion for Preliminary Injunction (DE 21), a Motion for Provisional Class Certification (DE 22), and the supporting declaration of Giovanni J. Scarcella (DE 23), and a Motion for Non-Party Declarants to Proceed Under Pseudonym (DE 24).

11. On Tuesday, April 14, 2026, co-counsel for Plaintiffs and I met and conferred with Ms. Leonardo and Layaliza Soloveichik of the EDNY USAO via Zoom regarding case relation and a briefing schedule on Plaintiffs' motions for a preliminary injunction and for class certification. The parties did not reach agreement regarding case relation or a briefing schedule during this discussion.

12. On Wednesday, April 15, 2026, I directed Covington staff to prepare hard copies of the materials below for service on each of the 16 Defendants and the EDNY USAO via United States Postal Service Certified Mail. These copies were mailed on April 15, 2026, thus completing service under Rule 5(b)(2)(C). True and correct copies of the Certified Mail Receipts, reflecting the last-known official addresses for Defendants and each bearing a postmark date of April 15, 2026, are attached to this declaration as **Exhibit 3**.

- Motion for Leave to Proceed Under Pseudonyms and for Protective Order (DE 7 through DE 7-8)
- Plaintiffs' Motion for Preliminary Injunction (DE 21 through DE 21-37)
- Plaintiffs' Motion for Provisional Class Certification (DE 22 through DE 22-5)
- Declaration of Giovanni J. Scarcella in Support of Plaintiffs' Motion for Preliminary Injunction and Motion for Provisional Class Certification (DE 23 through DE 23-29)
- Plaintiffs' Motion for Non-Party Declarants to Proceed Under Pseudonyms (DE 24 and DE 24-1)

13. Based on the U.S. Postal Service's USPS Tracking feature, I understand that multiple copies of the materials served on April 15, 2026 have been delivered as of 2:00 p.m. on April 17, 2026, including to the EDNY USAO.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 17, 2026
Washington, D.C.

By:______________________
Jeffrey Cao