
**THE LEGAL AID SOCIETY**

49 Thomas Street
New York, NY 10013
(212) 577-3300
https://www.legalaidnyc.org

Alan Levine
*President*

Lynn K. Neuner
*Chairperson of the Board*

Twyla Carter
*Attorney-in-Chief*
*Chief Executive Officer*

April 19, 2026

Honorable Sanket J. Bulsara
100 Federal Plaza
Courtroom 930
Central Islip, NY 11722
*Via ECF*

Re:    *Benitez et al. v. U.S. Department of Homeland Security et al.*,
       26-cv-2082-SJB-JMW

Dear Judge Bulsara:

We write to provide Plaintiffs' response to the Court's April 16, 2026, Order and to outline Plaintiffs' proposed schedule for this case in advance of the April 20, 2026, status conference.

Plaintiffs bring claims under the Administrative Procedure Act, the Fourth and Fifth Amendments of the United States Constitution, and the Immigration and Nationality Act and its implementing regulations. Plaintiffs seek to end Defendants' unlawful policies and practices in New York of stopping people without reasonable suspicion of an immigration violation, based solely on their perceived Latino ethnicity, and of making civil immigration arrests without warrants and without first making individualized probable cause determinations that the person has an unlawful immigration status and is likely to escape before a warrant can be obtained.

First, Plaintiffs are open to the possibility of consolidating, pursuant to Federal Rule of Civil Procedure 65(a)(2), the trial on the merits of Plaintiffs' entire complaint with the hearing on their motion for a preliminary injunction to enjoin Defendants' policy and practice of conducting warrantless arrests in New York without making individualized probable cause determinations of escape risk. However, Plaintiffs are unable to take a position on consolidation at this juncture because the suitability of an accelerated trial is contingent on several presently unresolved matters, particularly the timeframe for discovery (the need for which we address below). Plaintiffs propose that the Court set a deadline of May 15, 2026, for the parties to provide their position regarding Rule 65(a)(2) consolidation. In the interim, to ensure the timely progression of this matter, Plaintiffs request that the Court set a briefing schedule for the pending motions, as set forth below.

Second, Plaintiffs will need to conduct discovery, the scope of which will ultimately depend in part on Defendants' response to the complaint, their oppositions to the pending motions for a preliminary injunction and for provisional class certification, and the content of the Administrative Record. Some

**Justice in Every Borough.**

discovery may be necessary in advance of the preliminary injunction hearing. *See, e.g.*, *Vasquez Perdomo v. Noem*, 2:25-cv-05605-MEMF-SP, 2025 WL 3053167 (C.D. Cal. Oct. 17, 2025) (granting limited expedited discovery in advance of a preliminary injunction hearing in a matter presenting issues similar to the instant case). Following the status conference, Plaintiffs' counsel propose to meet and confer with Defendants' counsel regarding a timeframe for the discovery process and present by April 24, 2026, either an agreed-upon schedule or the parties' positions regarding expedited discovery and a deadline for production of the Administrative Record.

Third, Plaintiffs served their motions for a preliminary injunction, for provisional class certification, for leave to proceed under pseudonyms and for protective order, and for non-party declarants to proceed under pseudonyms on Defendants on April 15, 2026. Docket Entry ("DE") 28 (Cao Declaration), para. 12. The U.S. Attorney's Office for the Eastern District of New York received these motions on April 17, 2026. *Id.* para. 13.

Plaintiffs' counsel met and conferred with attorneys from the U.S. Attorney's Office on April 14, 2026, regarding the briefing schedule for the pending motions and other matters. After the meeting, Plaintiffs proposed the following briefing schedule for the preliminary injunction and class certification motions:

- Defendants' oppositions due on or before May 5, 2026;
- Plaintiffs' reply briefs due on or before May 12, 2026.

Defendants have not yet responded to this proposal. Plaintiffs respectfully request that the Court order this briefing schedule for all pending motions and set a preliminary hearing date for the week of June 1, 2026.

Respectfully submitted,

/s/ Evan Henley

Evan Henley
The Legal Aid Society
49 Thomas Street
New York, NY 10013
212-298-5233
ewhenley@legal-aid.org
*Counsel for Plaintiffs*

**Justice in Every Borough.**

## WORD COUNT CERTIFICATION

I hereby certify that the foregoing letter is 577 words, not including the address or signature blocks or this certification.

/s/ Evan Henley

Copy to:
Diane.Beckmann@usdoj.gov;
Richard.Hayes@usdoj.gov;
Elliot.Schachner@usdoj.gov;
Layaliza.Soloveichik@usdoj.gov
*Via email*

**Justice in Every Borough.**