UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RENE ANTONIO BENITEZ, et al.

               Plaintiffs,

         v.

U.S. DEPARTMENT OF HOMELAND
 SECURITY, et al.,

               Defendants.
-----------------------------------------------------------------X

**ORDER**
26-CV-2082-SJB-JMW

**BULSARA, United States District Judge:**

An in-person status conference was held on April 20, 2026 before Judge Sanket J. Bulsara.  Counsel for Plaintiffs (Evan Henley, Amy Belsher, Harold A. Solis, and Giovanni Scarcella) and counsel for Defendants (Diane Leonardo) were present.  As discussed on the record, the Court sets the following schedule:

1.  **Plaintiffs' Motion for Preliminary Injunction Briefing Schedule**
    a.  Defendants shall file their consolidated opposition and limited motion to dismiss, which shall not exceed 12,250 words, by **May 14, 2026**.
    b.  Plaintiffs shall file their reply and opposition, which shall not exceed 12,250 words, by **May 28, 2026**.
    c.  Defendants shall file their sur-reply, which shall not exceed 4,000 words, by **June 5, 2026**.

2.  **Plaintiffs' Class Certification Briefing Schedule**
    a.  Defendants shall file their opposition, which shall not exceed 8,750 words, by **May 22, 2026**.
    b.  Plaintiffs shall file their reply, which shall not exceed 3,500 words, by **June 5, 2026**.

3.  **Oral Argument**
    a.  The Court will hold a status conference on **June 5, 2026 at 10:00 A.M.**, regarding the parameters of oral argument on Plaintiffs' motions.
    b.  The Court will hold oral argument on Plaintiffs' motions on **June 16, 2026 at 10:00 A.M.**

4. **Settlement Conference**
   a. The parties shall inform the Court, via letter filed on the docket, whether they are amenable to a settlement conference before Judge Wicks by **May 13, 2026.**

5. **Discovery Schedule**
   a. The parties shall meet and confer after the June 16, 2026 hearing, and shall submit a proposed discovery schedule to Judge Wicks by **July 8, 2026**. The parties may submit separate schedules if they cannot agree upon a joint proposal.

For other matters related to discovery, coordination of cases, or pending motions, the parties should meet and confer, and address them as discussed on the record at the status conference.

SO ORDERED.

*/s/ Sanket J. Bulsara*
SANKET J. BULSARA
United States District Judge

Date: April 20, 2026
Central Islip, New York