# DECLARATION OF EDY BENJAMIN SALGUERO-CASTRO

I, EDY BENJAMIN SALGUERO-CASTRO, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Edy Benjamin Salguero-Castro. I am 20 years old and am Latino. I entered the United States in 2022, when I was 15 years old. I have lived in Geneva, New York State since 2024.

2. I affirmatively applied for asylum with the help of an immigration attorney in October 2025.

3. I work in construction. In November of 2025, I was working a construction job in North Tonawanda with my cousin, G.E.V.S. We had rented a room at a Days Inn hotel located at 1120 Niagara Falls Blvd, Tonawanda Town, to stay while completing the project. On November 18, 2025, I went to Wal-Mart in North Tonawanda with my cousin and two other co-workers to buy a few household items.

4. My co-workers and I, who are all Latino men, shopped briefly, then exited the store and entered our vehicle. While shopping and leaving the store, we spoke to each other in Spanish. My coworker drove the vehicle, which belonged to our boss, who is a U.S. citizen, and has valid New York State license plates, back to Days Inn. The driver followed all traffic laws. I sat in the back row.

5. We arrived at our hotel and parked the vehicle in the hotel parking lot. Right after we parked, while we were still sitting inside of the car, four vehicles suddenly arrived and surrounded the car, blocking us in. Two of the arriving cars were white and green, and two looked like regular civilian vehicles.

1

6. Immigration officials exited their cars and approached us. There were about six of them, some in Border Patrol uniforms and the others in plain clothing. They yelled at us to open the window of the vehicle. The agents primarily spoke to us in English, though one agent knew a few words in Spanish. I tried to open the car door but the child-lock was on and I could not open it. It was very chaotic. The driver was speaking with our boss and I called my immigration lawyer, Jose Perez to tell him what was happening.

7. Less than a minute after asking us to open the window, while I was still on the phone with Mr. Perez, without giving us time to comply, the officers used a tool to break the car window. The officers then immediately pulled us out of the car and put all four of us in handcuffs. None of us tried to flee or resist.

8. None of the officials at any point ever identified themselves, presented a warrant, explained why they stopped me, or indicated that they knew me or my name prior to stopping me. None of the officials asked me any questions about my community, how long I've been living and working in New York, my family here, or anything else about my life. None of the agents asked about my immigration status. They did not even ask for my name or ID.

9. The immigration officials drove us from the parking lot to a CBP station about 15 minutes away. While at the station, immigration officials asked me to sign a voluntary departure form, and I declined. I explained to them that I had applied for asylum and the officials said that doesn't matter. They said if we were not permanent residents or citizens we were going to be detained.

10. I spent the night in the station, and the next day, I was transferred to ICE's immigration detention center in Batavia, New York.

11. I am still detained at Batavia. I have never been provided with a bond hearing.

2

12. This incident was my first time ever having contact with law enforcement or immigration enforcement and my first time ever being arrested.

13. Detention has been very difficult for me. I'm allowed to spend only seven hours a day outside of my cell.

14. If I am released, I would be very afraid of being suddenly arrested and detained again by ICE.

15. This declaration was read to me in full in Spanish, the language I understand best on March 30, 2026 by Ifeyinwa Chikezie. I completely understand the content of this declaration.

16. Due to my pending application for asylum, I fear I would face retaliation and grave danger if my persecutors in Guatemala were to learn of my immigration claims through this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Batavia, New York

Executed on March 30, 2026

/s/ Edy Benjamin Salguero-Castro
EDY BENJAMIN SALGUERO-CASTRO

3

# ATTESTATION AND CERTIFICATE OF TRANSLATION

I, Ifeyinwa Chikezie, certify that I am competent to interpret between English and Spanish and certify that I have read and interpreted the attached DECLARATION OF EDY BENJAMIN SALGUERO-CASTRO into Spanish for Edy Benjamin Salguero-Castro. The interpretation I provided is true and accurate to the best of my abilities. Mr. Salguero-Castro stated that he understood the document's contents.

Due to Mr. Salguero-Castro's detention, it was not possible to obtain a written signature on the declaration. In addition to confirming the information on the above declaration is true, Mr. Salguero-Castro also gave me verbal consent to sign on his behalf.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: March 30, 2026

_____
Ifeyinwa Chikezie