



## U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

April 28, 2026

**By ECF**
Honorable James M. Wicks
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

          Re:     *Benitez et al. v. U.S. Department of Homeland Security, et al.*,
                     <u>Civil Action No. 26-cv-2082 (E.D.N.Y.) (Bulsara, J.) (Wicks, M.J.)</u>

Dear Magistrate Judge Wicks:

This Office represents Defendants in the above-captioned action. Defendants write to request an extension from April 28, 2026 to May 5, 2026, of their deadline to respond to "Plaintiffs' Motion to Proceed Under Pseudonyms (ECF No. 7) and to Plaintiffs' Motion for Non-Plaintiff Declarants to Proceed Under Pseudonyms (EDF No. 24)."[1] Docket, Scheduling Order dated April 22, 2026. Additionally, Defendants request a concomitant extension from May 1, 2026 to May 8, 2026, or the first available date thereafter convenient for the Court, of the status conference with Your Honor to discuss the motions. *See id.* Plaintiffs consent to these requests.

These requests are being made because this Office needs additional time to prepare a response to Plaintiffs' motions. The process of preparing a response requires, *inter alia*, review by, and coordination with, the multiple federal agencies named as Defendants in this action. Additionally, this Office is engaging in discussions with Plaintiffs' counsel regarding the use of pseudonyms and the terms of the proposed protective orders in an attempt to reach agreement on those issues without the need for judicial intervention.

This is the first request by either party for an extension of the deadlines set in the April 22, 2026 Scheduling Order. There are no other currently scheduled deadlines that would be affected by the granting of this request.

---

[1] Defendants are aware of the Court' two business days rule for adjournment and extension requests and respectfully request that the Court grant this request *nunc pro tunc*.

Defendants thank the Court for its attention to this matter.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: s/ Thomas R. Price
THOMAS R. PRICE
Assistant U.S. Attorney
(631) 715-7893
thomas.price@usdoj.gov

cc: by ECF
All counsel of record