

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

610 Federal Plaza
Central Islip, New York 11722

May 5, 2026

**By ECF**
Honorable James M. Wicks
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:     *Benitez et al. v. U.S. Department of Homeland Security, et al.*,
         Civil Action No. 26-cv-2082 (E.D.N.Y.) (Bulsara, J.) (Wicks, M.J.)

Dear Magistrate Judge Wicks:

This Office represents Defendants in the above-captioned action. Defendants write to request an extension from May 5, 2026, to May 8, 2026, of their deadline to respond to "Plaintiffs' Motion to Proceed Under Pseudonyms (ECF No. 7) and to Plaintiffs' Motion for Non-Plaintiff Declarants to Proceed Under Pseudonyms (EDF No. 24)."[1] Docket, Scheduling Order dated April 22, 2026. Plaintiffs consent to this request.

This request is being made because this Office needs additional time to evaluate Plaintiffs' motions which, *inter alia*, requires review by, and coordination with, the multiple federal agencies named as Defendants in this action, in order to respond to the motions. Additionally, this Office is continuing to engage in discussions with Plaintiffs' counsel regarding the use of pseudonyms and the terms of the proposed protective orders in an attempt to reach agreement on those issues without the need for judicial intervention.

This is the second request by either party for an extension of Defendants' deadline to respond Plaintiffs' motions. The Court previously granted Defendants' request for a one-week extension on April 28, 2026. *See* Docket. There are no other currently scheduled deadlines that would be affected by the granting of this request.

---

[1] Defendants are aware of the Court' two business days rule for adjournment and extension requests and apologize for the late nature of this request.

Defendants thank the Court for its attention to this matter.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:  s/ Thomas R. Price
THOMAS R. PRICE
Assistant U.S. Attorney
(631) 715-7893
thomas.price@usdoj.gov

cc:  by ECF
All counsel of record