

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

May 12, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re:    *Benitez, et al. v. U.S. Department of Homeland Security, et al.*,
> <u>Civil Action No. 26-cv-2082 (E.D.N.Y.) (Bulsara, J.) (Wicks, M.J.)</u>

Dear Judge Bulsara:

This Office represents Defendants, comprising seven Government departments and agencies, in the above-captioned action filed April 8, 2026. Defendants write to respectfully request  extensions of the briefing deadlines set forth in Your Honor's Order dated April 20, 2026 (ECF No. 31) concerning: 1) Plaintiffs' preliminary injunction motion (the "PI Motion"); 2) Defendants' motion to dismiss (the "MTD Motion"); and 3) Plaintiffs' motion for class certification (the "CC Motion").  This is Defendants' first request for an extension of the motion briefing schedule.

Specifically, Defendants request and propose the following schedule:

- June 15, 2026: Defendants' consolidated brief in opposition to the PI Motion and in support of the MTD Motion (currently due May 14, 2026);

- June 22, 2026: Defendants' opposition to the CC Motion (currently due May 22, 2026);

- June 29, 2026: Plaintiffs' reply in support of the PI Motion and in opposition to the MTD Motion (currently due May 28, 2026);

- July 6, 2026: Defendants' MTD Motion sur-reply (currently due June 5, 2026) and Plaintiffs' CC Motion reply (currently due June 5, 2025); and

- Oral Argument: Defendants propose adjourning the June 16, 2026 oral argument to a date after briefing under the proposed schedule that would be convenient for the Court and Plaintiffs.

Defendants otherwise propose going forward with the scheduled June 5, 2026 conference before Your Honor to address the parameters for oral argument on the parties' motions. Defendants are also prepared to confer with Plaintiffs' counsel on a discovery plan ahead of

decisions on the motions, as ordered, and would propose that the parties submit a plan to the Court after argument on the motions.

Defendants request these extensions for two reasons. First, although the Defendants have made a significant effort to identify the anonymized Plaintiffs and persons who have submitted declarations in support of Plaintiffs' motions, Defendants remain uncertain of the identities and are simply not in a position to adequately assess and address the factual and legal merits of Plaintiffs' motions without knowing the identities of these persons.[1] Second, apart from Government Officials named in their official capacities, Plaintiffs have brought suit against seven Government departments and agencies. Of necessity, this Office must coordinate with all in order to respond to Plaintiffs' motions and as to all other aspects of this action. Implicitly, this coordination entails fact gathering and review of all submissions to the Court; a process already greatly complicated and impaired by the fact that the identities of key witnesses that support Plaintiffs' motions (indeed some Plaintiffs) have not been provided to the Government.[2]

Plaintiffs oppose this request.

Defendants thank the Court for its consideration of their request and proposed modified briefing schedule.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    s/ Thomas R. Price
THOMAS R. PRICE
DIANE C. LEONARDO
Assistant U.S. Attorneys
(631) 715-7893/7854
thomas.price@usdoj.gov
diane.beckmann@usdog.gov

cc:    By ECF
All counsel of record

---

[1] Plaintiffs have taken the position that they cannot share or otherwise confirm the identities of these persons until a protective order is in place. Yesterday, May 11, 2026, the parties appeared before the Honorable James M. Wicks with respect to the terms of such an order. The Court reserved decision.

[2] During the conference on April 20, 2026, the Court noted that Plaintiffs could not prevent Defendants from "knowing who [Plaintiffs] are." Transcript of Proceedings, at p. 23.