**THE LEGAL AID SOCIETY**

199 Water Street
New York, NY 10038
(212) 577-3300
https://www.legalaidnyc.org

Alan Levine
*President*

Lynn K. Neuner
*Chairperson of the Board*

Twyla Carter
*Attorney-in-Chief*
*Chief Executive Officer*

May 13, 2026

Honorable James M. Wicks
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

*Via ECF*

Re:    *Benitez et al. v. U.S. Department of Homeland Security et al.*,
       26-cv-2082-SJB-JMW

Dear Magistrate Judge Wicks:

Pursuant to Judge Bulsara's April 20, 2026, scheduling order, *see* Docket Entry 31 at 2, Plaintiffs write to inform the Court that they would be amenable to participating in a settlement conference before Your Honor. Defendants consent to the request for a settlement conference. The Parties have identified May 29, June 1, June 3, or June 4, 2026, as mutually agreeable dates.

Respectfully submitted,

/s/ Brian Perbix

Brian Perbix
The Legal Aid Society
49 Thomas Street, Fl. 10
New York, NY 10013-3821
(212) 298-3229
bperbix@legal-aid.org
*Counsel for Plaintiffs*

cc:    *Via ECF*
       All counsel of record

**Justice in Every Borough.**