**COVINGTON**

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Jeffrey Cao

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5803
jcao@cov.com

**Via ECF**                                                          May 18, 2026

Hon. James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> **Re:**  ***Benitez, et al. v. U.S. Department of Homeland Security, et al.*,**
> **2:26-cv-02082-SJB-JMW**

Dear Judge Wicks:

      We write in response to the Court's Order dated May 14, 2026, directing the parties to meet and confer regarding their availability for a settlement conference on June 18, June 24, or June 25, 2026. The parties conferred and request that the contemplated settlement conference be scheduled for June 18, 2026. The parties are scheduled to appear before Judge Bulsara for a status conference at 11:00 A.M. and are available for the settlement conference in the afternoon following the status conference.

      We thank the Court for its attention to this matter.

Respectfully submitted,

*s/ Jeffrey Cao*

Jeffrey Cao

CC:    Counsel of Record