

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

May 29, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: *Benitez et al. v. U.S. Department of Homeland Security, et al.*,
      <u>Civil Action No. 26-cv-2082 (E.D.N.Y.) (Bulsara, J.) (Wicks, M.J.)</u>

Dear Judge Bulsara:

   This Office represents Defendants in the above-captioned action. We write to apologize for the delayed filing of Defendants' motion to dismiss for lack of jurisdiction and opposition to Plaintiffs' motion for preliminary injunction, Docket Entries ("DE") 50-54, which was not completed until 00:41 a.m. this morning, and to request that the Court grant Defendants an extension, *nunc pro tunc*, for the delayed filing. This Office experienced several technological issues while attempting to timely file Defendants' motion last night, including but not limited to issues related to new software that was automatically installed at 10:00 p.m. last night, and other issues with document creation software.

   Additionally, Defendants respectfully submit a corrected declaration of Judith Almodovar, which is submitted to replace the document filed as DE 53. The only difference between the two documents is that the attached filing corrects formatting issues which resulted in the version at DE 53 being misaligned and cutting off some of the text of the declaration. *See* DE 53.

   Defendants thank the Court for its consideration of this request for *nunc pro tunc* relief, and its consideration of the attached corrected declaration.

         Respectfully submitted,

         JOSEPH NOCELLA, JR.
         United States Attorney

     By: <u>s/ Thomas R. Price</u>
       THOMAS R. PRICE
       Assistant U.S. Attorney
       (631) 715-7893
       thomas.price@usdoj.gov

cc:     <u>By ECF</u>
        All counsel of record