# EXHIBIT 4

Case 2:26-cv-02082-SJB-JMW    Document 59-5    Filed 06/11/26    Page 2 of 18 PageID #: 1532



**Washington Examiner**

IMMIGRATION

# Transcript: Washington Examiner's full interview with White House border czar Tom Homan

By **Anna Giaritelli**

Published May 20, 2026 3:46pm ET | Updated May 20, 2026 3:46pm ET

Add Washington Examiner on Google

**EXCLUSIVE —** White House border czar Tom Homan is the leading deportations official in the Trump administration and sat down with the *Washington Examiner* on the White House campus this week to discuss a slew of related issues, including which illegal immigrants are being targeted for arrest, going after sanctuary cities, Democrats' role in the partial government shutdown, and crime in Washington, D.C.

*Washington Examiner* homeland security reporter Anna Giaritelli spoke with Homan on Monday, May 18, about his work thus far and where President Donald Trump intends to take his immigration enforcement plans from here. Below is a transcript of the conversation, which can be found on the *Washington Examiner's* YouTube page.

**RECOMMENDED STORIES ▶**





Case 2:26-cv-02082-SJB-JMW    Document 59-5    Filed 06/11/26    Page 3 of 18 PageID #: 1533

**US denies entry to World Cup referee from Somalia over 'vetting concerns'**

**Mikie Sherrill decries 'unacceptable' visit to Delaney Hall after weeks of being barred from entering**

**DOJ moves to strip fraudsters, sex offenders, and drug dealers of US citizenship in 'unprecedented' denaturalization surge**

**GIARITELLI:** It's interesting that you're the border czar, because it looks like your responsibilities are limited to the border, and that is in really good shape. But you've got an incredible amount of stuff under your portfolio right now.

**HOMAN:** Yeah, if you look at the president's original announcement when he brought me back, he had me overseeing the border, immigration enforcement, interior immigration enforcement, national security. I mean, he gave me a pretty large footprint when he announced me. So my first conversations with the president, first of all, I'm honored that I was the first one he brought back, which made me feel really well. But he said, 'Secure the border, oversee a mass deportation operation, and find these kids.' You know there was right around 300,000 children that were smuggled in the country. The Biden administration released them to unvetted, not properly vetted sponsors, they lost track like 300,000. Over 500,000 were smuggled, but they lost track of 300 so he gave me that, too. So right off the bat, I was at three, three tasks right from the beginning, then just the tasks just kept adding.

**GIARITELLI:** Number-wise, where do arrests, illegal immigrant arrests, and deportations stand since Trump took office?

**HOMAN:** Arrests are around 600,000, 641,000, something like that. Deportations over 800,000 if you know, you're counting the Border Patrol, too. We're trying to do the same thing we did during Obama administration, putting the numbers together, but it's a record number of arrest deportations. We did more in first year in Trump than any here in history, and a lot of people want to compare President Trump to the Eisenhower administration. Look, if you count the self-removals, either through the CBP Home app or those that left, I mean, we're in millions, you know, over 3 million removals, and some people, you know, argue with me, 'You can't count self removals.' Oh, really? Because that was a part of the plan from the very beginning. We knew if we surged unlimited ICE resources in the interior, and we do these operations that that will force those that are here illegally to leave on their own, because we sent the messaging out that you can leave, we'll help you go home, you can leave on your own, but we have to spend the resources to find you, formally deport you, then there's a statutory bar, you know, anywhere from five to never coming back to United States under the program. So, I was a part of the plan from the very beginning that sent a message to the whole world that there's no free ride here anymore. And we knew the self-deportations, self-removals would climb at an extraordinary number, and it has, so

I think if you look at the number, if we take self removals out, if we still have a record, historic record of the rest of removals, but if you add the self-removals to it, it's just three times as much as ever happened before.

**GIARITELLI:** What's been the biggest logistical obstacle to this entire process?

**HOMAN:** There's just no single obstacle. There's many obstacles. Sanctuary cities. Sanctuary cities makes it more difficult for us to our job, right? Rather than one agent arresting one bad guy in a jail, now, and they release them now, rather than calling us, now we gotta send a whole team to look for somebody that don't want to be found, look for somebody that's hiding. Not only that, now we got to arrest him on his turf, who has access to who knows what weapons. So the work that could have been one agent, now we got to send six or seven agents. And in areas it gets really bad, like what's happening in Minneapolis. Now we've got to send a security team to back up the arrest team, so you know you got a dozen guys doing the job that could have took one person. So, sanctuary cities, you know, they make us less efficient, but they're not gonna stop us. We're going to keep doing the job. Another thing, another obstacle's the courts, you got radical judges, district court judges, judges are either issuing stays or temporary restraining orders, and they're issuing nationwide, which I think Supreme Court already addressed that, but they're ignoring that, so radical judges, sanctuary cities, I mean, that's the two biggest obstacles.

