

New York Civil Liberties Union
125 Broad Street, 19th Fl.
New York, NY 10004
(212) 607-3300
www.nyclu.org

June 17, 2026

Honorable Sanket J. Bulsara
100 Federal Plaza
Courtroom 930
Central Islip, NY 11722
*Via ECF*

Re:     *Benitez et al. v. U.S. Department of Homeland Security et al.,*
        26-cv-2082-SJB-JMW

Dear Judge Bulsara:

Pursuant to the Court's Order of June 16, 2026, Plaintiffs submit the docket numbers of the habeas corpus petitions filed by the named Individual Plaintiffs in this action.[1]

The docket numbers are as follows:

Darwin Garcia Medrano, 26-cv-00330-NJC, E.D.N.Y.

██████████████████████████████

██████████████████████████████

Rene Antonio Benitez, 26-cv-01122-SJB, E.D.N.Y.

Hesler Asaf Garcia Lanza, 26-cv-00029-GRB, E.D.N.Y.

Respectfully submitted,

/s/ *Amy Belsher*

Amy Belsher
New York Civil Liberties Union

---

[1] The 3 remaining Individual Plaintiffs did not file habeas petitions.

Foundation
125 Broad Street, Floor 19
New York, NY 10004
212-609-3300
abelsher@nyclu.org
*Counsel for Plaintiffs*

Copy to:
Diane.Beckmann@usdoj.gov;
Richard.Hayes@usdoj.gov;
Elliot.Schachner@usdoj.gov;
Layaliza.Soloveichik@usdoj.gov
*Via email*