

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

June 19, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

       Re:   *Benitez et al. v. U.S. Department of Homeland Security, et al.,*
           <u>Civil Action No. 26-cv-2082 (E.D.N.Y.) (Bulsara, J.) (Wicks, M.J.)</u>

Dear Judge Bulsara:

    This Office represents Defendants in the above-captioned action. We write respectfully in response to the Court's Minute Entry and Order dated June 18, 2026, and as directed by the Court at the June 18, 2026 status conference, to advise the Court "whether Defendants will be withdrawing the Almodovar Declaration." Further, Defendants respectfully request an extension, *nunc pro tunc*, for filing this letter past 1:00 p.m., and apologize for the delayed filing.

    In light of the Court's stated concern about lack of specificity, Defendants respectfully advise the Court that they are withdrawing the Almodovar Declaration. Defendants further respectfully advise the Court that the Almodovar Declaration was based on reports from subordinates and agency records, and Defendants plan to, with their sur-reply memorandum due today (*see* ECF Order dated May 13, 2026), submit declarations from the officers involved in the arrests of the four individuals referenced in the Almodovar Declaration, to address the Court's concerns.

    Defendants thank the Court for its time and attention to this submission.

                Respectfully submitted,

                JOSEPH NOCELLA, JR.
                United States Attorney

      By:   <u>*/s/ Thomas R. Price*</u>
           Thomas R. Price
           Assistant U.S. Attorney
           (631) 715-7893
           thomas.price@usdoj.gov

cc: Counsel of record by ECF