**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

RENE ANTONIO BENITEZ, *et al.*,

                              Plaintiffs,

        v.

DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

                              Defendants.

No. 26-cv-2082
(Bulsara, J.)
(Wicks, M.J.)

Declaration of Jason Mascia

_____

I, Jason Mascia, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I am currently employed as a Deportation Officer ("DO") for U.S. Immigration and
    Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO") within the
    U.S. Department of Homeland Security ("DHS"). I have been employed by ICE since
    March of 2012. Among my other duties, I am a member of the Long Island Fugitive
    Operations Unit.

2.  The statements contained in this declaration are based upon my personal knowledge and
    information made available to me in the course of my official duties.

3.  ERO manages all logistical aspects of the removal process by identifying, apprehending,
    and, when appropriate, detaining removable aliens during the course of immigration
    proceedings and pending physical removal from the United States. This includes locating
    and taking into custody fugitive aliens and at-large criminal aliens.

4.  On Wednesday, February 4, 2026, I was part of a Fugitive Operations team conducting a
    targeted operation in Greenport, New York. I was positioned on North Street approximately

one block away and around the corner from the target residence.. Other officers, who were conducting surveillance of the target residence, observed an individual believed to be one of the identified targets leaving the residence in a vehicle. They radioed that the vehicle was leaving with someone who appeared to be one of the targets. I was instructed to follow the vehicle .

5. With other officers, I approached the vehicle near the Greenport ferry terminal while the individual was waiting to board the ferry. I identified myself as an ICE officer and asked to see his identification. The individual identified himself as H.L.A.O.[1] and provided a New York driver's license. During the conversation, which took place while he was sitting in his car, he stated he was a citizen of Guatemala and admitted to entering the United States unlawfully across the United States/Mexico border. H.L.A.O. stated that he had a document to show me. Using his cell phone, he showed us photographs of what purported to be an official immigration document. I immediately suspected that the document was fraudulent and conducted independent database checks, which confirmed that the document was not a valid immigration document. After the record checks were completed, I confronted H.L.A.O. regarding what I had learned, and he admitted that he had paid another individual for the document. I took a picture of the document on his screen.

6. Due to the location of the stop, traffic began to accumulate behind our vehicles. Based on my experience, it is not safe to remain in an unsecure location for an extended period. I contacted another DO, who was leading the operation. She advised that a Supervisory Detention and Deportation Officer ("SDDO") was issuing a Form I-200, Warrant for Arrest

---

[1] It is my understanding that the Plaintiff in this action is proceeding anonymously and therefore, only his initials are being referred to in this declaration.

of Alien. The other DO also instructed me to take H.L.A.O. into custody and relocate to a nearby secure location, specifically a firehouse a short distance away. I advised H.L.A.O. that he was under arrest and escorted him to our car.

7. We transported H.L.A.O. in our car to the firehouse. Other detainees were being brought to this location as well. At the firehouse, we took custody of his property, asked him ICE's standard arrest questions, and prepared him for transport.

8. H.L.A.O. was transported to Central Islip processing center for further immigration processing.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 19th day of June 2026.

JASON MASCIA
Digitally signed by JASON MASCIA
Date: 2026.06.19 20:28:07 -04'00'

Jason Mascia
Deportation Officer
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security