**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RENE ANTONIO BENITEZ, *et al.*,<br><br>                       Plaintiffs,<br><br>      v.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY, *et al.*,<br>                       Defendants. | No. 26-cv-2082<br>(Bulsara, J.)<br>(Wicks, M.J.)<br><br>Declaration |

I, Brenden Cuni, Pursuant to 28 U.S.C. § 1746, hereby as follows:

1. I am a Supervisory Detention and Deportation Officer ("SDDO") within Enforcement and Removal Operations ("ERO") at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS").

2. I have served as a Supervisory Detention and Deportation Officer in the National Fugitive Operations Team since May 2025. In this role, I supervise deportation officers assigned to the National Fugitive Operations Team. I began my career at ICE as a Deportation Officer in February 2020 and became an SDDO in December 2024.

3. The statements contained in this declaration are based upon my personal knowledge and information made available to me in the course of my official duties, including conversations with other officers involved in the matter.

4. On February 24, 2026, ERO officers, and Homeland Security Investigations special agents, and Customs and Border Protection officers were conducting surveillance operations in

Brooklyn, New York, to locate an alien subject to a final order of removal and with pending sex offense charges.

5. While conducting surveillance at the primary target's last known address, these officers and agents observed an individual bearing the same build and likeness as the primary target.

6. Officers approached the individual and identified themselves as ICE officers and agents. Following a series of questions, they identified the individual, who is proceeding under initials in this case as A.M.C. While not the primary target of the operation, A.M.C. voluntarily stated that he was a citizen of Mexico and had illegally entered the United States, and that he did not have status that would allow him to remain in the United States. A record check revealed that he did not have any pending applications with U.S. Citizenship and Immigration Services or the Executive Office for Immigration Review (i.e., an immigration court or the Board of Immigration Appeals).

7. Although I was not on duty that day, I remained on call for my team's activities. A member of my team contacted me by phone and explained the circumstances of the encounter. As a supervisory immigration officer, I issued a Form I-200, Warrant. for Arrest of Alien.

8. Officers thereafter placed A.M.C. under arrest.

9. After A.M.C. was transferred to the processing center at 26 Federal Plaza, officers from the arrest team processed him. It is my understanding that a second I-200 was issued by a supervisor who was present at 26 Federal Plaza. I have made every effort to locate the I-200 that I signed, but I have not been able to find it.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 19th day of June 2026.

BRENDEN C CUNI

Digitally signed by BRENDEN C CUNI
Date: 2026.06.19
18:38:18 -04'00'

Brenden Cuni
Supervisory Detention and Deportation Officer
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security