UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENE ANTONIO BENITEZ et al.,<br><br>Plaintiffs,<br><br>v.<br><br><br>U.S. DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>Defendants. | Case No. 26-cv-2082-SJB-JMW<br><br>**NOTICE OF MOTION TO ADJOURN MOTION HEARING AND TO GRANT EXPEDITED DISCOVERY ON PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in support of Plaintiffs' Motion to Adjourn Motion Hearing and to Grant Expedited Discovery on Plaintiffs' Motions for a Preliminary Injunction and Provisional Class Certification, and upon such other and further evidence or argument as may be presented to the Court, Plaintiffs will move this Court at the United States Courthouse for the Eastern District of New York, 100 Federal Plaza, Central Islip, NY 11722, on a date and time to be determined by the Court, for an Order adjourning the motion hearing scheduled for June 25, 2026, permitting Plaintiffs an opportunity to respond to Defendants' newly submitted fact declarations, and granting limited expedited discovery on Plaintiffs' Motions for a Preliminary Injunction and Class Certification. The basis for this motion is set forth in the accompanying Memorandum of Law.

Dated: June 22, 2026
New York, NY

/S/  *Brian Perbix*
Brian Perbix
Philip Desgranges
Hasan Shafiqullah
Evan Henley
THE LEGAL AID SOCIETY
49 Thomas Street, 10th Floor
New York, NY 10013
Phone: 212-577-3300
bperbix@legal-aid.org
pdesgranges@legal-aid.org

hhshafiqullah@legal-aid.org
ewhenley@legal-aid.org

Mark Gimbel
Giovanni J. Scarcella
Cecile Duncan (*pro hac vice*)
COVINGTON & BURLING LLP
30 Hudson Yards
New York, New York, 10001
Phone: 212-841-1000
mgimbel@cov.com
gscarcella@cov.com
cduncan@cov.com
Jeffrey Cao (*pro hac vice*)
Jillian Feirson (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Phone: 202-662-6000
jcao@cov.com
jfeirson@cov.com

Amy Belsher
Ifeyinwa Chikezie
Wafa Junaid
Molly Biklen
NEW YORK CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 19th Floor
New York, NY 10004
Phone: 212-607-3300
abelsher@nyclu.org
ichikezie@nyclu.org
wjunaid@nyclu.org
mbiklen@nyclu.org

Paige Austin
Harold Solis
MAKE THE ROAD NEW YORK
301 Grove Street
Brooklyn, NY 11237
Phone: 718-418-7690
paige.austin@maketheroadny.org
harold.solis@maketheroadny.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Brian Perbix, hereby certify that on June 22, 2026, I filed the foregoing document via the Court's

CM/ECF system, which will provide electronic notice to all counsel of record.

/S/ Brian Perbix_____