# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RENE ANTONIO BENITEZ *et al.*,<br>*Plaintiffs*,<br>v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,<br>*Defendants*. | Case No. 2:26-cv-2082-SJB-JMW |

**[PROPOSED] EXPEDITED DISCOVERY PLAN AND SCHEDULING ORDER**

In accordance with the Court's June 22, 2026 Order, Plaintiffs respectfully submit the following plan for expedited discovery as to Plaintiffs' motions for a Preliminary Injunction (DE 21) and Provisional Class Certification (DE 22).

## I. Plaintiffs' Requested Discovery

Plaintiffs will serve no more than ten interrogatories pursuant to Rule 33, ten requests for production pursuant to Rule 34, and notices of depositions of the four declarants submitting declarations at DE 65-1 through 65-4.

Plaintiffs' requests for production will seek the following materials:

1. All documents related to the arrest of Plaintiffs, including administrative warrants, Notices to Appear ("NTA"), and Forms I-213 along with any related "arrest narrative" and "intake forms" for Plaintiffs Rene Antonio Benitez, Darwin Garcia Medrano, Hesler Asaf Garcia Lanza, J.R.H.L., H.L.A.O., A.M.C., R.C.R., and F.R.P.;

2. Materials relied upon in preparing the declarations submitted by Defendants at DE 52, DE 56-1, DE 65-1, DE 65-2, DE 65-3, and DE 65-4;

3. Training materials, policies, directives, and guidance relating to compliance with 8 U.S.C. § 1357(a)(2) and 8 C.F.R. § 287.8(c)(2)(ii), warrantless arrests, or the issuance of administrative warrants (including for warrants communicated telephonically or by other remote means), produced in other litigations, including but not limited to *Vasquez Perdomo v. Mullin*, No. 2:25-cv-5605 (C.D. Cal.), *United Farm Workers v. Mullin*, No. 1:25-cv-246 (E.D. Cal.), and *Escobar Molina v. U.S. Department of Homeland Security*, No. 1:25-cv-3417 (D.D.C.); and

4. The Administrative Record for the agency action that is the subject of Plaintiffs' Fourth Cause of Action.

Plaintiffs' interrogatories will seek the following information:

1. The number of persons arrested by ICE's New York City Field Office for alleged civil immigration violations in May 2026 or a more recent 30-day period;

2. The number of persons arrested by ICE's New York City Field Office for alleged civil immigration violations in May 2026 or a more recent 30-day period for whom no Notice to Appear had yet been issued at the moment of the arrest; and

3. Names and agency affiliations for (a) all officers who conducted the arrests of Plaintiffs Rene Antonio Benitez, Darwin Garcia Medrano, Hesler Asaf Garcia Lanza, J.R.H.L., H.L.A.O., A.M.C., R.C.R., and F.R.P.; (b) any team members of the arresting officers who were present at the time of any of those arrests; and (c) all officers involved in the preparation of documentation relating to any of those arrests.

## II. Scheduling Order for Expedited Discovery

The following deadlines shall apply to the expedited discovery described in Section I above.

| | |
|---|---|
| Service of Discovery Requests | July 2, 2026 |
| Responses to Discovery Requests and Substantial Completion of Document Productions | July 20, 2026 |
| Deadline to Notice Depositions | July 27, 2026 |
| Close of Expedited Discovery | August 14, 2026 |

The previously ordered July 8, 2026, deadline for the parties to submit a discovery plan, *see* DE 31 at 2, is adjourned pending the completion of the discovery contemplated above.

SO ORDERED:

Dated: ___________________

___________________________

The Honorable JAMES M. WICKS
United States Magistrate Judge