# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RENE ANTONIO BENITEZ *et al.*,<br>*Plaintiffs*,<br>v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,<br>*Defendants*. | Case No. 2:26-cv-2082-SJB-JMW |

**[PROPOSED] EXPEDITED DISCOVERY PLAN AND SCHEDULING ORDER**

In accordance with the Court's June 22, 2026 Order, counsel for the parties met and conferred on June 24, 2026, exchanged communications and further conferred thereafter, and respectfully submit the following plan for expedited discovery as to Plaintiffs' motions for a Preliminary Injunction (DE 21) and Provisional Class Certification (DE 22).[1]

**PHASE I EXPEDITED DISCOVERY**

Defendants agree to provide the following information to Plaintiffs by July 2, 2026:

1. Number of individuals being detained at the Metropolitan Detention Center as of [June 24, 2026] who were arrested for alleged civil immigration violations.

**PHASE II EXPEDITED DISCOVERY**

Defendants agree to provide the following information and documents to Plaintiffs by [July 27, 2026]:

1. Number of individuals being detained at the Metropolitan Detention Center as of [June 24, 2026] who were arrested for alleged civil immigration violations in the Eastern District of New York.

2. Number of individuals being detained at the Metropolitan Detention Center as of [June 24, 2026] who were arrested for alleged civil immigration violations who were subject to final orders of removal at the time of arrest.

---

[1] Notwithstanding the submission of this joint proposed discovery plan, all parties expressly reserve the right to object to the relevance and/or admissibility of any evidence produced in response to expedited discovery in this matter.

3. Number of individuals being detained at the Metropolitan Detention Center as of [June 24, 2026] who were arrested for alleged civil immigration violations for whom an arrest warrant had been issued prior to the arrest.

4. Number of individuals being detained at the Metropolitan Detention Center as of [June 24, 2026] who were arrested for alleged civil immigration violation for whom an arrest warrant was issued on the same date as the arrest.

5. Number of individuals being detained at the Metropolitan Detention Center as of [June 24, 2026] who were arrested for alleged civil immigration violation for whom a Notice to Appear had been issued prior to the arrest.

6. Number of individuals being detained at the Metropolitan Detention Center as of [June 24, 2026] who were arrested for alleged civil immigration violation for whom a Notice to Appear was issued on the same date as the arrest.

7. Any Form I-200, Warrants for Arrest, and Notices to Appear issued in connection with the arrests of Plaintiffs Rene Antonio Benitez, Darwin Garcia Medrano, Hesler Asaf Garcia Lanza, J.R.H.L., H.L.A.O., A.M.C., R.C.R., and F.R.P.

Plaintiffs agree to provide responses to the following Requests for Admission to Defendants by [July 27, 2026]:

1. Admit, as to each Plaintiff, that they had not been lawfully admitted to the United States as of the dates of their arrests.

2. Admit that no Plaintiff has been re-arrested since their arrest at issue in this action, as addressed in their declaration in support of the preliminary injunction.

3. Admit that no Plaintiff has been re-detained since their detention at issue in this action, as addressed in their declaration in support of the preliminary injunction.

**PHASE III EXPEDITED DISCOVERY**

The parties agree that any depositions will be noticed by July 27, 2026 and completed by August 14, 2026. Depositions, if any, will be limited to the following individuals:

1. Plaintiffs.

2. The four declarants who submitted declarations in support of Defendants' sur-reply filed on June 19, 2026 (Docket Entries 65-1 through 65-4).

The previously ordered July 8, 2026, deadline for the parties to submit a discovery plan, *see* DE 31 at 2, is adjourned pending the completion of the discovery contemplated above.

Dated: June 26, 2026

Respectfully submitted,

[[Signature blocks for counsel]]

SO ORDERED:

Dated: ________________

________________________

The Honorable JAMES M. WICKS
United States Magistrate Judge