# COVINGTON

BEIJING BOSTON BRUSSELS DUBAI FRANKFURT
JOHANNESBURG LONDON LOS ANGELES NEW YORK
PALO ALTO SAN FRANCISCO SEOUL SHANGHAI WASHINGTON

Jeffrey Cao

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5803
jcao@cov.com

**Via ECF**                                                June 29, 2026

Hon. Sanket J. Bulsara
United States District Court, Eastern District of New York
100 Federal Plaza, Courtroom 930
Central Islip, New York 11722

> Re: ***Benitez, et al. v. U.S. Department of Homeland Security, et al.*,**
>     **No. 2:26-cv-02082-SJB-JMW**

Dear Judge Bulsara:

We write pursuant to the Court's June 22, 2026, Order directing the parties to submit a schedule for post-discovery briefing following expedited discovery.

The parties have not yet agreed upon the scope of expedited discovery, and Plaintiffs moved Judge Wicks for relief on June 26 pursuant to the Court's June 22 Order. *See* DE 68. However, under both the discovery schedule submitted by Plaintiffs to Judge Wicks on June 26 (DE 68-1 at 2) as well as the last proposal that Defendants provided to Plaintiffs (DE 68-3 at 2), the proposed deadline for the completion of expedited discovery is August 14, 2026.

As to a briefing schedule, the parties have conferred and agreed that:

- The parties will submit opening post-discovery briefs 21 days after the close of expedited discovery.

- The parties will submit responsive post-discovery briefs 14 days after the submission of opening post-discovery briefs.

The parties thus respectfully request that the Court so-order the above briefing schedule.

Respectfully submitted,

*/s/ Jeffrey Cao*

Jeffrey Cao
*Counsel for Plaintiffs*