**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**FILED**
**CLERK**
**7/2/2026**

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

RENE ANTONIO BENITEZ *et al.*,

  *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,

  *Defendants*.

Case No. 2:26-cv-2082-SJB-JMW

**DISCOVERY**
**SCHEDULING ORDER**

**WICKS**, Magistrate Judge:

Presently before the Court are the parties' competing proposals for expedited discovery. (ECF Nos. 68, 70.)  As Judge Sanket J. Bulsara explained at the status conference on June 18, 2026, the expedited discovery at this juncture is not intended to be exhaustive; it is simply meant to provide a sample of data on select issues such that the Court may issue an informed decision on Plaintiffs' motions for class certification and preliminary injunction.

The setting of discovery schedules is within the discretion of the District Court.  *See Rofail v. United States*, 227 F.R.D. 53, 54 (E.D.N.Y. 2005) ("District courts are given reasonable latitude and discretion to establish a priority or to fashion an appropriate sequence of the discovery to be performed in each case.") (internal citation omitted). Having carefully considered the parties' submissions, as well as the transcript of the June 18, 2026, status conference before Judge Bulsara, the Court hereby adopts the following expedited discovery schedule and post-discovery briefing schedule:

1

**PHASE I EXPEDITED DISCOVERY**

Defendants shall provide the following information to Plaintiffs on or before **July 10, 2026**: *The number of individuals being detained at the Metropolitan Detention Center as of June 24, 2026, who were arrested for alleged civil immigration violations.*

**PHASE II EXPEDITED DISCOVERY**

Defendants shall provide the following information and documents to Plaintiffs on or before **August 3, 2026**:

1. *Number of individuals being detained at the Metropolitan Detention Center as of June 24, 2026, who were arrested for alleged civil immigration violations in the Eastern District of New York.*

2. *Number of individuals being detained at the Metropolitan Detention Center as of June 24, 2026, who were arrested for alleged civil immigration violations who were subject to final orders of removal at the time of arrest.*

3. *Number of individuals being detained at the Metropolitan Detention Center as of June 24, 2026, who were arrested for alleged civil immigration violations for whom an arrest warrant had been issued prior to the arrest.*

4. *Number of individuals being detained at the Metropolitan Detention Center as of June 24, 2026, who were arrested for alleged civil immigration violation for whom an arrest warrant was issued on the same date as the arrest.*

5. *Number of individuals being detained at the Metropolitan Detention Center as of June 24, 2026, who were arrested for alleged civil immigration violation for whom a Notice to Appear had been issued prior to the arrest.*

6. *Number of individuals being detained at the Metropolitan Detention Center as of June 24, 2026, who were arrested for alleged civil immigration violation for whom a Notice to Appear was issued on the same date as the arrest.*

7. *Any Form I-200, Warrants for Arrest, and Notices to Appear issued in connection with the arrests of Plaintiffs Rene Antonio Benitez, Darwin Garcia Medrano, Hesler Asaf Garcia Lanza, J.R.H.L., H.L.A.O., A.M.C., R.C.R., and F.R.P.*

Plaintiffs shall provide responses to the following <u>Requests for Admission</u> to Defendants on or before **August 3, 2026**:

1. *Admit that no Plaintiff who does not have a final order of removal has been re-arrested since their arrest at issue in this action, as addressed in their declaration in support of the preliminary injunction.*

2. *Admit that no Plaintiff who does not have a final order of removal has been re-detained since their detention at issue in this action, as addressed in their declaration in support of the preliminary injunction.*

## PHASE III EXPEDITED DISCOVERY

The parties shall notice depositions on or before **August 3, 2026**, and depositions shall be completed on or before **August 24, 2026**.  Depositions, if any, will be limited to the following individuals:

1. *Plaintiffs Darwin Garcia Medrano, Hesler Asaf Garcia Lanza, H.L.A.O., and A.M.C..*

2. *The four declarants who submitted declarations in support of Defendants' sur-reply filed on June 19, 2026 (ECF Nos. 65-1 through 65-4).*

## POST-DISCOVERY BRIEFING FOLLOWING EXPEDITED DISCOVERY

1. The parties shall submit opening post-discovery briefs on or before **September 14, 2026.**

2. The parties shall submit responsive post-discovery briefs on or before **September 28, 2026.**

No modifications may be made to this scheduling without prior approval of the Court. The parties are directed to file a joint status report on or before **August 21, 2026**, which shall include a proposed discovery schedule pursuant to Rule 26(f) for dates and deadlines for the remainder of discovery in this case.

Dated:  Central Islip, NY
July 2, 2026

**S O   O R D E R E D:**

/S/ *James M. Wicks*

James M. Wicks
UNITED STATES MAGISTRATE JUDGE

3