**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

RENE ANTONIO BENITEZ, *et al.*

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*

*Defendants*.

Case No. 26-cv-02082-SJB-JMW

**STATUS REPORT AND PROPOSED DISCOVERY SCHEDULE**

The parties respectfully submit this status report pursuant to the Court's Order of July 2, 2026 (DE 73).

**I. Completion of Expedited Discovery**

The parties have generally completed Phases I, II, and III of Expedited Discovery as directed in the Court's July 2, 2026 Order (DE 73), including the eight depositions permitted by the Court's July 2 order, which were completed between August 12 and August 20, 2026.

**II. Open Discovery Disputes**

Following the depositions of Defendants' declarants Katherine Rey and Brenden Cuni on August 12 and 13, respectively, Plaintiffs requested on August 14, 2026 that Defendants produce certain materials from the depositions:

- The Form I-213 for Plaintiff Garcia Medrano, which Officer Rey testified that she reviewed in preparing not only for her declaration but also for her deposition; and

- The Form I-213 for Plaintiff AMC, which Officer Cuni stated would likely contain information regarding the facts and circumstances of AMC's arrest.

Plaintiffs additionally requested on August 20, 2026 that Defendants produce:

- A clearer copy of Plaintiff Garcia Medrano's Notice to Appear, a copy of which Defendants produced but contained certain illegible information;
- The Form I-213 for Plaintiff Garcia Lanza, which Officer Petito testified would include relevant information about Garcia Lanza's arrest, including the time the Form I-200 warrant for Garcia Lanza's arrest was signed;
- The signed Form I-213 for Plaintiff H.L.A.O.'s arrest;
- Any photographs of the intended targets of the enforcement operations that resulted in the arrests of Plaintiffs Darwin Garcia Medrano, Hesler Asaf Garcia Lanza, A.M.C., and H.L.A.O., which officers relied on before or during those operations;
- Any documents including physical descriptions of the intended targets of the enforcement operations that resulted in the arrests of Plaintiffs Darwin Garcia Medrano, Hesler Asaf Garcia Lanza, A.M.C., and H.L.A.O., which officers relied on before or during those operations.

During a meet and confer on August 21, 2026, Defendants objected to providing I-213 reports as being cumulative, not relevant and not contemplated by the expedited discovery schedule set by the Court. Docket Entry #73. Defendants have agreed to obtain a clearer copy of Plaintiff Garcia Medrano's Notice to Appear and the signed Form I-213[1] for Plaintiff H.L.A.O, if

[1] Apparently an unsigned copy of the I-213 for H.L.A.O was used, and provided to counsel, as part of H.L.A.O's immigration court proceedings.

available. Plaintiffs' position is that Defendants' objections are baseless. Plaintiffs are assessing appropriate next steps and will promptly seek relief from the Court if necessary.

## III. Proposed Discovery Schedule

The parties have not been able to agree on a discovery schedule.

### A. Plaintiffs' Proposal

Plaintiffs have moved expeditiously to negotiate a discovery schedule with Defendants but have not been able to make progress given Defendants' refusal to engage.

On July 30, 2026, Plaintiffs shared with Defendants a proposed discovery Plan for discussion. On July 31, 2026, Plaintiffs and Defendants met and conferred, as contemplated by Rule 26(f), during which Defendants indicated that they would provide a counterproposal imminently. Defendants did not provide any counterproposal. Plaintiffs followed up with Defendants on August 13 and August 17, proposing to further confer and again requesting Defendants' position as previewed on July 31. Defendants did not respond to either outreach. Only in response to an outreach from Plaintiffs on August 20 did Defendants request a further conferral, which the parties conducted on August 21. During this conferral, while Defendants previously raised the issue with Plaintiffs that any further discovery should not commence until after all pending preliminary motions were decided, Defendants indicated for the first time that they intended to move for a stay of discovery.

Plaintiffs propose the following discovery schedule and believe the schedule will drive the efficient resolution of this litigation by ensuring the parties have adequate time to address the issues presented while avoiding unnecessary delay. Plaintiffs do not believe discovery should be phased in this action beyond the expedited discovery to be concluded on August 24, 2026.

| | |
|---|---|
| ESI and Privilege Log Protocol | October 16, 2026 |
| Deadline for service of requests for production of documents, interrogatories, requests for admission, and other non-expert discovery | October 19, 2026 |
| Responses to requests for production of documents, interrogatories, requests for admission, and other non-expert discovery | November 18, 2026 |
| Deadline to Amend Pleadings | December 18, 2026 |
| Close of discovery | February 19, 2027 |

**B. Defendants' Statement Regarding Additional Discovery**

Defendants' position is that discovery is not available in an APA matter, which is the sovereign immunity waiver Plaintiffs assert for all claims. Defendants will be filing a pre-motion conference request for their contemplated motion to stay all discovery, other than the expedited discovery to be completed by August 24, 2026.

Dated: August 21, 2026
New York, NY

*s/Jeffrey Cao*
Mark Gimbel
Giovanni Scarcella
Cecile Duncan (admitted pro hac vice)
Kezia Otinkorang (admitted pro hac vice)
COVINGTON & BURLING LLP
30 Hudson Yards
New York, New York, 10001
Phone: 212-841-1000

Jeffrey Cao (admitted pro hac vice)
Jillian Feirson (admitted pro hac vice)
Nicole Robinson (admitted pro hac vice)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Phone: 202-662-6000

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
*Attorneys for Defendants*
610 Federal Plaza
Central Islip, New York 11722

*s/Diane C. Leonardo*
Diane C. Leonardo
Thomas R. Price
Assistant United States Attorneys
631-715-7854
631-715-7893
diane.beckmann@usdoj.gov
thomas.price@usdoj.gov

Amy Belsher
Ifeyinwa Chikezie
Wafa Junaid
Molly Biklen
NEW YORK CIVIL LIBERTIES UNION
125 Broad Street, 19th Floor
New York, NY 10004
Phone: 212-607-3300
Fax: 212-607-3318

Philip Desgranges
Hasan Shafiqullah
Evan Henley
Brian Perbix
Alice Min
THE LEGAL AID SOCIETY
49 Thomas Street, 10th Floor
New York, NY 10013
Phone: 212-577-3300

Paige Austin
Harold A. Solis
MAKE THE ROAD NEW YORK
301 Grove Street
Brooklyn, NY 11237
Phone: 718-418-7690

*Attorneys for Plaintiffs*