**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RENE ANTONIO BENITEZ *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*<br><br>*Defendants*. | Case No. 2:26-cv-2082-SJB-JMW |

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF F.R.P.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff F.R.P., through undersigned counsel, hereby gives notice that his claims against Defendants in the above-captioned action are voluntarily dismissed without prejudice. For the avoidance of doubt, this notice has no bearing on the remaining Plaintiffs' claims against Defendants.

Dated: September 11, 2026
New York, NY

*/s/ Brian Perbix*
Philip Desgranges
Hasan Shafiqullah
Evan Henley
Brian Perbix
Alice Min
THE LEGAL AID SOCIETY
49 Thomas Street, 10th Floor
New York, NY 100013
Phone: 212-577-3300
pdesgranges@legal-aid.org
hhshafiqullah@legal-aid.org
ewhenley@legal-aid.org
bperbix@legal-aid.org
amin@legal-aid.org

Amy Belsher
Ifeyinwa Chikezie
Wafa Junaid
Molly Biklen
NEW YORK CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 19th Floor
New York, NY 10004
Phone: 212-607-3300
abelsher@nyclu.org
ichikezie@nyclu.org
wjunaid@nyclu.org
mbiklen@nyclu.org

Mark Gimbel
Giovanni Scarcella
Cecile Duncan (admitted pro hac vice)
Kezia Otinkorang (admitted pro hac vice)
COVINGTON & BURLING LLP
30 Hudson Yards
New York, New York, 10001
Phone: 212-841-1000
mgimbel@cov.com
gscarcella@cov.com
cduncan@cov.com
kotinkorang@cov.com

Jeffrey Cao (admitted pro hac vice)
Jillian Feirson (admitted pro hac vice)
Nicole Robinson (admitted pro hac vice)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Phone: 202-662-6000
jcao@cov.com
jfeirson@cov.com
nrobinson@cov.com

Paige Austin
Harold Solis
MAKE THE ROAD NEW YORK
301 Grove Street
Brooklyn, NY 11237
Phone: 718-418-7690
paige.austin@maketheroadny.org
harold.solis@maketheroadny.org

*Attorneys for Plaintiffs*