THE LEGAL AID SOCIETY

49 Thomas Street
New York, NY 10013
(212) 577-3300
https://www.legalaidnyc.org

Alan Levine
*President*

Lynn K. Neuner
*Chairperson of the Board*

Twyla Carter
*Attorney-in-Chief*
*Chief Executive Officer*

October 5, 2026

**Via Email**

Diane C. Leonardo, diane.beckmann@usdoj.gov
Thomas R. Price, thomas.price@usdoj.gov
Marika Lyons, marika.lyons@usdoj.gov
Kathleen A. Mahoney, kathleen.mahoney@usdoj.gov
Philip DePaul, philip.depaul@usdoj.gov
Justin Kirschner, justin.kirschner@usdoj.gov

**Re: *Benitez, et al. v. U.S. Department of Homeland Security et al.*,**
**No. 2:26-cv-2082-SJB-JMW**

Counsel:

Pursuant to Rule VI(D) of the Court's Individual Practices for Civil and Criminal Cases, and the Court's September 14, 2026, scheduling order, Plaintiffs are serving the following documents:

1. Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Leave to Supplement the Record in Support of Plaintiffs' Motions for a Preliminary Injunction or Stay and Provisional Class Certification;
2. Declaration of Evan Henley;
3. Exhibit 1 to the Declaration of Evan Henley (H.L.A.O. Deposition Transcript Excerpts).

Pursuant to the Court's Practice Rule VI(D), we will file these documents via the CM/ECF system on October 5, 2026.

Sincerely,

/s/ Evan Henley

Evan Henley
The Legal Aid Society

Cc: Hon. Sanket J. Bulsara (via ECF)