UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RENE ANTONIO BENITEZ *et al.*

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*

*Defendants*.

Case No. 2:26-cv-2082-SJB-JMW

**NOTICE OF MOTION FOR LEAVE TO SUPPLEMENT THE RECORD IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION OR STAY AND PROVISIONAL CLASS CERTIFICATION**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in support of Plaintiffs' Motion for Leave to Supplement the Record in Support of Plaintiffs' Motion for a Preliminary Injunction or Stay and Provisional Class Certification; the Declaration of Alice Min, dated September 14, 2026, and the exhibits annexed thereto; Declarations of S.M.T.M., Aliaga Valdiviezo, Alvarez Farfan, Lopez Romero, Rodriguez Macedo, J.A.S.E., C.O.V.P., J.B.L.C., Ponce Cellan, C.E.G.G., and F.G.; and all other supporting papers, and upon such other and further evidence or argument as may be presented to the Court, Plaintiffs will move this Court at the United States Courthouse for the Eastern District of New York, 100 Federal Plaza, Central Islip, NY 11722, on a date and time to be determined by the Court, for an Order granting leave to supplement the record. The basis for this motion is set forth in the accompanying Memorandum of Law.

Dated: September 14, 2026
New York, NY

Respectfully submitted,

*/s/* Evan Henley
Evan Henley
Hasan Shafiqullah
Philip Desgranges
Brian Perbix
Alice Min

The Legal Aid Society
49 Thomas Street, 10th Floor
New York, NY 100013
Phone: 212-577-3300
pdesgranges@legal-aid.org
hhshafiqullah@legal-aid.org
ewhenley@legal-aid.org
bperbix@legal-aid.org
amin@legal-aid.org

Amy Belsher
Ifeyinwa Chikezie
Wafa Junaid
Molly Biklen
New York Civil Liberties Union
Foundation
125 Broad Street, 19th Floor
New York, NY 10004
Phone: 212-607-3300
abelsher@nyclu.org
ichikezie@nyclu.org
wjunaid@nyclu.org
mbiklen@nyclu.org

Paige Austin
Harold Solis
Make the Road New York
301 Grove Street
Brooklyn, NY 11237
Phone: 718-418-7690
paige.austin@maketheroadny.org
harold.solis@maketheroadny.org

Mark Gimbel
Giovanni Scarcella
Cecile Duncan (admitted pro hac vice)
Kezia Otinkorang (admitted pro hac vice)
COVINGTON & BURLING LLP
30 Hudson Yards
New York, New York, 10001
Phone: 212-841-1000
mgimbel@cov.com
gscarcella@cov.com
cduncan@cov.com
kotinkorang@cov.com

Jeffrey Cao (admitted pro hac vice)
Jillian Feirson (admitted pro hac vice)
Nicole Robinson (admitted pro hac vice)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Phone: 202-662-6000
jcao@cov.com
jfeirson@cov.com
nrobinson@cov.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that, on September 14, 2026, I emailed the foregoing Notice of Motion and all supporting materials (Memorandum of Law, Declaration of Alice Min, Exhibits, and Non-Plaintiff Declarations) to Defendants' counsel pursuant to the Court's bundling rule.

*/s/* Evan Henley
Evan Henley