UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENE ANTONIO BENITEZ *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*<br><br>*Defendants*. | Case No. 2:26-cv-2082-SJB-JMW |

**DECLARATION OF JUAN ALVAREZ FARFAN**

# DECLARATION OF JUAN ALVAREZ FARFAN

I, Juan Alvarez Farfan, declare pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Juan Alvarez Farfan. I am 36 years old and I live in Corona, Queens with my partner.
2. On July 28, 2026 I was detained by ICE in a random street arrest. It was 8:25am, I was heading out to go to my doctor's appointment, as I had knee surgery a month prior and was receiving physical therapy. At around 2 blocks from my home, I was surrounded by around seven people, dressed as civilians, who said they needed my ID They pushed me and spoke to me in English, saying that they were looking for a criminal and I looked like him.
3. I asked who they were and they claimed to be police and showed me their badge under their shirts. I asked if they were federal police or if they were ICE, and they said they were ICE. I handed over my ID, and a female ICE agent spoke to me because she was the only one who spoke Spanish. She looked at my ID and said, "it's not you," the person they were looking for. She was going to return my ID, before another ICE officer stopped her and asked to speak to her away from me.
4. The two ICE officers came back and said I did not have the documentation to remain in this country, and they would be detaining me. They asked if I wanted to sign a voluntary departure or see a immigration judge. I decided to remain silent because I knew about my rights. All my items were taken and I was told I was being detained and could remain in silence or could respond if I wanted to. I was handcuffed and put in a black vehicle, and driven to the back corner of a Home Depot in Astoria, Queens where there was no one who could witness what was happening. They grabbed me and pulled me out of the vehicle and the ICE agent asked again if I wanted to sign my deportation and I said no, I was not going to answer their questions. Then, I was pushed against a wall and they cuffed my hands and my legs. I was taken to a new car, which took us to 26 Federal Plaza.

5. I arrived at Federal Plaza at around 9:45-10am. I'm not sure what floor we went to, but when we arrived at where I would be staying, it was empty. Over the day, they brought more people, like me, who were taken by ICE throughout the city. It was horrible being in there, I felt so much desperation because I didn't know what was going to happen to me and I had done to deserve this. I can not think of a reason why they stopped me. The female ICE officer even admitted that I was not the one they were looking for. I have never committed a crime in the United States and I have worked honestly.
6. I was the first one to arrive that morning, after a few hours I noticed that they had taken two of my next door neighbors. One of them had a deportation order, and I believe they might have confused me for him. I don't remember what time it was later into the afternoon, but I was able to speak with my coworker. She told me she knew what had happened and that I remained calm because they were going to find help for me and she would tell my partner that ICE took me.
7. The guards told me that I was only going to be held at Federal Plaza for 12 hours and moved to a detention center where I could make calls to my family. Like they said, at around 10pm I was transferred to Delaney Hall. Once at Delaney, they had a group of us sit on a bench and wait until we were brought to our units. After they took a photo of us and our fingerprints, we went to an area where they keep all the New Yorkers that are detained. One of the things I noticed was that all of the walls were white. There were windows, but they were also painted white, and it felt like an asylum. Inside, I heard many things from people that were there for months, others years, some were about to be deported, and it was horrifying listening to all their stories. I got so scared hearing stories from others, and everyday ICE came to ask who wanted to sign deportation papers.
8. Inside, I was able to join a prayer circle of a group of us, who prayed for each other and what we were going through. I felt like God was always with me in there, however I came to a point where I thought that if an opportunity came to harm myself inside, I would take it. They treated us so badly there. As I mentioned, I had surgery a month prior to being detained and I had a lot of pain associated with it, and I had been attending physical therapy, but since I couldn't attend the therapy, my pain was really bad. There was a gentleman who arrived on a Saturday, and similar to me, had just had surgery. He was in so much pain and he asked the guards for medicine and they told him he had to

wait until Monday for the doctor, who didn't work on weekends. I remember hearing about his cries as he suffered through the pain.

