UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RENE ANTONIO BENITEZ *et al.*

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*

*Defendants*.

Case No. 2:26-cv-2082-SJB-JMW

**DECLARATION OF GERMAN LOPEZ ROMERO**

**DECLARATION OF GERMAN LOPEZ ROMERO**

I, German Lopez Romero, declare pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is German Lopez Romero. I was born on May 5, 1974 and I am currently 52 years old. I arrived in the United States 25 years ago and I have lived in Brooklyn, New York ever since.
2. Since arriving in this country, my life has revolved around working to provide for my wife and daughters. I am the primary financial provider and head of my household, which now also includes my three grandchildren, for whom I thank God every day.
3. It has not been easy to pay rent and cover our household expenses over the years, but I have always worked hard to provide a stable life for my family. Our roots are firmly established here, so much so that I have never lived or traveled outside New York, not even for a trip.
4. On July 21, 2026, at approximately 5 PM, I was returning home from work on my bicycle. I was only a few feet from my front door when two unmarked vehicles suddenly pulled up beside me. Two federal agents approached me from the front and two others approached me from behind.
5. The agents were wearing masks and vests. Based on what I saw in the news I knew that they must be ICE agents. I made no attempt to flee. My young grandchildren were playing outside and were so afraid by what they saw that they ran inside to tell their mom.
6. One of the agents showed me a photo of a person that they were looking for and asked if I recognized him. I truthfully responded that I did not recognize that person and had not seen them in the neighborhood. The agent then asked if I was the person in the photo and I responded that I was not. He asked me to remove my hat so they could take a photo of my face which I did.
7. I followed all of the agents' orders. I provided them my information and I explained that I lived just a few feet away. One agent questioned why I couldn't recognize the person if I lived in the neighborhood.
8. The agents then ordered me to turn around and handcuffed me. I asked if I could call my family so they could take in my bicycle, which I recently purchased to get to work. The agent refused and said that he did not care. I was told I have to go with them, and they placed me in the back of their vehicle.
9. The entire interaction lasted around four minutes. At no point did the agents show me a warrant for my arrest, tell me that I was the person they were looking for, or explain that I had committed any crime. I did not resist their orders and answered all of their questions truthfully. Despite all of this, I was still arrested.
10. The agents first took me to a nearby park that appeared to be a place they were using to meet. There were numerous agents and vehicles there. I also saw another Latino man who

was handcuffed and detained. I later learned that he was my neighbor from across the street and that ICE agents had detained him on our street that afternoon. When we were eventually detained at Delaney Hall detention facility he shared with me that the agents who arrested him did not show him an arrest warrant either.

11. That night I arrived at 26 Federal Plaza. I was asked how long I have lived in the United States, as well as about my family and my United States citizen daughters. At no point during this process did the agents tell me they had a warrant or told why they had to arrest me.
12. I was transferred that night to Delaney Hall detention facility in New Jersey. Throughout my time there I felt destroyed and confused. I was placed in a small room with 70 other people which is not humane. I slept for four days on the floor and the air conditioner was kept on 24 hours a day. Whenever I asked for new clothes or a blanket, the officials said they would look into it but that never happened.
13. The most difficult part of my detention were the days I was separated from my family. There were four days where I could not call my family to see how they were. My daughters were also not allowed to visit me. I repeatedly asked the detention officials why I could not receive visitors and I submitted various complaint forms, but I felt nothing was being done.
14. When I was finally able to speak with my daughter she informed me that my family was working with an organization to file a habeas corpus petition so that I may be released.
15. On the day of my release, I was in the detention facility cafeteria when I suddenly heard an officer calling my name. I hurried toward the officer and he handed me documents and told me to gather my belongings. He told me I was leaving. I asked where I was being taken because I had a fear of being moved to another detention facility. I was so afraid and I kept asking where I was leaving to. At last I was informed that I was being released so I could go home. I had a hard time believing that this was possible.
16. I was allowed to call my daughter so she could pick me up and she told me she was already on her way to get me. It wasn't until I was outside the detention facility that I actually processed and accepted that I was released.
17. Although I am no longer detained I feel like I carry an extra weight on my shoulders everyday. I often find myself looking around when I have to go outside, worried that something similar could happen again.
18. My family also suffers with me. My grandchildren called for me while I was in detention. Now that I am home, I reassure them that everything is okay.
19. I am a Catholic and I am grateful to God to be with my family, and grateful that I was able to return to my job and support my loved ones. My wish is that other families are not forced to experience the same pain that my family experienced.
20. I believe what happened to me was unjust. I share my story because I do not want what happened to me to happen to others. I met many people in detention who were unjustly detained and separated from their families.

21. I often wonder why this happened to me. I have never experienced this before. Every day I go to work and back home just to provide for my family.

I, German Lopez Romero, declare under penalty of perjury that the foregoing is true and correct.

DATED: August 31, 2026

German Lopez Romero

## ATTESTATION AND CERTIFICATE OF TRANSLATION

I, Rodman Serrano, certify that I am fluent in both English and Spanish. On August 27, 2026, I personally spoke with German Lopez Romero and read the foregoing declaration to him, translated in Spanish faithfully and accurately, over the phone. Mr. Lopez affirmed that he understood my translation and that the information in the above declaration is true and accurate.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

DATE: August 31, 2026

Rodman Serrano

Make the Road New York
104-19 Roosevelt Avenue
Corona, NY 11368
T: 9172689527
E: rodman.serrano@maketheroadny.org