UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENE ANTONIO BENITEZ *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*<br><br>*Defendants*. | Case No. 2:26-cv-2082-SJB-JMW |

**DECLARATION OF C.E.G.G.**

**DECLARATION OF C.E.G.G.**

I, C.E.G.G. , declare under penalty of perjury pursuant to 28 U.S.C § 1746 that the following is true and correct to the best of my knowledge and belief:

1. My name is C.E.G.G. . I am making this declaration and want to proceed using my initials C.E.G.G. I am 37 years old. I have lived in New York since about 2010. Before I was detained by immigration authorities, I lived in Queens with my partner and our baby, who was just born on May 8, 2026. I have lived in the same place in Queens for the past 5 years.

2. My partner was really suffering after giving birth to our son. The birth was traumatic, as the baby was past due, and my partner was injured during the birth of the baby, requiring many stitches. To this day, she is still recovering from giving birth.

3. I took a month off from work to care for the baby. After the baby was born, I was the one doing the cleaning and all the cooking. I helped my partner to the bathroom and to get in and out of bed. I was also changing the baby and taking care of him while she recovered.

4. On May 13, 2026, just five days after my son was born, I was ripped away from my family. I woke up that day and did my normal routine. I changed my son's diaper and made some food for my partner, who was in a lot of pain that day.

5. I left the house around 2:30 or 3:00pm that day. Our baby was born with jaundice, and the doctor prescribed pain medicine for my partner and medication for the baby. I left to go get the medicine. The pharmacy is about a ten-minute walk from our house. During the walk, I had my headphones on and was listening to music. As I was walking, I decided to make a phone call, so I looked down at my phone.

6. I was walking somewhere between 23rd Street and 22nd Street on 127th Street in Queens.

7. I was next to a few parked cars, when about six men rushed towards me. The men came out of parked cars. Two cars were green Ford Explorers and one was a smaller black car. A few months back I had been mugged on that street, so I thought I was about to be mugged again.

8. The men pushed me hard against a fence and forced my hands behind my back. I was facing the fence. One man pulled back my arm really hard. My shoulder still hurts since they did that. One man put handcuffs on me. I have still have pain and scars on my wrist where the agents placed me in handcuffs.

9. They took my phone out of my hands. They took a headphone out of my ear. They searched my pockets and took my wallet and patted me down. While the men did all this, they did not identify themselves or say anything to me. I just stood there while it happened. I was stunned and in shock. I was scared for my life. It felt like I was being attacked, and I thought they were there to kidnap me. It was like in the movies when someone gets kidnapped. I really felt like I might die.

10. Within 30 seconds of the men attacking me, I was handcuffed in their car. It all happened so fast. I did not say anything, and the men did not say anything to me.

11. The six people did not identify themselves or show me any papers or badges when they arrested me. I don’t remember exactly what the six men who forced me into the car were wearing or what they looked like because it happened so fast. But I do remember that one of them was in normal clothes.

12. When I was put in the car, I saw a clipboard with someone else’s photo on it on the passenger seat. I was not asked any questions about him. I did not look like this man. He

was a lot skinnier than me and looked like he is in his twenties. He was clean shaven and had a different hairstyle than me. At the time I was arrested, I had a beard.

13. After the men put me in the car, one of the men asked me in Spanish if I had papers or status. I did not respond. Then a man slammed the door shut. Some of the men got into the other parked cars. A man got into the driver's seat of the car I had been put in and immediately started driving. The way the men moved so quickly made me think that they did not want anyone to see what just happened.

14. The driver took me to a place near a warehouse. Two of the other cars also stopped alongside us. We were just there for a little while. I was scared, thinking that if I had been arrested by immigration or by the police, they would take me to a headquarters or police department, not someplace like this. Then we left that area.

15. After we drove around some more, the man parked the car in an empty and quiet parking lot around CitiField. He reached into the foot area of the passenger side, and I saw him put on what looked like a vest. I don't believe he was wearing this vest when he got into the car. I thought maybe they were going to murder me there. I asked them to loosen my handcuffs because I couldn't take the pain anymore. Someone who spoke Spanish came over, and they adjusted my handcuffs. He said don't worry, they were just immigration agents. It was only there that an agent showed me that it said "ICE" on their jackets. Then they put chains on me. I was already handcuffed, and then they put the chain around my waist. Then we left.

