**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 14, 2026

By ECF
Honorable James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Benitez et al. v. U.S. Dep't of Homeland Sec. et al.*, No. 26-cv-2082-SJB-JMW

Dear Judge Wicks:

This Office represents Defendants in this action. Defendants write under Rule 1.D of Your Honor's Individual Practice Rules to respectfully request a two-week extension on the deadline to file an ESI and Privilege Log Protocol.

On August 25, 2026, the Court entered a Scheduling Order, which set October 16, 2026, as the deadline for the parties to file an ESI and Privilege Log Protocol (among other deadlines). *See* ECF No. 81. Defendants respectfully request a two-week extension on that deadline to October 30, 2026. Such an extension will allow the parties more time to discuss and agree upon all aspects of the ESI and Privilege Log Protocol, which includes provisions related to search parameters and technical aspects of collection, review, and production. This is the first request for an extension of this deadline. If granted, this request will not affect any other deadlines. In particular, Defendants do not anticipate that this extension will impact the other discovery deadlines the Court ordered in ECF No. 81.[1]

Plaintiffs' counsel requested that the following statement be included in this request: "Plaintiffs do not oppose the requested extension, contingent on Defendants' best efforts to respond to Plaintiffs' existing proposal as soon as practicable and the parties' continued efforts to negotiate diligently and in good faith." Defendants agree with this condition.

[1] This request is not intended to waive or concede any arguments related to Defendants' motion to stay further discovery or any objections to this Court's Memorandum and Order regarding such motion. *See* ECF Nos. 88, 96, 100.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: ______________________________
Justin S. Kirschner
Assistant U.S. Attorney
(718) 254-6884
Justin.Kirschner@usdoj.gov

Cc (via ECF): All counsel of record.