**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

November 5, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Benitez et al. v. U.S. Department of Homeland Security, et al.*,
Civil Action No. 26-cv-2082 (E.D.N.Y.) (Bulsara, J.) (Wicks, M.J.)

Dear Judge Bulsara:

This Office represents Defendants in the above-captioned action. We write in response to the Court's Order dated November 5, 2026 directing the appearance of Assistant United States Attorneys Thomas Price, Marika Lyons, Diane Leonardo, and the Chief of the Civil Division of the United States Attorney's Office to appear at a hearing before Your Honor on Monday, November 9, 2026 at 12:00 p.m. Mr. Price, Ms. Lyons and Richard Hayes, Chief of the Civil Division will be appearing. However, Ms. Leonardo is leaving the country on a flight today and will be out of the country until November 18, 2026. Defendants therefore respectfully request that the Court modify its Order so as to not require that AUSA Leonardo appear at the hearing.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: s/ Thomas R. Price
THOMAS R. PRICE
Assistant U.S. Attorney
(631) 715-7893
thomas.price@usdoj.gov

cc: By ECF
All counsel of record