**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 12, 2026

**By ECF**
Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Benitez, *et al.* v. DHS, *et al.*, No. 26-cv-02082 (EDNY) (SJB)

Dear Judge Bulsara:

This Office respectfully submits this letter to request additional time to respond to Your Honor's November 9, 2026 Order. The request is made on behalf of the Office and its Assistant U.S. Attorneys as well. Currently, the response is due November 16, 2026. This is the first request for an extension.

The Office makes this request so that it may fully assess Your Honor's Order, which the Office acknowledges raises serious concerns. The assessment of the Order and its implications, in consultation with other Department components, may take significant time. With leave of the Court, the Office will submit an additional writing on November 30, 2026 to provide a status update.

The Office thanks Your Honor for your consideration of this request.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ *Richard K. Hayes*
Assistant U.S. Attorney
(718) 254-6050
richard.hayes@usdoj.gov

cc: Counsel for Plaintiffs (by ECF)