UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

RENE ANTONIO BENITEZ, et al.,

Petitioners,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

Respondents.
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL**

Civil Action No. 26-cv-2082

(Bulsara, J.)
(Wicks, M.J.)

PLEASE TAKE NOTICE that JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, hereby notices the withdrawal of THOMAS R. PRICE, Assistant United States Attorney, as counsel on behalf of Respondents in this matter.

Dated: Central Islip, New York
November 13, 2026

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

By: /s/ *Thomas R. Price*
Thomas R. Price
Assistant U.S. Attorney
(631) 715-7893
thomas.price@usdoj.gov