**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 16, 2026

Honorable James M. Wicks
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Benitez et al. v. U.S. Department of Homeland Security, et al.*,
Civil Action No. 26-cv-2082 (E.D.N.Y.) (Bulsara, J.) (Wicks, M.J.)

Dear Magistrate Judge Wicks:

Defendants respectfully submit this letter to request an extension of the discovery schedule in this case, as set forth in the Court's August 25, 2026 Order (ECF No. 81, the "Order"). The Order directs that the parties serve responses to interrogatories and document requests by November 18, 2026. With the consent of Plaintiffs, Defendants ask that the Order be modified to require service of responses by December 16, 2026. Defendants make this request so that they may fully address Plaintiffs' requests and address certain staffing issues. This is Defendants' first request for an extension of the discovery schedule.

Should the Court approve the December 16, 20206 date, the parties will meet and confer between December 18 and 22 to address outstanding issues, and propose the following additional modifications to the Order:

- January 15, 2027: Motions to join new parties or amend the pleadings.
- March 19, 2027: Close of all discovery.

In addition, the parties propose that Paragraph VIII.A.1 of the ESI and Privilege Log Protocol (ECF No. 113) be modified to provide:

"**Privilege Log Production Timing**. Privilege logs will be produced: (1) on February 1, 2027, for any Documents withheld from productions before or on January 15, 2027; and (2) within two weeks after the close of fact discovery for any Documents withheld from productions after January 15, 2027."

Defendants thank the Court for its consideration of this request.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: s/*Richard K. Hayes*
RICHARD K. HAYES
Asistant U.S. Attorney
(718) 254-6050
Richard.hayes@usdoj.gov

cc: By ECF
All counsel of record