**GIARITELLI:** What about logistically, is getting planes, because ICE only, I think, leased about 13, and now they're trying to increase?

**HOMAN:** Yeah, well, the Big Beautiful Bill gave us, you know, unprecedented amount of transportation money, so we're getting the flights we want now. There's gonna be a bigger demand now, as we're bring in 10,000 more agents out, there will be a bigger demand, but we're ahead of that already. So transportation, heavily funded. Detention, I mean, we're at about right around 68 to 70,000 beds now. We need to get to 100,000 because the plan from beginning, get 100,000, you know, get 100,000 beds, average length in detention's 30 to 40 days, that equals over a million removals. So there's a lot of work being done right now in the detention planning. I've been working real close with Markwayne Mullin and the White House on the detention plan. What's your overall plan look like?

**GIARITELLI:** And I spoke with some sources at CBP and the DHS about what that looks like, and using the state facilities, the state run ones like Alligator Alcatraz, some of them, but phasing out others, and using some warehouses, but not using others. This sounds like Secretary Mullin has been reevaluating what his predecessor had gone into to more of a stable, sensible approach.

**HOMAN:** Well, we're looking at a mix of different, you know, some state facilities, some that we own, some that we contract, but it's a different situation every area of the country, right? So, we got just recently got New York, signed legislation that not only ended the 287(g) programs, but now we can't even buy a bed from the local sheriff, so we arrest somebody that's in a county in New York, we have no bed, so which means we got to fly that person out, so we're trying to locate facilities where it's more efficient to hold people in the local area, so you know there's going to be a combination, you know, a lot of pushback from warehouses, warehouses are not off the table, it's being discussed, some place don't make sense, some place it may not, depending on, you know, what's available for us with the wraparound water, electricity, can the local community sustain it? So we're working through those issues now. So the plan isn't final yet, but we're really close.

**GIARITELLI:** Okay, I want to bring up New York, since you mentioned it. You had appeared on Fox last February with the mayor, Eric Adams, and said you had agreed at a, came to an agreement on cooperating. I wanted to see is New York City cooperating with ICE detainer requests.

**HOMAN:** No, me and Mayor Adams had an agreement, he was going to get me back into Rikers Island, which we've been kicked out of a long time. He wrote an executive order to get me back in. Of course, the city council immediately shut it down, and that never happened. Of course, new mayor is not helping us at all, and like I said, I met with Governor Hochul about two months ago, went to Albany to meet with her and we talked about a lot of things, and we talked about a lot of discussion about what happened in Minneapolis, and I told her the way we came out of a good spot in Minneapolis was that we got cooperation from every county jail in the state, in some form or fashion, state prison system, we got the local police to respond to our calls when agents were overwhelmed and being attacked. We got the local sheriff to respond to the federal building when those protests were becoming violent. So we came out with unprecedented cooperation. That helps. I explained to her again, it's safer for the community, safer for the officer, and safer for the alien if we can arrest him in the safety and security of a jail. When you release them to the street, if you got to send an old team out and I explained in Minneapolis, what could have been done by one agent, now we got 12, 13, people out there, because the security posture, and she clearly understood it, but later she decided that she's going to end all 287(g) agreements, and passed legislation that we can't even rent a bed. And I don't know how that helps the community because as soon as we arrest an illegal alien in the state of New York, we're going to put them on a plane and move them out of state, away from their families, away from what they have there, because we have to. I also said, and she calls it, she said, it was a threat. It's not a threat. When I lose those 287(g) programs, I lose those jails, that means I've got to send more officers into the street to look for more people you released. And so there'll be more agents there, that isn't a threat, that's a law enforcement response to a decision they made to make our job more dangerous and less efficient.

**GIARITELLI:** When will you start that? Have you already started that? Is New York expecting some sort of crackdown or?

**HOMAN:** I'm working on a plan, I'm not going to tell you when it's going to happen, but I don't want to give too much notice, because safety of our officers. Yeah, I'm currently working on something.

**GIARITELLI:** I want to hit on when I hit on Bavino and the 100 million, but first I want to ask about 2024 you'd shared this is you're going to run the biggest deportation force this country has ever seen. A couple weeks ago at the border security expo, you said mass deportations are coming. I think there, and the public, there's confusion about has it already come and it's over, is it still coming?