9. The next day, the man was dead. I heard from others that he had died from cardiac arrest, but I knew he was in so much pain and he was just ignored. He had his children, wife, and parents here; I can't imagine the pain his family felt. The guards took him out in a few sheets, and it seemed as if they were taking out trash. All of us inside wondered where they took him. I found out later from my partner, who I spoke with frequently, that there were protests outside in honor of him. A little later, another man passed away; he was located in the area across from where I was.
10. On August 7th, I realized I couldn't make phone calls to my partner. I was told by other people that were detained, that if I was unable to make calls, that meant I would be transferred to another detention center soon. When I realized I couldn't make calls, I knew that I was about to be transferred. Another man let me make a call to my partner on his account so I could alert her that I was going to be transferred.
11. Then I was transferred to MDC on August 8th, 2026 and it took me 3 days to be able to make calls to my partner. When we arrived at MDC, I was treated horribly again. We had our uniforms thrown at us and were yelled at to wear them. They gave us a physical ID that we had to wear at all times and a blanket. We were assigned 2 people per cell. We could at least see the sky, unlike in Delaney. However, we were treated badly there too. It was more frustrating there because we could not leave our cells and we only had 15 minutes to make calls. People were giving up and I felt like I was going to give up because the treatment was so bad. Many of my friends inside signed a voluntary departure because they wanted to get out, but they didn't realize it would take a while for them to get out. My partner told me that she had reached out to a legal organization that was working to help me get released.
12. On Friday, August 14th, my partner told me that a judge had ordered my release. I was so happy and gave so many thanks to God. I got sad as well because there were so many people inside living a hell and they were abandoned, sometimes their families abandoned them too. I felt horrible that I was leaving them behind and I told them to believe in God.

13. The next day on Saturday, August 15th, ICE opened the doors at 7:10am, while I was brushing my teeth and said "Alvarez, Alvarez." They took me to an office and he said, "You need to call your attorney, since I was supposed to let you out yesterday but it was too late, so I am letting you out now." When I was outside of MDC, I began to pray for everyone left inside, people with similar cases to me.
14. Now I have to continue my process, and I am fighting my immigration case from the outside. I have tried to return to my normal activities, but I lost my job as a cook because they found someone to replace me while I was detained. I'm now looking for a job. Since I was unable to take my medication and go to physical therapy while detained, my pain has become very persistent. My knee feels like it has just begun to heal again for the first time. I restarted my therapy and medication.
15. I am still afraid of being detained again and having to experience this all over again. I am afraid while taking the bus, riding the train. I do not see myself as I used to be. I used to be very active and now I am traumatized and afraid. I have been trying to psychologists because at night I wake up in fear and screaming because I think I am detained again. At night, I see cars parked outside of my home and I get scared and start to shake. I make sure my partner enters our home first, and I check outside to see if the cars have their lights turned on like ICE.
16. I am grateful for everyone who supported me and to the judge who granted me freedom. I am grateful that despite these organizations not knowing me, they helped fight for me. I do not wish this experience on anyone. I pray to God that this changes and this doesn't continue to happen to anyone. We need to be more empathetic towards each other and we don't know the suffering that people come with from their homeland. Being detained by ICE is not something I would ever wish on someone, it is horrible and traumatizing. The majority of us are not delinquents; we do not deserve to be treated so inhumanely, as if we were the worst criminals on earth. Many of my companions who remained inside are still suffering.
17. I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 20, 2026

JUAN ALVAREZ FARFAN

## ATTESTATION AND CERTIFICATE OF TRANSLATION

I, Stephanie Hernandez, certify that I am fluent in both English and Spanish. On August 20, 2026, I personally spoke with Juan Alvarez Farfan and read the foregoing declaration to him, translated in Spanish faithfully and accurately, in person. Mr. Alvarez affirmed that he understood my translation and that the information in the above declaration is true and accurate.

I declare under penalty of perjury, prusuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

DATE: August 20, 2026

Stephanie Hernandez

Make the Road New York
104-19 Roosevelt Avenue
Corona, NY 11368
T: (929) 346-3921
E:
Stephanie.hernandez@maketheroadny.org