16. After that, the driver drove me all around and took many turns. While the vehicle was in motion the driver asked me something in English. I did not answer. The driver called a

Spanish translator who he put on speaker phone. The translator asked me, "how long have you been in this country?" I replied by saying "I have been here since 2010."

17. Then I was driven to a place under a bridge. I think it was the Manhattan Bridge. It seems like it must have been over an hour after I was first arrested. After that, the agent that spoke Spanish told me in that they were from "Immigration" and we are going to take you to immigration detention. I was never given a reason why.

18. Under the Manhattan Bridge, the men showed me a piece of paper it was in English. It did not look like the paper that my attorney later showed me and told me was a warrant. I'm not sure what it was. That was the only document they showed me before I got to 26 Federal Plaza.

19. Then, I was taken to 26 Federal Plaza in Manhattan. It was really cold at Federal Plaza. I was given water and a sandwich and put in a big room with many people. The agents showed me more paperwork at 26 Federal Plaza. The agents used a Spanish interpreter. My first language is not Spanish, it is Quechua so sometimes I had a difficult time understanding the interpreter.

20. I refused to sign anything and asked to see an attorney. I told the agent and interpreter that I had a five-day old baby and that I was just going to the pharmacy to get medicine for my partner and baby. I told them I was scared something would happen to my partner and baby since I was the one taking care of them, and that I had not been able to bring home the medicine. I explained that I had never been arrested before, and that I have a job and pay taxes.

21. I was there for about one day, and then I was taken to Delaney Hall in New Jersey.

22. At Delaney Hall things were bad. I was sick, I am not really sure what it was, but I was fatigued, with a stuffy nose and body aches. My lower back and lungs hurt. I kept asking to see a doctor, but it took a really long time to see anyone about my sickness. The agents said I had to wait two weeks for a doctor. My shoulder also hurt from when the agents slammed me into the fence.
23. I was finally able to see a doctor the week of June 5, 2026. I'm not exactly sure what day. I was seen by a doctor who prescribed me some pills which I think are Tylenol, but the doctor never told me what is wrong with me.
24. Because the detainees were organizing work strikes at the facility, we were not able to go outside for about two weeks as punishment. The agents kept us in our cells all day and took away our access to tablets. Delaney Hall is very cold, which I think made me sick along with the stress of being here and being detained with so many other people. There were five people in my cell alone.
25. While I was in detention, I was really anxious and worried about my family. I was the one who paid all the bills for our family. My partner was bedridden at the time after giving birth, and my newborn son was also sick. I didn't know how they would survive without me. I still can't believe that I was taken from them when they needed me the most.
26. I was released on June 19, 2026, after about one month and a week in detention.
27. I currently have an ankle monitor, I also have to do check ins at an ICE office in Jamaica, Queens, and about once a month an ICE agent visits my home.

28. I have since returned home. I have returned to my job where I have worked for over a decade fixing and installing air conditioners. I'm currently studying to gain more certifications in HVAC to better support my family.

29. I am still very afraid of being kidnapped again by ICE. I still have to go outside to work and support my family. I leave my home for work 5 days a week. I also have to leave to go to the grocery store and run errands for my wife and kid. Every time I leave my home, I worry that I will not return.

30. I saw ICE just down my street by the traffic lights just three weeks ago. I have never felt such fear in my life as when I saw them again. I thought the agents would come for me again. I live in a very Latino area, so I feel like ICE is out there hunting us.

31. This declaration was read to me in full in Quechua, the language I understand best on July 31, 2026, by Jessica Yunez. I completely understand the content of this declaration

I declare under the penalty of perjury that the foregoing is true and correct.

College Point, Queens, NY

Date: 07/31/2026

C.E.G.G.

CERTIFICATE OF TRANSLATION

I, Jessica Yunez, declare under penalty of perjury:

1. I am competent to interpret between English and Quechua and certify that I have read the attached Declaration of C.E.G.G. into Quechua.
2. The interpretation I provided is true and accurate to the best of my abilities.
3. C.E.G.G. stated that he understood the document's contents.

Dated: Aug 4, 2026

Jessica Yunez (Aug 4, 2026 15:59:29 CDT)

Jessica Yunez