**HOMAN:** No, no, no, no. We just started. We just had, the first year's a historic year, and we're going to continue. President Trump committed in the four years he's in office, we're going to enforce immigration law at unprecedented levels, and it's happening. Now a lot of people point that the numbers are down by 12% right now. Well, the government's shut down, you know, ICE agents, Border Patrol agents, and what's really hurting us is the contractor people, the people, the smart people that run all these different database checks. I can't get into the weeds on it because law enforcement sensitive who provide our targeting. Here's where you, here's where you may want to find somebody that won't want to be found based on all kinds of database runs, so that slowed down tremendously, because they weren't getting paid, so you know it's numbers are down slightly, but and I know there's a lot of noise out there about you shouldn't be just concentrating on criminals, you ought to be arresting everybody, but we are, I don't know why people don't understand, just because you prioritize public safety threats doesn't mean you arrest somebody else's. If you've got a public safety threat here to anon, you know, a non public safety. He has to go first. That's just common sense, he's the biggest danger to community. I looked at the numbers just this morning. I look at numbers every morning. We're about 62% criminal, 38% noncriminal. So let's say 60-40, 60 criminal, 40 noncriminal. I think that's a pretty good mix. Would 40% criminal and 60% noncriminal be better? No. So the numbers prove, the numbers prove within itself that we're arresting noncriminals, and I say the first year number is a record, and we're continuing to do on that record, but President Trump has committed: mass deportations and no amnesty.

**GIARITELLI:** The difference under Biden or Obama, where they were doing priority enforcements, they weren't picking up collateral arrests, they were just saying we're here for the criminal, everyone else in the house is not a criminal, we don't care whereas now you're saying if we come in looking for this known criminal and find 10 other people who are in the country illegally?

**HOMAN:** They're all going. You're in the country illegally, you got a problem, and that's why you know these people say, well, the collateral arrests are too high, I mean, the left, the

Case 2:26-cv-02082-SJB-JMW    Document 59-5    Filed 06/11/26    Page 7 of 18 PageID #: 1537

Democrats, a lot of collateral arrests, but I got no problem. If they want me to put me in a position to arrest more collaterals. Okay, fine. The problem I had with, the only problem I had with it, it's just more dangerous for officers, and you know, I've buried Border Patrol agents and buried ICE agents. I don't want to bury anyone else, so if I can get an operation that's safe for their officers, that's where I'm at.

**GIARITELLI:** I heard you were at the funeral in Buffalo last week, and it reminds you that this is life and death every day.

**HOMAN:** Yes, here's a young man, you know, serving in uniform, and went up with Ron Vitiello of CBP, and here's another folded flag being handed to the widow with two small little girls of age five and seven, and you know it's sad, it's emotional. At the same time, I was angry because then I see the news where they're showing the video of Chuck Schumer standing on the House floor, saying no one likes ICE and Border Patrol, they got no respect, and mine's just buried one. It's disgusting how far the Democratic Party has gone to protect illegal aliens and attack the men and women that wear the gun and badge. It's just, it's just ridiculous.

**GIARITELLI:** Let's talk about what happened this weekend at the Nationals game. There was a man who pulled out a sign, and it said something about deporting 100 plus million people, and that's a number that Greg Bovino has been touting in media interviews, so I just want to ask, are there 100 million people in this country illegally?

**HOMAN:** I don't believe so. No, I mean, I've known this since 1984. You're a journalist, look up every think tank, conservative think tank on their studies, and there's numerous ones out there, they run around, you know, the highs run 20, 25 million. I saw one at 31 million. I've never seen 100,000, 100 million in my career so I doubt that number's correct, but I don't know what he's based on, that number on. I don't know where Greg got that number from.

**GIARITELLI:** Do you think it's the White House's responsibility to set the record straight? I know it's kind of hard because you don't want to respond to someone like Bovino, who's out there doing press.

**HOMAN:** Well, look, what I'm trying to do is not divide the administration. I'm not – We're falling into Democrats' hands right now. … Look, we're putting out numbers, we're putting out stats, and ICE, what people need to understand is I work for the President. My job is to perform within a framework provided to me by the president of the United States. He decides what we do and how we do it, and based on the numbers himself, people want to argue whether deportation needed more. I agree. I want more deportations. Let's face it. I mean, I don't know anybody in this country hated more than me. I've been sued 1,000 times, whether separating families or violating these constitutional rights, whatever. Right, you look at, you know, actually, my chief of staff looked at the numbers just two weeks ago. I've

Case 2:26-cv-02082-SJB-JMW Document 59-5 Filed 06/11/26 Page 8 of 18 PageID #: 1538

overseen more deportations than any man in the history of this country.

**GIARITELLI:** You were awarded in 2015 by President Obama.

**HOMAN:** To include the Eisenhower administration. We were. I've overseen removals of millions upon millions. I've been sued 1,000 times. I've been called racist and Nazis. I got death threats against me and my family. I got 24/7 security detail because of death threats. Tom Homan, anybody thinks I'm light on immigration enforcement, they're out of touch with reality. I take a lot of hate for this job, and I take the hate because I believe in what we're doing, but there's a right way and wrong way to do things, and so I'm not going to get into a war with anybody. Mr. Bovino, a first responder, you know, Greg served his country, I think, like three decades. I wish him well in retirement, you know, he wore that badge and gun put himself in danger, and I want him to, you know, enjoy his retirement, it's well-deserved, well-earned, but I'm not going to get in back and forth with people that you know disagree with the president on what we're doing. I work for president.

**GIARITELLI:** There does seem to be from my, my position, I think the public is confused about if deportations are where they stand, is it? Because after Minneapolis, things are quiet, and so it makes me wonder, does the White House or DHS, could you be doing more messaging?

**HOMAN:** Absolutely. I just had a meeting this morning about that. If you remember, and when I first came in, I said, I said there's several interviews, I've seen recently people are pulling again, and I said we need to be transparent, because my concern was if we're not transparent, show the American people what we're doing, who we're arresting, then we'll lose faith of the American people on immigration enforcement and historic level. We got to be transparent. I just had a meeting this morning, Secretary Mullin, is committed to putting stats on a more regular basis, which wasn't being done prior to. I know the stats, because I read them every morning. Every morning on the way to work, I sit in the back seat and read 22 pages of data every day. There's no reason we shouldn't be sharing that with American people, and I think Markwayne Mullin's working on that, along with the White House.

**GIARITELLI:** That's great. Some Republicans have also been soft on enforcement when it comes to business interests and arresting workers, and I want to see how are you dealing with pressure from the Mass Deportation Coalition, Heritage, more conservatives, even NICE, the organization, want to see things really ratchet up, and there's just some pull between conservatives on what that needs to look like. Do you go after everyone or?

**HOMAN:** Well, we are after everyone, but again, you got to prioritize those who are biggest threats to our national security, public safety, and again the numbers show that. Am I happy with the numbers right now? No, I want more, too. Even though numbers are historic, I want more, especially now we're hiring

Case 2:26-cv-02082-SJB-JMW    Document 59-5    Filed 06/11/26    Page 9 of 18 PageID #: 1539

10,000 new agents. We do more, but look, I worked for Heritage Foundation for a while, and they got some bright minds over there, and actually I reviewed their paper, they got some great ideas in it, but you know, about 70% of those ideas were already implemented, and I think there's more work to be done, but I appreciate it, I'm not one who sits back, 'How dare you question me,' I mean, I'm not the smartest guy on the planet. Some of the best ideas I got from somebody else, so I want to read their thoughts. And I did read their playbook, over 100 pages. Again, a lot of it we're already doing, some of it is tough, and some of it, you know, maybe we can go there. So, you know, again, this is discussions that I'm having with the president about the way forward, and I appreciate the input. We may not agree 100% of it, but there's smart minds out there. I want to hear from them.

**GIARITELLI:** Do you intend to crack down on sanctuary cities? There's been a lot of stuff floated.

**HOMAN:** I want to, I want to and the Department of Justice. I just met with Todd Blanche last week. There are lawsuits pending against sanctuary cities, more coming. We just got to hope Department of Justice and the courts agree with us. What they're doing is illegal, and hold them accountable. So, I've been fighting sanctuary cities for the last 20 years. I think we got an attorney, acting Attorney General, now that's going to take it seriously. And again, I just met them last weekend, I said, 'Where are we at?' And he sat down with me and told me different laws, we found different places, and more to come. So I'm hoping this administration, for once and for all, can find a court that will actually enforce the law, federal statute, that what they're doing is illegal.



*Demonstrators hold signs during a rally against federal immigration enforcement at Federal Courthouse Plaza on Tuesday, Jan. 27, 2026, in Minneapolis. (AP Photo/Adam Gray)*

**GIARITELLI:** What struck me was when you went to Minneapolis, you took a very diplomatic approach. You're known as being hotheaded, saying what you think, and when you went to Minneapolis, you took, you were meeting with people, I mean, group after group, activists, you know, religious groups, the city, the state, and you managed to broker these deals to get ICE in jails and prisons, and that was very diplomatic. So, I wonder if diplomacy isn't something that you would also consider to talk to. It sounds like you have been.

**HOMAN:** You can't fix the problem if you don't understand what the opposition is thinking, and first of all, when Minnesota came out, I get a call early in the morning from President Trump, and he says, 'I need you in Minnesota, I need you to fix this.' I says, 'When,' he says, 'Today.' So I was on a plane several hours later. I didn't ask for Minnesota. I was sent there to deescalate and fix the problem. So, knowing the hate was going on, the attacks on ICE officers, all the videos coming out, I said, 'Well, OK, I need to meet with Mayor Frey and find out what makes him tick.' Why aren't you letting the police respond to our calls to 911? Why won't you give us this person the safety and security of a jail? I'm talking about county jails now, rather than release them to the street. Now, instead of sending one guy to your jail, I got to send 13 guys to your neighborhood, which raises the temperature in the neighborhood. If you got five or six little teams out there, the temperature rises, and I have no problem with people protesting, but that small percentage that cross a line become agitators and assault our officers. I mean, so I went up there as the president directed me to de-escalate and find a solution. So I went there, talked to Mayor Frey, I talked to the Governor, I talked to the Attorney General, and there was people who wanted to know why would you meet with those people? Why would I not?

**GIARITELLI:** Because it seemed to work.

**HOMAN:** You got to know what. Will I agree with Mayor Frey on anything politically, absolutely not. But can I get something? And what we got was, you know, there was protesters were putting roadblocks up in the middle of the city, trying to stop us from doing that. I went to the Mayor says, 'Is this not illegal? Is it against city, city statute? Is it illegal?' And police chief was there and says 'Yeah.' 'Why don't you enforce it? Because this is going to cause an escalation when ICE officers are certainly not going to be stopped by some rogue group of people can put roadblocks up. I said there is an escalation point, which is going to end, possibly in violence. You can prevent that by stopping the illegal activity of these people.' Same thing with the governor. We talked about sanctuaries. I said, you know, we're out there targeting a lot of bad people, public safety threats. If we were to get them in the safety and security of one of your prisons or your jail, that's less officers out there looking for this person, which again, safer for the community, safer for the agents, even safer for the alien kids. Anything can happen in a street arrest. And I met with the AG, meaning the AG again, not going to agree on a lot, but we got him to tell us legally there's nothing to prevent a sheriff, even though they can only honor detainers for convicted felons, legally, but when I asked him, I said, 'Okay, is there anything illegal? Don't honor detainer, call us before you release them. Make a phone call, you don't have to hold them one minute past you would normally hold, just call us. Is anything illegal about that?' 'No.' A lot of sheriffs found that out, and they, 'OK, well, we were afraid but,' you know, now we got the sheriff's got a little leeway with us. So we came out with some great agreements, and you know, the over 4,000 people arrested during the operation. We still got a lot of people out there investigating the fraud, and we'll continue doing that, but you know that was a win, and I know a lot of people say, 'Oh,

we surrendered.' We didn't surrender. We came out of an operation safer for the community, safer for the agents, and we came out with de-escalation, as I was instructed to do with agreements, as I was instructed to do. President Trump's a smart man, he gets it, and if I was asked to do it again, I'll do it again.

**GIARITELLI:** It was, it was having been in Minneapolis myself, I was stunned by how quickly I was really impressed. How quickly things came down, because it was uncomfortable being there. I want to ask you about the federal courts and judges, which you've mentioned blocking immigration enforcement and deportation flights. Do you feel the judiciary is being used as a political tool to nullify the executive branch's constitutional authority?

**HOMAN:** You said it better than I could. Yes, yes, it's frustrating. I mean, we got to constantly appeal up to the court chain, and what makes me really frustrated is Supreme Court ruled on district court judges doing nationwide injunctions, and they're still doing so. We gotta go back again and again and again. It's, I've never seen so many activist judges, and again, which adds to the 12% decline in arrest, right? It's not just the government being shut down, and the government shut down a lot because of Minneapolis. Right, lawmakers got angry. I was up on Capitol Hill, my chief of staff, to a dozen different meetings with Democrats and Republicans, and everything they threw out was about Minneapolis, about, you know, masks, about identifiers, about body cameras, about warrantless arrests, about roving patrols.

I mean, so, you know, having the government shut down, having all these TROs and stays issued by these radical judges, that's a part of the reason the rest of that we weren't dealing with in beginning the administration, but look, they're well planned, ACLU is huge, they got a hell of a lot more attorneys than the government does, so we're fighting the best we can, again, we got an acting attorney general, I think is doing a great job, we're trying to add more resources to the immigration courts and the DOJ to fight all these ridiculous lawsuits and stays and temporary restraining orders. It's hard to believe that we're getting so much pushback in just enforcing federal law. We're, no, ICE isn't making this up. We're enforcing laws enacted by Congress. That's what I told during the during the negotiation on the Hill, I said I am not going to sit here and give up any policy, any statutory authority that ICE and Border Patrol has. We're enforcing laws you wrote. I said, if you don't like what ICE's doing, change the law. I'm not going to agree to give up any of our authorities for you to give us money through the appropriations process, which has never been happened before. Do your job and change the law, so they walked away with nothing, and we'll get the reconciliation bill passed, and they got nothing, and so you know, soon as we get through these courts, and we'll win them, it's just the process has to go all the way up now, and we're winning a vast majority of them, so soon as these, these, the process continues, it's a slow, ridiculous process. You go to court, and you go to the appellate court, and you go to circuit court, and you go to, I mean, it's, it

Case 2:26-cv-02082-SJB-JMW    Document 59-5    Filed 06/11/26    Page 12 of 18 PageID #: 1542

takes a while, but we're on the right track, but right now, the courts, the activists judges, thousands of lawsuits, the, these left, leftist activist attorneys are being funded at an extraordinary rate. There's no lack of funding for protesters. There's no lack of funding for these activist attorneys that take us to court every  singleday, but we're going to fight it. I said numbers are slightly down, but there's a plan, get them back up and even higher. We have, like I said, we got 1,000 more agents coming on. I'm busy with White House planning team now to look at other things to go not work around these injunctions, but wait, we get the job done while the injunctions are playing the way through court. We'll get it done.

**GIARITELLI:** So the media focuses heavily on sympathetic individual cases, and most of these individuals that they're focused on have had hearings, they have been ordered removed, oftentimes in absentia, and simply don't leave, and so at what point does ignoring a court order become the real due process issue?

**HOMAN:** Well, when we find them, we're going to deport them, they can ignore the order we all that want. I was asked this question last week.

**GIARITELLI:** Sort of like a double standard.

**HOMAN:** I was asked this question last week with this person has been here 20 years, has two USC kids, why deport her? I said she has an order of deportation. She had due process from our system laws. Do I not follow the judge's order? Is the message we want to send to the whole world that you can enter the country illegally, it's a crime, but don't worry about it. We'll give you due process at great taxpayer expense, but when you already … don't worry about it. You're never going to fix it. We have to be a nation of laws, and there has to be consequences. So, when I asked the reporter, I said, so I should not follow the judge's order. Do you think the FBI should follow a judge's order, DEA, ATF, should they follow a judge's order? I know a judges' order against you and I and we ignore it, we're going to go to jail, so no, they had due process. Look, immigration enforcement has always been controversial, it's always been emotional. I get it, I get it, but let's remember people say, well, they're just an illegal alien. OK. But they cheated the system, they came to the country illegally, which was as a crime, put themselves in front of the line ahead of millions of people that are taking their tests, paying their fees, doing a background investigations. How about those people, right?

**GIARITELLI:** And what about when you do, let's say, you come over the border legally, you seek asylum, which is legal to do that, but you were ordered to, you're ordered removed. By seeking asylum, you're accepting, theoretically that, hey, I might not be allowed to stay here, and I need to be okay with the consequence, and it's like we're seeing people are not willing to accept that when they are ordered removed.

**HOMAN:** Exactly. And let's remember 90% of people claim asylum at the border end up with order removal, and I did the

Case 2:26-cv-02082-SJB-JMW    Document 59-5    Filed 06/11/26    Page 13 of 18 PageID #: 1543

Bill Maher show a while ago, and we talked about stuff like this, I say, so how about under Biden administration had millions of people come to the border, many of them claim asylum. I said, so they clog up the asylum system on fraudulent asylum claims, because they're taught by the cartels what to say. They'll get released. How about the thousands upon thousands of people in the world that really are escaping fear and persecution and need our assistance here in this country, they're sitting in the back of the bus, you know. You know, I understand the emotional part of this. I understand, and immigration enforcement can be, you know, unpopular and sad in many instances. Well, law enforcement itself, I've done a lot of, I've seen a lot of sad things in my career. It doesn't mean you don't enforce law, and look what we've done. Illegal immigration is down 96% right now. Here's what people don't want to talk about. Under Biden administration, over 10 million people came to border, that we know of released in the country.

**GIARITELLI:** And I'll fact check you and say that's accurate. 5.3 million were released.

**HOMAN:** Think about that. And you're down a lot of times, you know, and I know that 70% of the Border Patrol many times were off the line because they're changing diapers, making baby formula, making hospitals, doing this, dealing with humanitarian crisis, as you know, and whether it was Eagle Pass or El Paso or Rio Grande Valley, there were weeks, there wasn't a single agent on the line, hundreds of miles of border, not a Border Patrol agent on the line patrolling, because it was, because they had to deal with the overcrowding.

**GIARITELLI:** I would drive down in certain parts near Del Rio, and people were just running across.

**HOMAN:** Exactly, think about that. Now you, you've seen the studies, how many women make that journey through cartels get sexual assaulted? 31%.

**GIARITELLI:** I've seen the trees. Yea.

**HOMAN:** So when President Trump has 96, I think it's 96.7% less people coming, how many women aren't being raped? How many children aren't dying?

**GIARITELLI:** How do you continue that into 2029. Let's say, if a progressive Democrat is elected.

**HOMAN:** That's the problem. The problem is, and that's why Congress needs to get off their butts and do something. They need to enshrine this stuff into law, because what's stopping the next Joe Biden from coming to office or undoing everything we did. That's why it's important. I'm pushing real hard on building the detention framework. The infrastructure is going to last us for decades. They can't take away from us. That's why we need to finish that border wall and all the technology that goes through that wall. So it's there. We got to, we got to use the big beautiful bill money right now to build the infrastructure we're going to need for decades, because you know, God help

us. You know, I think the whole reason Democrats are mad is because we're ruining their long-term plans. They knew if they released millions of people into United States and they could flood sanctuary cities they'll be counted in the next census, because you also overturned Trump census rule, right? So millions of people counted in these sanctuary cities, which means what, more seats in House for the Dems. First of all, they also think their future Democratic voters, now we're arresting and removing in record numbers, they're angry because plans falling apart. So that's why we got to keep the mass deportation machine moving. We got to get rid of many of these people as we can, because they're not supposed to be in them one day in the country illegally. We got over 1.4 million illegal aliens with final orders. We got to find them, remove them. Over 700,000 are executable final orders, which means they have no appeals. We got over close to 700,000 illegal aliens with criminal convictions walking the streets. We got to find them, so that's why we're working so hard at, we know, and I think the Democrats, they've been fighting harder for illegal aliens by shutting down the government than they care about the men and women carrying the badge and gun that are enforcing the laws they wrote. So, we got as much as we can done. Personally, I think we'll have, when President Trump's administration done, I think the Republicans will still be in power. I think the American people see what we're doing, making this country safe again, crime rates on all-time low, because things President Trump's doing. We have the most secure border in the history of the United States ever. I think I think you put all the, all the crap aside that the fake media wants to put out, you actually look at what's been achieved. I think we're going to be around a while.

**GIARITELLI:** The other thing is, even though in 1970 the border apprehensions were slightly lower, you didn't have any of the barrier, the technology, the agents in numbers.

**HOMAN:** We couldn't count them.

**GIARITELLI:** Yeah, you exactly. Good point.

**HOMAN:** We have better systems, we have better technology on border, we actually count. So when I was a Border Patrol agent back in 1984 you know, 85 whether I'm Border Patrol agent in Campbell, California, huge areas, I mean, one agent's got to cover 20 miles of water, you have no idea what you missed. Now we have better technology, whether it's aerostats or drones, or that's where you can see across most of the border now, and places where there's a blind spot, we're putting technology there, so I think by the time President Trump's administration done, we'll have about every foot of wall we plan to put in the ground, put in the dirt, we have a technology built because it's a smart wall, it's just not about wall, it's about technology and that wall, and it'll be all be done, because Rodney Scott, the commissioner of CBP, who's actually a personal friend of mine. Also, is doing an amazing job in getting that wall up and that technology done.

Case 2:26-cv-02082-SJB-JMW    Document 59-5    Filed 06/11/26    Page 15 of 18 PageID # : 1545



*Washington Metropolitan Police Department officers block the streets around the White House during an investigation of a suspicious vehicle, Wednesday, March 11, 2026, in Washington. (AP Photo/Alex Brandon)*

**GIARITELLI:** I wanted to talk about crime generally in places like DC, Chicago, New York. You know, I'm a violent crime survivor myself in DC. I was sexually assaulted on the street near the Capitol randomly in daylight, and he was arrested and released the following day. And then he went on to be arrested five more times and was released all five times before he went to prison. He's out of prison, but the stat was never counted in DC police stats, and I think because it's the way the DC police explained it to me, is they're not counting stats that are not first degree and some second degree, and so if the president wants to address crime, and he's done a lot over the past year, is there anything you can do? I've started a Change.org petition to push, to demand for specific stats from not just DC, but Democrat cities where they're doing the same thing. Is there anything more you can do in DC, in particular, because of the authority to force DC to do more? We just saw the video over the weekend. I don't know if you saw in Navy Yard, crime just continues, and the mayor seems indifferent.

**HOMAN:** Well, I think between DOJ and I've had discussions with Judge Pirro, I think we're going to see DC fixed when it comes to that. I think the … gonna take an interest in it. You got to have true crimes with crime statistics. I think the president's pushing for that. I think your case has been giving some notoriety to the White House and to DC. So, I think we're going to be a lot better place because you're standing up and bringing this to people's attention, and I think it's just the start of fixing the broken system.

**GIARITELLI:** If you're interested in signing our petition, we certainly, I certainly would welcome it. But I understand. That is all I have. Is there anything else you'd like to add?

**HOMAN:** Look, you know, I want the people to know that I speak with the president, or I'm with the president a lot. There's a lot of argument within the world that are we keeping our promise, and I'm telling you, I'm surrounded by great minds every day. Steve Miller, the architect, brilliant. The head of ICE, Todd, just retired. God bless Todd. Todd did a great job. And right now, Dave Rall (?) is acting. Dave trained me. I worked for Dave a long time ago. Dave knows immigration enforcement very well. Rodney Scott did a great job. … doing a great job. When it comes to immigration, the immigration portfolio under

Case 2:26-cv-02082-SJB-JMW          Document 59-5          Filed 06/11/26          Page 16 of 18 PageID
#: 1546

President Trump, he's got some really smart minds, and we got
our nose to the grindstone, and we're doing it. Ignore the left
media, who wants to compare ICE to racists, and ignore the
media that our detention centers are are filthy, and you know we
got the highest detention standards in the industry, but they
don't want to be detained, so they're gonna make up all the
stories they want. Cause they don't want to be detained, they
want detention to end. Well, look, President Trump committed
to mass deportations, so that's what they're gonna get. He
committed to no amnesty, and that's what they're gonna get. He
committed to make these countries safe again. And look, you
look at numbers with, you know, total of 800,000 out of the
country or even if you go by 3 million counting self-
deportations, if you take 60% of that, that are criminals,
hundreds of thousands of public safety threats have been
removed from this country. Name another president who's done
that.

**GIARITELLI:** And over four years that 800,000 would be over 3
million, so it gets at your millions that you…

**HOMAN:** People we put our hands on, and if 60% them remain
criminal, think of how many bad people we got out of the
country.

**GIARITELLI:** And those are just criminal histories in the U.S.
since we don't know. …

**HOMAN:** Good point, I'm glad you mentioned that, because we
don't know in a lot of these countries, we don't access their
criminal database. We don't know what they did in El Salvador
or China or Russia. We don't know. But you're right.

Tag:   Border   Deportation   Donald Trump   ICE   Immigration
Police and Law Enforcement   Tom Homan   Trump Administration
Washington D.C.   White House

## Promoted Stories

### America Turns 250 - and This Patriotic Wreath is Everywhere
Peoasis

### Protein Isn't Enough - Here's What Really Builds Muscle After 60
ApexLabs

### Why So Many Americans Are Displaying This America250 Decoration
Glosrity

### Why Are People Snapping Up This Funny Bison Decanter
Peoasis

### The Liberty Bell Whiskey Decanter Going Viral Before America's 250th
peoasis

### My Neighbor's Garden is Always Full of Hummingbirds. Here's Why
peoasis

**Why Thousands of Americans Are Ditching Solar Panels for This Low-Cost Invention**

Energy Revolution System

**If You Have Diabetes, Read This Before It's Removed!**

Health Weekly

**America Turns 250 - and This Patriotic Hat is Everywhere**

Glosrity

## MAGAZINE ▶



SUBSCRIBE

Platner is unfit for duty: The Maine Democrat would be beyond the pale in any other era

The Octagon on the South Lawn: Trump's UFC Freedom 250 White House extravaganza

The field is broken: Why American politics feels unwinnable

## MORE FROM IMMIGRATION ▶



**Homan: 'More ICE agents than you've ever seen' headed to Mamdani's NYC**

Case 2:26-cv-02082-SJB-JMW          Document 59-5          Filed 06/11/26          Page 18 of 18 PageID #: 1548



**US denies entry to World Cup referee from Somalia over 'vetting concerns'**



**Federal judge strikes down Trump $100,000 fee on H-1B visa workers**



**Mikie Sherrill decries 'unacceptable' visit to Delaney Hall after weeks of being...**



**DOJ moves to strip fraudsters, sex offenders, and drug dealers of US...**



GAS TRACKER

**UPDATED DAILY**
TODAY'S NATIONAL AVERAGE

$**4.16**   ▼ -$0.00

Price per gallon of regular unleaded in the U.S.
Change since **Jun. 9, 2026** · Source: **AAA**

## TRENDING NOW ▶



**Tom Homan insists ICE is not narrowing deportation agenda**



**Trump officials work to ease tensions in Minneapolis as secretive negotiations progress**



**How Florida is helping the Trump administration round up illegal immigrants**



**Tom Homan becomes Trump's 'de facto' DHS secretary: 'Absolutely saved the day'**



**DHS pulls 700 federal officers from Minnesota after 'unprecedented cooperation' with state:...**